# Notice Recipients

District/Off: 0208−1    User: brichards    Date Created: 8/6/2015
Case: 15−12178−shl    Form ID: b9f    Total: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | 477 West 142nd Street Housing Dev. Fund Corp. | 477 West 142 Street | New York, NY 10031 | |
| ust | United States Trustee | Office of the United States Trustee | U.S. Federal Office Building | 201 Varick Street, Room 1006    New York, NY 10014 |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section | P.O. Box 5300 | Albany, NY 12205−0300 |
| smg | United States Attorney's Office | Southern District of New York | Attention: Tax & Bankruptcy Unit    86 Chambers Street, Third Floor    New York, NY 10007 | |
| smg | Internal Revenue Service | PO Box 7346 | Philadelphia, PA 19101−7346 | |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551 | Albany, NY 12201−0551 | |
| smg | New York City Dept. Of Finance | 345 Adams Street, 3rd Floor | Attn: Legal Affairs − Devora Cohn    Brooklyn, NY 11201−3719 | |
| 6733775 | 447 W. 142 ND FUNDING LLC | C/O HARRIS BEACH LLC | 333 EARLE OVINGTON BLVD #901    UNIONDALE, NY 11553 | |

TOTAL: 8