# Notice Recipients

District/Off: 0208−1               User: lebanks                    Date Created: 8/7/2015
Case: 15−12178−shl                 Form ID: pdf001                  Total: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        477 West 142nd Street Housing Dev. Fund Corp.        477 West 142 Street        New York, NY 10031
ust       United States Trustee        Office of the United States Trustee        U.S. Federal Office Building        201 Varick Street, Room 1006        New York, NY 10014
6733775   447 W. 142 ND FUNDING LLC        C/O HARRIS BEACH LLC        333 EARLE OVINGTON BLVD #901        UNIONDALE, NY 11553

TOTAL: 3