**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re:

**477 West 142nd Street Housing Dev. Fund Corp.**

                Debtor.

-----------------------------------------------------------x

Chapter 11

Case No. 15-12178 (SHL)

## ORDER SCHEDULING INITIAL CASE CONFERENCE

      **477 West 142nd Street Housing Dev. Fund Corp.** (the "Debtor ") having filed a voluntary petition under chapter 11 of title 11, United States Code (the "Bankruptcy Code") on August 5, 2015 and the Court having determined that a case management conference will aid in the efficient conduct of the case, it is

      **ORDERED**, pursuant to Bankruptcy Code § 105(d), that an initial case management conference will be conducted by the undersigned Bankruptcy Judge in Courtroom 701, United States Bankruptcy Court, Alexander Hamilton U.S. Custom House, One Bowling Green, New York, New York 10004 on **September 9, 2015 at 10:00 p.m.**, or as soon thereafter as counsel may be heard, to consider the efficient administration of the case, which may include, *inter alia,* such topics as retention of professionals, creation of a committee to review budget and fee requests, use of alternative dispute resolution, timetables, and scheduling of additional case management conferences; and it is further

      **ORDERED**, that the Debtor shall give notice by mail of this order at least seven (7) days prior to the scheduled conference to each committee appointed to serve in the case pursuant to Bankruptcy Code § 1102 (or, if no committee has been appointed, to the holders of the 10 largest unsecured claims), the holders of the five largest secured claims, any post-petition lender to the Debtor, and the United States Trustee, and shall promptly file proof of service of such notice with the Clerk of the Court.

Dated: August 7, 2015
New York, New York

                                             */s/ Sean H. Lane*
                                             United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of New York

In re:                                                                  Case No. 15-12178-shl
477 West 142nd Street Housing Dev. Fund                                 Chapter 11
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0208-1          User: lebanks           Page 1 of 1             Date Rcvd: Aug 10, 2015
                              Form ID: pdf001         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2015.
db             +477 West 142nd Street Housing Dev. Fund Corp.,   477 West 142 Street,   New York, NY 10031-6223
6733775        +447 W. 142 ND FUNDING LLC,   C/O HARRIS BEACH LLC,   333 EARLE OVINGTON BLVD #901,
                 UNIONDALE, NY 11553-3622

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Aug 10 2015 19:33:20     United States Trustee,
                 Office of the United States Trustee,   U.S. Federal Office Building,
                 201 Varick Street, Room 1006,   New York, NY 10014-9449
                                                                                              TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2015 at the address(es) listed below:
NONE.                                                                                         TOTAL: 0