**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re: 477 W. 142nd Street Housing Development Fund Corp

          Debtor

---------------------------------------------------------------x

          Plaintiff

    v.

          Defendant

---------------------------------------------------------------x

Case No.: 15-12178

Chapter 11

Adversary Proceeding No.: _____

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Traci Bransford, request admission, ***pro hac vice***, before the Honorable _____, to represent 477W.142nd St. Housing Dev. Fund, a NY Corporation in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of New York and, if applicable, the bar of the U.S. District Court for the _____ District of _____.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 11/3/2015
New York, New York

Traci Bransford
*Mailing Address*:
395 Claremont Ave. Ste 2
Montclair, NJ 07042

*E-mail address*: Tbmarquislaw@gmail.c
*Telephone number*: (757) _____