**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re: 477 W. 142nd Street Housing Development Fund Corporation

Case No.: 15-12178 shl

Chapter 11

Debtor

-------------------------------------------------------------x

Adversary Proceeding No.: _____

Plaintiff

v.

Defendant

-------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE,** ***PRO HAC VICE***

Upon the motion of Traci Bransford, to be admitted, ***pro hac vice***, to represent 477 W. 142nd Street Housing Dev Fund, (the "Client") a NY Corporation in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of New York and, if applicable, the bar of the U.S. District Court for the _____ District of _____, it is hereby

**ORDERED**, that Traci Bransford, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: November 5, 2015
New York, New York

/s/ Sean H. Lane

UNITED STATES BANKRUPTCY JUDGE