Attendance October 26, 2015
8pm Meeting / Election
MONDAY 26, 2015

| NAME PRINT | Signature |
| --- | --- |
| 1. Ruth Brinkley | Ruth Bully |
| 2. Patricia Jenning | Patricia Jenning |
| 3. Todd Bristow | |
| 4. Roxie Pitersburg | Roxie Pierbaug |
| 5. KENNETH STEVENS | Kenneth Stevens |
| 6. Queen Mother D Blakely | Ruby Blakely |

Minutes Recieved

× Ruth Brinkley    11/5/15, Thursday
× Ruth Bully
× Pat Jenning
Todd Bristow
Queen Mother Delois Blakely
Delois Blakely 5/5/15

# REMINDER: SPECIAL ANNUAL ELECTION NOTICE for

**477 West 142nd Street HDFC, Pursuant to**
**New York Business Corporation Law (BCL)**
**602(b)(c) and Our By-Laws**

# October 26, 2015

**TO:**
477 West 142nd Street HDFC Shareholders & Tenants
**FROM:**
Queen Mother Dr. Delois Blakely, Shareholder
**DATE:**
Election date was set for 10-days (according to the By-Laws) after Shareholder/ Tenants
meeting which was held Wednesday October 14, 2015; Election will be held on Monday
October 26, 2015 by consensus.
**RE:**
477 West 142nd Street HDFC
By-Laws Authorized Annual Shareholder Election Notice
**AGENDA:**
To Elect a New Board of Directors, As Mandated by the
By-Laws of 477 West 142nd Street HDFC

As authorized by our By-laws, and "Pursuant to New York Business Corporation Law
(BLC)
602(b)(c), this Notice is being sent to all Shareholders and Tenants by Certificate of
Mailing,
and by posting copies on all the floors of the building. Please take notice that the
agenda
upon the formation of Quorum, will be to elect a new Board of Directors. In the
absence of a
quorum, further business of the corporation will be conducted pursuant to NY
Business
Corporation Law 602.
NOTE: Any community persons who are interested in saving the property are invited.
**Monday, October 26, 2015**
**477 West 142nd Street HDFC, Lobby**
**8:00PM - Sharp**
If there are any questions or concerns, please feel free to contact me at Apartment #2.
**All Shareholders & Tenants Are Invited!**
**THANK YOU AND BLESSINGS TO ALL!**

Queen Mother Dr. Delois Blakely, Original Shareholder
477 West 142nd Street HDFC

**Meeting:** Election of Board for 477 W142nd Street HPFC

**Day/Date:** Monday October 26, 2015

**Time:** 8:03 PM

**Location:** 477 W142nd Street New York, New York 10031 (Lobby)

**Secretary:** Ruth Brinkley

**In Attendance:** Todd Bristol, moderator

Queen Mother Dr. Delois Blakely, shareholder

Ruth Brinkley, New Future Foundation, INC. Representative

Patricia Jennings, New Future Foundation, INC. Representative

Roxie Pipersburg, Tenant of Unit 8

Kenneth Stevens, Financial officer/ advisor

**1. Attendance taken and meeting adjourned at 8:03 PM**

**2. Last meeting held Wednesday October 14, 2015**

**3. Reviewed minutes from previous meeting**

Correction of minutes from prior meeting of shareholders and tenants proposed by Queen Mother Dr. Delois Blakely and Todd Bristol. On completion of final revised report all board members elected will receive a personal copy. Revised minutes were adopted unanimously.

**4. Review of Agenda- Current Business**

Next Bankruptcy Court date set for Thursday November 5, 2015 at 1 Bowling Green New York, New York 2:15 PM. Last court appearance Mrs. Shirley Pitts was not present and Queen Mother Dr. Delois Blakely was the shareholder representative interested in restructuring the property.

**5. Tenant Statement**

Mrs. Roxie Pipersburg explained how she was offered the sum of $5K to move out of unit 8 by Mr. Bey. Mrs. Pipersburg was advised at housing court that no new cases can be done till a

decision on bankruptcy is made when hearing with Shirley Pitts was held to remove her and her siblings from the unit.

## 6. Review Mail and Bills

Con Edison bills reviewed; debt of over $4K was shown to all attendees. Mrs Pipersburg advised electricity has been stolen in past by the storefront. No stable heat and hot water has been in building for over five years and boiler has been tampered with several times. HPD delivered oil for boiler on October 26, 2015 for the boiler supplied by HPD and Occupy Movement. Unit 8 has not had gas since May 2014. Bill made to Solomon and Roth.

## 7. Motion to Hold Election- Queen Mother Dr. Delois Blakely- Action

Based on order of the judge, Queen Mother Blakely made a motion to hold an election of a new board for 477 W142nd Street HDFC; Ruth Brinkley seconds the motion twelve days after previous motion at prior meeting based on the By-Laws of the organization. All tenants and known shareholders were notified by certified mail and posted notices that were posted in the lobby and at each unit's door; posted notices were removed several times by an unknown party.

## 8. Election of the Board- Action

Three seats are to be filled: President, Treasurer, Secretary and anyone that has interest in the property doesn't have to be a tenant or shareholder according to the By-Laws.

Mrs. Brinkley motions to vote Queen Mother Dr. Delois Blakely be appointed President. Todd Bristol and Patricia Jennings second the motion.

Queen Mother Dr. Delois Blakely elected President of the board with a unanimous vote; Queen Mother accepts position.

Queen Mother nominates Todd Bristol as Vice-Chair; Ruth Brinkley and Pat Jennings second the motion.

Todd Bristol elected as Vice-Chair of the board with a unanimous vote. Mr. Bristol accepts position.

Todd Bristol motions to vote Mr. Kenneth Stevens as Treasurer, who accepts position under the condition liability insurance be established by the elected board. A unanimous vote made and Kenneth Stevens accepts position with condition.

Discussion of Secretary and Assistant Secretary positions. Motion made to nominate Ruth Brinkley as Secretary and Patricia Jennings as Assistant Secretary. Queen Mother Blakely seconds the motion. Both Mrs. Brinkley and Mrs. Jennings accept positions with unanimous vote.

Tenant Representative motioned by Todd Bristol to nominate Roxie Pipersburg and Ruth Brinkley seconds the motion. With a unanimous vote Mrs. Pipersburg accepts the position.

**9. Closing of Election and Meeting**

Meeting with appointed counsel Tracy Marquis set for Friday October 30, 2015 at 3PM with appointed board. November 5, 2015 at 2:15 PM new board will meet at Bankruptcy Court. Queen Mother motions the board will work with community management to restructure the building and maintenance.

**10. Meeting Adjourned at 9:04 PM**

**Signed By Secretary:**
**Ruth Brinkley**

X _____

Sworn before me this
2 day of Nov, 2015
_____
Notary Public, State of NY

VELMA SMALLS
Notary Public, State of New York
No. 01SM5017777
Qualified in New York County
Commission expires Sept. 13, 20_17

# 477 WEST 142ND STREET HDFC

# SPECIAL ANNUAL ELECTION NOTICE for

### 477 West 142nd Street HDFC, Pursuant to
### New York Business Corporation Law (BCL)
### 602(b)(c) and Our By-Laws
## October 26, 2015

---

**TO:**        477 West 142nd Street HDFC Shareholders & Tenants

**FROM:**    Queen Mother Dr. Delois Blakely, Shareholder

**DATE:**    October 19, 2015

**RE:**         477 West 142nd Street HDFC

               By-Laws Authorized Annual Shareholder Election Notice

**AGENDA:**  To Elect a New Board of Directors, As Mandated by the
               By-Laws of 477 West 142nd Street HDFC

---

As authorized by our By-laws, and "Pursuant to New York Business Corporation Law (BLC) 602(b)(c), this Notice is being sent to all Shareholders and Tenants by Certificate of Mailing, and by posting copies on all the floors of the building.  Please take notice that the agenda upon the formation of Quorum, will be to elect a new Board of Directors.  In the absence of a quorum, further business of the corporation will be conducted pursuant to NY Business Corporation Law 602.

NOTE: Any community persons who are interested in saving the property are invited.

**Monday, October 26, 2015**
**477 West 142nd Street HDFC, Lobby**
**8:00PM - Sharp**

If there are any questions or concerns, please feel free to contact me at Apartment #2.

**All Shareholders & Tenants Are Invited!**
**THANK YOU AND BLESSINGS TO ALL!**

---

Queen Mother Dr. Delois Blakely, Original Shareholder
477 West 142nd Street HDFC

# REMINDER: SPECIAL ANNUAL ELECTION NOTICE for

**477 West 142nd Street HDFC, Pursuant to**
**New York Business Corporation Law (BCL)**
**602(b)(c) and Our By-Laws**

## October 26, 2015

**TO:**
477 West 142nd Street HDFC Shareholders & Tenants
**FROM:**
Queen Mother Dr. Delois Blakely, Shareholder
**DATE:**
Election date was set for 10-days (according to the By-Laws) after Shareholder/ Tenants
meeting which was held Wednesday October 14, 2015; Election will be held on Monday
October 26, 2015 by consensus.
**RE:**
477 West 142nd Street HDFC
By-Laws Authorized Annual Shareholder Election Notice
**AGENDA:**
To Elect a New Board of Directors, As Mandated by the
By-Laws of 477 West 142nd Street HDFC

As authorized by our By-laws, and "Pursuant to New York Business Corporation Law
(BLC)
602(b)(c), this Notice is being sent to all Shareholders and Tenants by Certificate of
Mailing,
and by posting copies on all the floors of the building. Please take notice that the
agenda
upon the formation of Quorum, will be to elect a new Board of Directors. In the
absence of a
quorum, further business of the corporation will be conducted pursuant to NY
Business
Corporation Law 602.
NOTE: Any community persons who are interested in saving the property are invited.
**Monday, October 26, 2015**
**477 West 142nd Street HDFC, Lobby**
**8:00PM - Sharp**
If there are any questions or concerns, please feel free to contact me at Apartment #2.
**All Shareholders & Tenants Are Invited!**
**THANK YOU AND BLESSINGS TO ALL!**

Queen Mother Dr. Delois Blakely, Original Shareholder
477 West 142nd Street HDFC

# 477 WEST 142ND STREET HDFC

## MEETING MINUTES

**FROM:**   Queen Mother Dr. Delois Blakely, Shareholder

**DATE:**   Sunday, October 19, 2015

**RE:**   Minutes from Special Annual and "Emergency" Shareholders/Tenants meeting

Held on Wednesday, October 14, 2015 at 477 West 142nd Street HDFC—Lobby

**AGENDA:**   To Elect a New Board of Directors, As Mandated by the

By-Laws of 477 West 142nd Street HDFC

---

For the purpose of sharing important information via the courts to Save the building in Bankruptcy Court, electing the directors of the corporation and transacting all other proper business.

| | |
|---|---|
| **Call to Order:** | Calling to order the Meeting of the Annual Shareholders and Tenants of 477 West 142nd Street, HDFC |
| **Meeting Facilitator:** | Mr. Todd Bristow (214)325-6263 |
| **Minutes:** | Thursday, October 15, 2015 \| 8:00 PM Sharp \| Meeting was called to order by Meeting Facilitator Todd Bristow, pursuant to Special "Emergency" Shareholders and Tenants Notice to "Save Our Building". Shareholders and Tenants were informed at the beginning of the meeting, this meeting is an open meeting and the Adequate Notice of this meeting was provided to the public by posting; maintaining the annual notice of regular meetings and the meeting was being recorded. |
| **Minutes by:** | Patricia Jennings (646)260-2668 |
| **Roll Call:** | **Present were:** Queen Mother Dr. Delois Blakely (**QM**), Original Shareholder; Facilitator/Presenter Todd Bristow (**TB**); Acting Secretary Ruth Brinkley (**RB**); Concerned Citizen Patricia Jennings (**PJ**); Tenant Ms. Joanne McClain (**JM**), Tenant Roxie Pipersburg (**RP**; Apt.#8); Tenant Soji Adeyemi (**SA**). |
| **Minutes from Last Meeting:** | There were no minutes from a prior meeting. There was a last Notice of an official meeting of 477 West 142nd Street, HDFC. A Notice of Election took place August 30, 2010 at 7:00pm sharp; with Board of Directors. There was an Order by Honorable Milton Tingling, Monday, July 26, 2010 and these suffice as Minutes of prior meeting. |
| **Open Issues/Unfinished Business:** | October 15, 2015 agenda is to address the status of 477 West 142nd Street HDFC Bankruptcy commercial space.<br><br>NYC Courts and Con Edison—the Plaintiff, Solomon Roth and Holdings a/k/a John Doe, there was an "Order of Seizer" to cut off the actual/public light(s) for balance due of $3,781.68 due Con Ed for the public lighting space. |
| **New Business:** | October 13th, Queen Mother, Todd Bristow, secured an attorney to represent the corporation—As by law, an individual cannot represent the corporation within Bankruptcy Court. Next hearing is in November probably 11th before Judge Sean H. Lane at U.S. Bankruptcy Court, One Bowling Green, 5th Floor.<br><br>Ten days from October 15, 2015, (on October 28, 2015); due Notice for a new election to take place at 477 West 142nd Street—Lobby at 8:00pm. HDFC is retaining the services of Tracey Marquis as the attorney to represent the corporation, and for the filing or Discovery of the Bankruptcy and the current status of this property and fiducial responsibility by the Board of |

*[Handwritten notary section overlapping right side of Minutes/Roll Call rows:]*

Sworn before me this
5 day of Nov, 2015
Notary Public, State of N. [Y.]

Patricia Brinkley   11/5/15
Hadiyah Amir

BADIYAH AMIR
Notary Public, State of New York
No. 01AM6174527
Qualified in New York County
Commission Expires Sept. 24, 20[__]

the Bankruptcy and the current status of this property and fiducial responsibility by the Board of Directors.

There're issues with the roof leaking as stated by Ms. Roxy Pipersburg, tenant in apartment 8 which could be a sign of structural damage—and need to be immediately addressed.

The courts has signed a waiver with the requirements upholding 341(a) meeting of creditors there, and there will be no meetings scheduled for the above section which will be blank. Bankruptcy Judge is Sean H. Lane; U.S. Bankruptcy Court, One Bowling Green, 5th Floor. Bankruptcy case number is 15-1278 SHL; and it lists as of August 31, 2015; 2:30pm—pursuant of the 11 United States Code 341 (e).

| | |
|---|---|
| **Adjournment:** | Todd Bristow adjourned the meeting at 8:21pm \| 21:09:06 |
| **Minutes Submitted by:** | Patricia Jennings \| Monday, October 19, 2015(646)260-2668 *Patricia Jennings* |
| *Revised Minutes* of Meeting | Tuesday, November 2, 2015 *Sworn before me this ___3 day of Nov, 2015* VELMA SMALL Notary Public, State of ... York No. 01SM5017777 Qualified in New York County Commission expires Sept. 13, 20_1_7 *Velma Small* Notary Public, State of NY |

## TRANSCRIBED MINUTES & EXACT ACCOUNT OF MEETING (BELOW):

| | |
|---|---|
| TB: | I'm Todd Bristow, a private citizen here to facilitate this conversation and meeting as stated in the by-laws. |
| PJ | I'm Pat Jennings, (though not living in building) concerned citizen (regarding shareholder/owner rights) and here for Queen Mother Dr. Delois Blakely. |
| QM | Queen Mother Dr. Delois Blakely, Shareholder—Apartment 2; and also Founder of 477 West 142nd Street; from a Tenant Association to becoming a shareholder of the corporation of 477 West 142nd Street. |
| RB | Ruth Brinkley, youth representative of New Future Foundation (NFF) as well as Executive Assistant for Queen Mother Dr. Delois Blakely and acting as Secretary until a vote is established. |
| TB | Okay, I'm going to set the bar. Are there any Officers present? |
| TB | None heard—So we're going to establish the bar and we are going to go through (as it states in the By-Laws and the Offering Plan) the extended agenda; and this meeting is now open. In the attendance we took a Roll Call. The next portion of Section 11 says that the next proof of notice of the agenda are waivered.<br><br>Noted: The Proof of Notice, Queen Mother has an actual mailed copy that is post stamped on October 8, 2015; the current resident at 477 West 142nd Street, Apt.2, who is a Shareholder; delivered yesterday (10/13/2015) with actual evidence of that from the postman actually putting it directly in Box #2. There were also Notices put on the front door entry way; above the post office mailbox; and, in each of the apartments of 8-separate units—that have gotten a physical copy and a revised copy of the Notice that (we have noticed) had been taken down but we have duly given proof of Notice of the meeting and waivers of this Notice. |
| QM | For the meeting, I'd just like to add, we do have someone that is sitting here from New Future Foundation (NFF)—Ms. Ruth Brinkley, who can tell us how shareholders and tenants were given their Notices. |
| RB | I mailed them out on Friday of this past week (Oct. 9th); it was not addressed from any specific organization—but it was addressed to each current resident. Since we were not aware of each resident or if there were occupants in each unit, we did address it to the current resident of all 8-units. |
| QM | Was there any other way we did it? |

| | |
|---|---|
| RB | I was able to actually physically put it underneath the doors; if not I left it at the door of each unit. |
| QM | Did you put it out at any other part of the building? |
| RB | Just at the front door and their mail boxes. |
| TB | Okay,   it is duly noted for the record that proper Notice has been given to all tenants of 477 West 142nd Street. Item #3, Reading of the Minutes from the prior meeting—Are there any meeting minutes that would like to be recorded? |
| QM | This is not the minutes of the meeting but I think we should, for the record, note (for the last time we gathered as a group) and also dealing with the court—So ordered by Judge Milton A. Tingling.  On Monday, July 26, 2010: Notice of Election of New Board of Directors, rescheduled to be held on Monday, August 30, 2010—That it is by the pursuit of the NYS Business Corporate Law Section. |
| TB | May I see the Minutes? |
| QM | Well again, I don't really call it minutes—it was the last time that we—as part of an emergency meeting record. |
| TB | So for the record, there was a last Notice of an official meeting of 477 West 142nd Street, HDFC.  A Notice of Election took place August 30, 2010 at 700pm sharp; with Board of Directors.  There was an Order by Honorable Milton Tingling, Monday, July 26, 2010 and these suffice as Minutes of prior meeting.<br>    Is there any change to the Minutes or does anybody have any questions about the Minutes from the meeting? |
| QM | But I think it's important—What is the date of that document please? |
| TB | That is July 26, 2010 and there was also an official Notice, August 30, 2010. |
| QM | And prior to that... |
| TB | It was the last of the Minutes. |
| TB | I'm saying, it was more than just the Minutes.  I think it's important that these documents be part of the record.  It was an outcome of a Special Emergency Election; and that was dealing with the removel of Ms. Bishop Shirley Pitts and Margaret Calendar for the records also—and the date of that goes back to Monday, November 12, 2007. |
| TB | Okay, are you going to submit that? |
| QM | Yes. |
| TB | Okay—Here is the latest. The latest that I have is Wednesday, August 11, 2010 and it states Pursuant of the Memo that was sent to all Shareholders regarding the election of the Board of Directors of 477 West 142nd Street, HDFC; only 1-Shareholder being present (as it is today—for the record, October 14, 2015 at 800pm, there is only one Shareholder present and that is Queen Mother Blakely).  Here to it, Queen Mother Blakely, with no other shareholders it attendance—there was no quorum recorded.<br>    So for the record, for this meeting, there is no quorum recorded.  And now pursuant of the authority of the Section 603; of the NYS Business Corporation Law (BCL); another special meeting is now called for the specific purpose of the election of new Board of Directors of 477 West 142nd Street, HDFC, (to be held on Monday, August 30th); and there is a Notice of the meeting for August 30, 2010.  "All Shareholders, please take notice that on that date of August 30, 2010, a new Board of Directors will be elected. Your attendance is highly encouraged and independent observers will be present or aboard for the report", as is the 2-young ladies have stated for the record are here in attendance. A third election meeting was scheduled for Monday, August 30, 2010, and if there's any questions, contact the office (and there is a number recorded as 212-368-3739). |

QM    For the record, since this is an emergency meeting that we're having tonight, we have had this in the past, a special request for an election. This has to do with again some of the problems we're suffering from today.

TB    I just want to do a run down to get through this—then open it up for "those for" and "those against"; I just want to follow again Section 11; Order of Business is—and we're going to submit those Meeting Minutes, for the record—the Report of Officers. Is there any Officers in attendance now? So hearing that there are none, there is no report from the Officers. Are there any reports from the committee here? Hearing that there are not committee members, there is no report. The election of Board of Directors will take place, as stated in the By-laws, 10-days from today (Monday, October 26, 2015); and there will be due notice for a new election to take place. As for the Exhibit introduction to take place, the Shareholders, Tenants, Attorneys and Representatives of Queen Mother who is sharing some pertinent information—and now we are at Section (d) of our October 14th Agenda, and would like to introduce some information from the Shareholder.

QM    Yes. We have in the past (stated for the record) an outcome of Special Emergency Election; and it's due to the $650,000 that is in question today in the Bankruptcy Court. And this was the removal of the President and Secretary Board of Director and that would be resolved and voted back; Bishop Pitts be removed; then Margaret Calendar as Secretary; Pitt's as the President and Co-Treasurer; and Margaret Calendar as the Secretary "position" of the Corporation 477 W. 142nd Street, HDFC. I want to note this to be also included in the record. So as stated, the outcome

TB    So stated, for the Emergency Election, 477 W. 142nd Street HDFC, the removal of Vice President and Secretary 'and' Board of Directors—This Notice went out to all Shareholders, all Tenants, all Storefront renters, NFF and the management of 477 West 142nd Street, from Queen Mother Dr. Delois Blakely, President Elect/Co-Treasurer of 477 West 142nd Street HDFC—cc'd the attorney of the HDFC, NFF, and the NY District Attorney; also the NY Attorney General. This was submitted prior to the other Minutes that were submitted on November 12, 2007. So for the sake of chronological information that has been submitted, this document that I'm reading for the removal of those said persons was recorded on November 12, 2007. Whereas the documents that were being submitted July 26, 2010. And in that document that Queen Mother has submitted for the record, going towards the date of August 16, 2010, the Notice of Election for new Officers/Board of Directors has been rescheduled for August 30, 2010, which was earlier noted through the Notice that has been submitted for the record. So to date, the unfinished business, based of today's October 14, 2015 agenda, is to address the status of 477 West 142nd Street HDFC Bankruptcy commercial space. On October 6, Queen Mother, being the Shareholder of this property, and myself Todd Bristol, attended a session with the Bankruptcy Court judge who has given us an opportunity to secure legal counsel to represent the corporation. Since that time, on October 13th, Queen Mother, Todd Bristol, have secured an attorney to represent the corporation—As by law, an individual cannot represent the corporation within Bankruptcy Court. So we're calling this meeting (this minute) in public space, and retaining the services of Tracy Markie as the attorney to represent the corporation, and for the filing or Discovery of the Bankruptcy and the current status of this property and fiducial responsibility by the Board of Directors therein. Is there anything Queen Mother that you would like to add for the record as it relates to the Tuesday, October 6, 2015—date of the Bankruptcy Court, the status of this particular parcel?

QM    Yes. I'd just like to add for the record that—so noted, as of August the 5th, "pro se" is who I am as Shareholder of 477 West 142nd Street, HDFC; that I was able to file a Show Cause based on an auction; and now based on an auction and foreclosure that was held within the court. Being a part of that process, I also filed a Motion at 60 Centre Street; and that would have been before the auction. In the mail I received from the Bankruptcy court, since I am Pro Se, of my Shares at 477 West 142nd Street HDFC—Apt.#2, I was informed based on my Motion to have a Stay at the lower court at 60 Centre Street Supreme Court; then going to the pre-conference of which it seemed it was a filing based on the documents I received that there was on August 5th, a Bankruptcy in the morning—in the afternoon it was an auction. With the Bankruptcy, I went to the Bankruptcy at the pre-conferences. At least 3 to 4 times, I had been at the court; and as a Shareholder, it seems that the Board of Directors and the Officers which Ms. Pitts is the President (on the

court record), did not show up at any given time. That means that the judge dismissed it based on the merit of Default. And so with me standing, asking the judge to give us time (which the judge said I could not represent the corporation) he said I need counsel to do so. At our last court hearing with Judge Sean Lane at the Bankruptcy court, I pleaded with him for an opportunity—and the judge went as far as getting information for Pro bono Attorneys, since we do not have funds to pay for an attorney. I am on a fixed income, and I have a special handicapped daughter. So with that, the judge was able to give us information, which I followed through looking for Pro bono counsel; that would be the New York Bar Association and also the NYC Bar Association. We also sought other counsel through Mr. Todd in the community and we have had a session with attorney (and he will note her name) and other experts that would understand a building like ours—low income affordable housing—and the issues that we need to brainstorm and reach out to the larger community (example being) Ms. Willie Suggs Realty and Attorney Joe Mack who was able to get the building for us 33 years ago. We also reached out to West Harlem Group Assistance Donald Notice who also knows the property—and others (attorney Tracy Markie), Mr. Thomas [legal housing expert on commercial tenants will be involved (to be clarified)]. And so we have been reaching out to the community. We also reached out to HPD today. We were hoping that they could send someone (from) HPD. And we reached out to the police department, Precinct 30, letting them know we were having this meeting in the public hallway of 477 West 142nd Street/HDFC.

| TB | Okay so there has been some help from the community at large, as well as some legal/professional support trying to tackle this case. Okay, the bankruptcy case which is this charter; and the case number is 15-1278 SHL; and it lists as of August 31, 2015; 2:30pm—pursuant of the 11 United States Code 341 (e); the courts has signed a waiver with the requirements upholding 341(a) meeting of creditors there, and there will be no meetings scheduled for the above section which will be blank. And—For the record, this document will be filed for the record for this meeting and to be reviewed by legal counsel of Tracy Markie and team; to satisfy (as Queen Mother said) Judge Sean's request to have legal representation to the corporation; and all these documents will be immediately forwarded over to the team to get through the proceedings. |
|----|----|
| QM | To add for the record, the name of judge is Sean H. Lane; and that's U.S. Bankruptcy Court, One Bowling Green, 5th Floor. October 6, 2015; the last time we were in court, Ms. Shirley Pitts did not show up. |
| TB | And for the record—To that point, it has been several Notices for the leadership of the HDFC to attend and none have attended, other than the Shareholder Queen Mother.... |
|    | [8:25pm: Joanne McClain enters the building] |
| QM | Are you going to be at the meeting? That's Joanne McClain. |
| TB | Hello, Ms. McClain. Ms. McClain we would just like you to know that this meeting is an open meeting and the Notice has been put out and the meeting is being recorded. Would you like to continue in this meeting and identify yourself as such? |
| JM | Well, would you give an ideas as to what...? |
| TB | Yes Ma'am, we're giving you an agenda. We're talking about... |
| JM | You're talking about Shareholders and Tenants... that's just... |
| TB | Okay—Let me ask, you are a Shareholder or a Tenant? |
| JM | Yes. |
| TB | And what's your name? [Pause] Because we're recording this and if you don't want to be part of this, it's your right. |
| JM | Well, I'm just trying to find out if... you know ( ... ) |
| PJ | No, we're representatives here of Queen Mother. |

| | |
|---|---|
| TB | We're representatives here and the (#_____) item on the agenda is Roll Call. My name is Todd Bristol and I'm here to help facilitate with what's going on with your building as a concerned citizen. There is Ms. Jennings; there is of course Ms. Queen Mother Dr. Blakely; and recording Secretary of this meeting Ruth Brinkley. And you are...? |
| JM | Joanne McClain. |
| TB | Joanne McClain. Okay, thank you. So we are at the point of the Agenda—for the status of 477 West 142nd Street, HDFC. Are you aware that this is a property in Bankruptcy Court? |
| JM | Yes. |
| TB | ... and the judge had requested that the corporation find an attorney to go through the process of following up through a process of (..noise..) a U.S. Judge—a Bankruptcy Judge on October 6th? And during that time, the Judge Sean Lane has extended another 30-Days, to reorganize the 477 West 142nd Street HDFC, and to address these things that are coming before you as a Bankruptcy and other things that matter in the building. We just have introduced Tracy Markie—she is a former District Attorney in Houston, Texas |
| QM | Marshall came to the building to shut off the lights in the hallway—today; to turn off the lights and to remove the meter from the building—today. That's unfinished business. |
| TB | So, from the NYC Courts and Con Edison—the Plaintiff, Solomon Roth and Holdings a/k/a John Doe, there was an "Order of Seizer" to cut off the actual/public light(s) because there was a balance due of $3,781.68 due to Con Ed for the public lighting space. So that is an unfinished business that your functional Board would address and figure out how to deal with this; and for the record, Queen Mother did submit the Petition—and we'll put that in the file for it to be addressed. |
| JM | Do you know who Solomon and Roth is? |
| TB | That will be in the Discovery by an attorney. |
| **QM** | **The Discovery will give us who everybody is.** |
| **JM** | **(voice muffled)** |
| QM | that's why you have a discovery—you have to have everybody their because it was strange Solomon Roth did not show up for the auction. |
| JM | That is pretty strange that we have never seen Solomon Roth and that they have just been a name that's floating. |
| QM | Right. That's just why we need to investigate—that's what we're talking about as part of the Discovery. Discovery is to investigate knowing where anyone is; you have to have an attorney—those are legal matters. |
| TB | Okay, so once we submit this to counsel, there is a strategy to find out all of that. I'm not an attorney; I can't give you advice about that but I do know these attorneys and do know that they are very thorough. So by the time of your next meeting, we'll have some of those answers for you. |
| QM | Also, since this is an emergency about the Building's lights being effected—to all of us that were here, if you can do what I did, as a shareholder or as a tenant—if you can dial this number <u>1(800)752-6633</u> and file your complaint about keeping the lights on. This needs to be done immediately. |
| JM | I just find this interesting because there have been Notices from time to time; but never stating the lights in the public space was 'such-in-such' amount and will be shut off for (non) payment. Apparently, it had been paid. Not to say that we're not owing over $3,000. So I'm not understanding... |
| | [8:43pm:    Roxie Pipersburg comes down stairs to join the meeting] |
| QM | Wait, wait... What I'd like to do, if we can get a copy of this; and if you can call and they can better explain to you this amount of money because I am concerned about it to—$3,781.68. Everybody needs to get on that. That's how treacherous it is; because it is about our safety going up and down these stairs with no |

|    | lights—and anybody can come off the streets, hide underneath here (behind the column of the stairwell) and God forbid-. We have women that work in my apartment 24/7; I have to make sure it's safety... And you know most of the women that work in this building are women. |
|------|------|
| TB | So that's something that needs to be addressed. That's another reason that you need to reorganize your board to address these kind of matters. And to your question concerning Solomon Roth (addressing McClain), there is a parcel (muffled) where things somewhat go back and forth; and where they're actually listed. But to getting prepared for the November meeting regarding the bankruptcy, I'm sure the attorney would want to have another meeting once they look at this; and the best way to go ahead. |
| QM | Now we're inviting everybody to get to the court... you know that it is important that people get up and go! |
| TB | So that next hearing again is in November probably 11th. But before that, within 10-days, if you're interested, or know folks are interested, there will be another committee meeting for the election of Officers. Because your By-laws does state that you should have an actual Shareholder's Meeting each year; and giving opportunity for the leadership to explain what's going on, or for the body to have a change of leadership. I want to go around the table to see if anyone else has any concerns that they would like to have brought up at this time. |
| RP | What about the past stuff that has been messed up like the roof leaking. Like when will that be... |
| TB | Okay, for the record, that's also new business so... state your name again? |
| RP | Roxie Pipersburg |
| TB | Ms. Roxie Pipersburg in Apt-8; the top apartment, and she probably has a—no pun intended—a "bird's eye view"; there're issues with the roof... and so your leadership and board, once it has been structured, would address that—and also through legal counsel, to see what kind of public works can address those issues. So there is an issue with the roof leaking, as stated by Ms. Roxie. |
| QM | Also, it seems like we're going to have an early meeting—we're worried about the oil and heat—which we've gone through... and thanks to Occupy Wall Street, they made sure we had a new boiler with heat and hot water in this building. |
| TB | So, in that context then, what you can do as a current Board, you can set directives for your new coming Board while you're still here. So there's a few things that I'm hearing: 1) the roof leaking; 2) the public lights with Con Ed; and 3) is the oil, heating and hot water. There is a structure within your By-laws of each of those items like a Tenant Management team who can address those things; and I will bring that back to the attorney also to strategize how to get those things adjusted. But there is a working boiler that was installed within the last two years. The key is making sure that there is oil in place, or resources to get that done. One of the public, private citizens who is interested in the property has sent out an email to applying for emergency heating. Can you state your name and what it was that you sent out around that? |
| PJ | Patricia Jennings... Just being concerned about what is happening with this HDFC, and having an active interest as well as owning shares in an HDFC, I have little information for anyone who is interested in making the most of their ownership—UHAB has provided emergency oil and gas funding through their program, and other resource that you can access to get the funds that you need to keep your heat going and your lights on. |
| TB | Thank you for providing this information—you sent that information to me. I will forward it on to the attorney. Just in following suit with what the Judge Sean Lane stated, that only an attorney can represent the corporation, but as individuals, you can call as if you would call 311; you can call and follow-up through that number. But the Corporation would probably be the one who's on the hook and responsible, in making sure that you have heat and the oil necessary. |
| QM | And today, I called 311 about the emergency of the lights in the hallway of HPD—the DAMP Program. |

| | |
|---|---|
| TB | So the HPD has been notified by the occupant of Apt #2. So are there any other things that we want to clean up at this time? |
| RP | Well I'm confused about the whole procedure and I feel like I'm in limbo. It's like no real clarification on what's going to happen today or tomorrow—and I'm still going through issues even though they're not supposed to be in charge of anything. But I'm not sure about this process of going back and forth to court and all kinds of stuff; especially with the stuff that's supposed to be out of their hands now yet they're still running back and forth to court and doing all these little undermined things right now. |
| TB | And that's why we called this meeting so everything is up front and it's transparent. All of this information can be pulled through 60 Centre Street as Queen Mother has done—It's available as part of public record. But that's why we're here with an open meeting and an agenda and we're following the By-laws and by tomorrow I will talk to the attorney to bring up these things. Because there are several things that have to happen; and until you reorganize, as a functional board with fiduciary responsibilities—and even if you had to hire a corporation to deal with the build, that's when you will deal with your concerns. So that's why we're doing that—and if you have any questions, even though it's part of the public record, but it's deep. So that's why we're having this forum transparently and your leadership or their leadership (that went on board?). |
| JM | What's the date? August ... |
| TB | August 5th. |
| QM | Yes, it was August 5th. It was the bankruptcy and auction in the same day. The bankruptcy was in the morning, the auction was in the afternoon and I was at the auction. |
| TB | For the record, the date is actually the August 5th. |
| QM | Yes, and Roxie, Solomon and Roth was there and some of the other folks and tenants were there as well. |
| TB | Okay—Alright so first I want to thank you for taking this time from your day to go through this heavy lifting for the organization. But also, from the outside looking in, I think that you are on track, at least from a since of having transparency. Thank the Secretary for these meeting minutes; and Queen Mother also has something she wants to say. |
| QM | Yes, I want to note for the record as well that the politicians already have been notified. Also the press has been notified and that's how we were able to deal with the indictment of a person who was never a lawyer because we really don't know who's really out there. So since we don't have the income to do our own thing in house, I have put it out to the community at large and all the Index numbers is listed as well as part of the Press Release I'd circulated. |
| TB | Okay—That's a good point, and as a witness to that statement, Congressman Charlie Rangel's office has been notified at least three times, and two of those times by me personally—down in Washington D.C., down at the Congressional Black Caucus to get attorney help. So they're well aware. And I pray that all goes well for you all in the context of this property. |
| QM | Oh, to put also the Assemblyman Keith Wright sent some folks to the court with me and the Mayor's office directly have gotten notification—Bill De Blasio as well; and their people has been in touch with us, even as of today. |
| TB | Okay—So the lights are on! Thanks to all. So if there are no other items, or questions, this meeting is now adjourned. |

**************************************

**Adjournment:** There being no other business to come before the meeting, Mr. Todd Bristol adjourned the meeting at 9:21pm | 21:09:06

# NOTICE
## Special "Emergency" Shareholders and Tenants Meeting Held to
## Save Our Home in Bankruptcy Court
## 477 West 142nd Street HDFC

# Wednesday, October 14, 2015
# 8:00pm - Lobby

## Important Information
## for Shareholders and Tenants

# YOU HAVE  RIGHTS!

---

## Following the Meeting (As Goverened by the By-Laws):
## There will be an Annual Shareholder's Election
## For 2016 Board of Directors
### (Only for those who are interested in saving the property.)

<u>NOTE</u>:
- You can appear at an annual meeting by proxy (i.e., you can allow someone else to attend the meeting for you and vote your share.
- This communication does not constitue an offer to buy, sell or  any solicitation of vote for approval.

Dr. Deloise Blakely, Shareholder,
Apartment #2

**10/8/2015**

**Shareholder Meeting 10-15**
**Shareholder/ Tenants Meeting October 14, 2015 Agenda**

**Organization: 477 W142nd Street Housing Development Fund Corporation (HDFC)**
**Address: 477 W142nd Street (Lobby)**
         **New York, NY 10031**

**(1.) Index**    Roll Call

**(2.) By Laws/ Offering Plan**

**(3.) Agenda**
 **a.) Open meeting**
 **b.) Attendance**
 **c.) Exhibit 4: By Laws**
 **d.) Introduction of shareholders, tenants, attorneys and community representatives**
 **e.) Status of 477 W142nd Street HDFC: Bankrupcy/ (Commercial space)**
 **f.) Recap (summury up-to-date)**

**(4.) Election set 10 days from today: October 26, 2015**
 **a.) Election of officers**

**(5.) Discuss next court hearing date: November 2015**

**(6.) Vacancy**
 **(a.) Rent with option-to-buy**

**(7.) Meeting closing**

**Page 1**

**Subject: Proof of Mailing Statement from Ruth Brinkley**

On October 9, 2015 a notice was hand delivered and sent by **Ruth Brinkley**, who is the
executive assistant to Queen Mother Dr. Delois Blakely, to all eight current shareholders and
residents living at **477 W142nd Street New York, NY 10031** via USPS. The notice informed all
current residents and shareholders that an emergency shareholder and tenants meeting would be
taking place in the building lobby at 8pm on October 15, 2015. Attached is the USPS receipt as
proof that all eight letters were sent.

Print: Ruth Brinkley

Signed:

x _Ruth Brinkley_

_Sworn to me this_
_20^n day Oct 2015_

ADA N. MUNOZ
Commissioner of Deeds
City of New York-No. 2-10213
Certificate Filed in New York County
Commission Expires Mar. 1, 20__

```
                          Issue Postage:              $0.49
                          Domestic Individual


                 GRAND CENTRAL STA
                 NEW YORK, New York
                     100179998
                 3558250010-0081
         10/21/2015 (800)275-8777 06:50:52 PM
         ─────── Sales Receipt ───────
         Product         Sale Unit      Final
         Description      Qty Price      Price

         NEW YORK NY 10031 Zone-1        $0.49
         First-Class Mail Letter
           0.40 oz.
           Expected Delivery: Sat 10/24/15
                                       ========
           Issue Postage:               $0.49

         NEW YORK NY 10031 Zone-1        $0.49
         First-Class Mail Letter
           0.50 oz.
           Expected Delivery: Sat 10/24/15
                                       ========
           Issue Postage:               $0.49

         Domestic Individual
         Certificate of Mailing
```

---

### *Willie Kathryn Suggs Licensed Real Estate Broker*

*412 West 145th Street*                                              *New York City 10031*
*917-202-1692*          *www.williesuggsharlem.com*          *646-964-4568 Facsimile*

---

Broker Price Opinion
477 West 142nd Street HDFC Co-op
New York City 10031


**Date**: November 1, 2015

This report was prepared by Willie Kathryn Suggs, hereafter referred to as Suggs or Broker.   Suggs is licensed by the State of New York as a real estate broker. Suggs has been a licensed professional since 1985.   Her office specializes in the sales and rentals of residential and commercial properties in the upper Manhattan neighborhoods of Harlem and Washington Heights. Her office is located in the Hamilton Heights neighborhood of West Harlem, the same neighborhood as the subject property, 477 West 142nd Street.

Suggs is an acknowledged expert on Upper Manhattan real estate.
She has been quoted by and appeared on news media outlets world wide including ABC; CBS; FOX; NBC;   all New York City local television stations; BBC; Nippon TV(Japan); PBS;   RAI(Italian TV); New York Daily News; New York Post; New York Times; Amsterdam News;   Boston Globe; Christian Science Monitor;
Der Spiegel(Germany); Ebony;   National Geographic; and the Wall Street Journal.

This report is based on a visual inspection conducted November 1st, 2015 of one apartment in the property and the public hallway.

### Subject property
The building is a 5 story walk up corner property located in the Hamilton Heights Historic District.
The first floor consists of 4 commercial spaces which were not inspected.
Floors 2, 3, 4 and 5 have two apartments each. Each apartment is numbered one through 8. The odd numbered apartments are in the south section of the building. The even numbered units are in the north section of the building.
The building is approximately 80 years old.
There is only a staircase. There is no elevator.
Apartment 2 was inspected.

Unit 2 consists of 8.5 rooms. There are two bathrooms.
The square footage is 1,012.
There are two non-working fireplaces, which appear to be the original.
Other original details include French doors, window and mouldings and oak floors.
According to the resident, who said she is familiar with the other apartments in the
building, the other units in this "even line" have the same foot print.
She also said the other units have similar remaining original details.
As the property is a corner, this unit has windows facing east, north and west.

**Property Value**
This building is an income restricted Housing Development Fund Corporation
Co-op((HDFC).
This status restricts the pool of potential buyers, but does not affect the value of the
commercial spaces.
Asking market rents for units such as these, which face Amsterdam Avenue
range widely, depending on the type of lease. The landlord preferred lease requires
that the tenant pays for their own renovations; a portion of the water and sewer and
real estate taxes; and it increases each year. $20 a square foot is not uncommon. As
the footprint is approximately 2,000 square feet, $4,000 a month should be the
minimum per month for all the units combined. As restaurants have moved
aggressively onto the Avenue in the past 5 years, that amount would increase
dramatically should the Co-op decide to seek such a tenant.

The residential units are extremely valuable based on the location of the property,
the size of the units and the period details, which many buyers desire.
The block is extremely attractive: tree lined with mainly owner occupied private
townhouses. This is the original landmark district, which has been expanded and
now runs 15 blocks north to south and 4 blocks at its widest east to west.
This is the largest historic district in Harlem. This neighborhood saw the first sales
of townhouses in Harlem at the $500,000, $650,000, $750,000, $850,000 price
points. It also saw the first sale of a town house over $3 million. That home, 320
Convent Avenue, closed at $3.89 million in March 2006. Two Harlem homes have
closed at $4 million this year, with the new record now being $4.8 million.
As the price of townhouses soars, so does the price of co-ops, even HDFCs.

Two HDFCs with active sales are within 2 blocks of "477." 79 Hamilton Place and
94-102 Hamilton Place which are located one block west and one block south of
the subject building. This broker has sold 10 units in "79" and 3 in "94" since
2013. All the buyers were all cash. None used bank financing. Both buildings are
corners with 2 to 3 exposures per unit, just like "477."

79 Hamilton Place is a walk up building. "94" is composed of two buildings, each with an elevator.
The average price per square foot for the sold units was $388.
The units that closed were all in need of renovation.
However, "477" units are more valuable as they are "family sized" with more rooms than any of the units at "79" or "94."
We would expect them to sell for 15 to 20 per cent more.
Therefore, a more realistic price for the units at "477," would be at least $446 a square foot.
That means the even numbered units that are 1,012 square feet should bring in at least $451,352 to $470,580. If the units are shown clean and staged, that number could easily soar above $500,000 given the paucity of larger units on the market in this area at this time.

A visual inspection of the Board controlled units in the Co-op would allow for a more detailed analysis of the value of those units.

Thank you for allowing us to be of service.


Willie Kathryn Suggs

*State of New York*
# Department of State
## DIVISION OF LICENSING SERVICES

Be it known that, pursuant to the provisions of
Article 12A of the Real Property Law

FOR OFFICE USE ONLY

Control No. **1118187**

14280-15

UNIQUE ID NUMBER

**35SU0575853**

SUGGS WILLIE KATHRYN
412 W 145TH ST STE 2A
NEW YORK NY 10031

EFFECTIVE DATE

| MO. | DAY | YR. |
|-----|-----|-----|
| 12  | 05  | 2014 |

EXPIRATION DATE

| MO. | DAY | YR. |
|-----|-----|-----|
| 12  | 04  | 2016 |

HAS BEEN DULY LICENSED TO TRANSACT
BUSINESS AS A REAL ESTATE BROKER

In Witness Whereof, The Department of State has caused
its official seal to be hereunto affixed.

**CESAR A. PERALES**
**SECRETARY OF STATE**

DOS-104 (Rev. 4/03)

**477 West 142nd Street Housing Development Fund Corporation
BOARD RESOLUTION**

WHEREAS 477 West 142nd Street building does not have insurance;

WHEREAS the Trustee has a pending Motion to dismiss carried forward in the bankruptcy and will not move forward if the board procures insurance for the building;

WHEREAS the board should instruct the treasurer or whoever is over the bank account to procure insurance for the corporation

THEREFORE BE IT RESOLVED that the _Kenneth Stevens_ procure insurance for the building.

Respectfully Submitted

Ruth Brinkley

Or Traci Bransford Marquis, Esq

Date: November 10, 2015

# 477 West 142nd St. Housing Development Fund Corporation
## Board Resolution

WHEREAS Traci Bransford Marquis has been retained as counsel; (NY Bar license 2500437)

WHEREAS one of the functions of the office of secretary is maintain records and ensure the board is working in a capacity that is consistent with the bylaws and the any local, state and federal laws;

BE IT RESOLVED that the retention of Attorney Marquis as legal counsel October 14 be ratified in this resolution and she also be appointed as secretary in addition to Ruth Brinkley to provide the above referenced function.

Respectfully Submitted

Ruth Brinkley, Secretary
11/10/15

# Promoting positive growth in our neighborhoods



### Patricia A. Jennings

Project Management | Administrator
Community Development

An active organizer and a master in project presentation developer and administrator in our communities, Patricia lends her time to talent and business strengths to make our communities strong, healthy and safe. She invests in entrepreneurial development and well-being of a team. She believes in offering herself and/or a percent of earnings to worthy causes, a commitment that does not waver due to the economic climate.

Before joining forces with New Future Foundation (NFF) she has worked as a Presentation Specialist with leading financial Investment Banking Divisions (IBD), such as:

Credit Suisse First Boston | Oct 2007 – Apr 2008
Lazard Group LLC. | Feb 2007 – Sep 2007
New Image Alliance (Self Employed), NYC, NY 10018 Oct 2006 – Present
Citigroup | Sep 2004 – Oct 2006
Bank of America | Jan 2004 – Jun 2004
Merrill Lynch | Apr 1999 – Sep 2003

Special interests evolves around seven core values for Community Empowerment—"SANKOFA"
**S**elf-Reliance/Determination-Back to Sovereignty
**A**frican Diaspora Investments
**N**IA/Purpose
**K**nowledge/Knowing
**O**rganizing
**F**reedom/Liberty
**A**rts and Culture

Contributing a diverse combination of creative design graphics (print and promotional) for fundraising campaigns, project management and phase approach to project implementation, Having enhanced business skills that range in finance, civil society organizations and the non-profit sectors assisting inner-city residents, my diverse interests and talents have gained me recognition by my peers—serving as a catalyst for more than 20 years.

Always open to opportunities to evolve professionally—while passionately supporting our communities in newly inspiring programs and activities, my knowledge in areas of the industries mentioned below affords me the ability to help others connect and launch their vision and purpose. As a social entrepreneur, innovation collaborator and lifetime activist, I have worked at unifying, developing and, as late, publicizing strategies and services which, utilize various tools and practices focused on community sustainable development and transformational organizing.

## SUMMARY OF ENTREPRENEURIAL KEY FUNCTIONS | 1994 to Present
- Community Event Management—from Managing to PR, Online PR and Social Media modules
- Festival Event Management, Budgeting, Forecasting Expenditure, Compiling and Understanding Event Contracts, Event Risk Assessment
- Manage/coordinate the roll out of projects between NGOs and grassroots organizations
- Write advocacy and programmatic work, engaging target audiences,
- Create presentations materials and supporting documentation to develop and expand partnerships
- Manage multiple projects simultaneously through to completion
- Market, Equity and Investment research
- Assist in initiatives seeking support of U.N. Financing for Development and Millennium Goals
- Provide ongoing monitoring of Projects to confirm that delivery met the Project's objectives

Administrative Support
- Provide secretarial and administrative support, which includes official documents, correspondence and other materials
- Prepare presentation materials and reports in MS Office.
- Support the senior team members in departmental objectives and administrative work as and when required.

FOUNDER
NIA Collective | March 2002 to Present

NIA Collective is a thought leadership project management service entirely impacted by an Afrikan Centered approach to economic growth and sustainable development.  NIA particularly focuses on creating a positive social and economic impact in the community—building common ground while creating a holistic approach to social issues.

The Mission of NIA (Neighborhoods in Action a/k/a Nu-Image Alliance) Collective is to serve, empower, and promote the interests of aboriginal/indigenous people throughout the African diaspora. NIA specializes in identifying, connecting, and executing common interests between individuals, cultures and business from local to global levels to produce effective and sustainable outcomes. All programs are designed around mobilizing and engaging individuals in some of the decision making process through (collective professional networks) by doing educational pieces on what we can do every day, every week, every year so that poverty-causing obstacles may be overcome and stronger communities may be forged.

INTERN / CONTRACT / VOLUNTEERISM*
Contributions to organizations in the following areas:

Cultural Outreach Developer, Project Development Coordinator
Kebulun Alliance | March 2014 to May 2015

Graphic Designer, Event Planning Assistant
WBAI (On-Air) Co-Host Dequi Kioni-Sadiki, "Where We Live" | Sept 2011 to May 2015

Administrative Services
NGO New Future Foundation / Women & Youth | Jan 2009 to Feb 2015

Administrator, Chief Creative Officer, Brand Marketing Strategist | April 2008 – February 2012
Extreme Security & Transportation (EST), LLC

Freelance Writer, Desktop Publishing Specialist & Graphic Designer | Aug 2009 – Nov 2012
Supreme Design Publishing / Proven Publishing

Event Marketing Specialist, Project Manager, Coordinator | January 2010
Hip Hop 4 Haiti (HH4H)

Desktop Publishing & Editing Services | 2005 – 2008
Nsikan Inokon (Author), Xlibris Publishing Corporation
"WORLD PEACE, THE CRY AND CRIER" (January 21, 2008)

Freelance Writer / Graphic Designer / Presentation Specialist | June 2014 to Sept. 2014
Xen Pi Co & Associates, Financing For Development Business Advisory Group

Office Assistant | March 1989 – April 1991
NYCHH, Harlem Hospital (Mental Health treatment for PINS Youth)

Office Administrator | June 1987 – January 1989
The Learning Tree Cultural Preparatory School

**Todd Bristow**
toddb9292@gmail.com
214.325.6263

SKILLS:

- Systems Administration
- Cable TV HDI Installation
- Due Diligence
- Tier 3 Operations Support
- Network Administration
- IT Disaster Recovery

- Business Development
- Sales
- Fundraising
- Recruitment
- Program Design
- Strategic Planning
- Event Planning

- Public Speaking
- Board Development
- Training
- Grant Administration
- NBA Statistician

CLEARANCES: SECRET Clearance (SSBI) - Active

CLIENTS: Comcast; NBA; University of Miami; NMCI - Navy Marine Corps Intranet Strike Force implementation team; Dow Chemical DOWNET Global VOIP implementation team; Marathon Oil Company WinTel Client Server Operations; Musicians Discount Center

PROFESSIONAL EXPERIENCE

United States Postal Service – *City Carrier Assistant*　　　　　　　　　　　12/2014 – 5/2015
- Routing, delivering, pick up and preparing mail in sequence of delivery along an established route.
- Driving 2 Ton truck for delivery of Parcel mail and small packages.
- Provide strong customer services to clients along established routes.

Time Warner Cable - *Technical Operations Communications Tech 3*　　　　3/2013 – 5/2014
- Made in-house and small business service calls supporting High Speed Internet, Video installations, troubleshooting, wireless modem installations, cable installation and repair.
- Driver of service truck who maintained safety laws, and secure availability to tools and corporate video inventory.

COMCAST - *Technical Operations Communications Tech 2*　　　　　　　　3/2013 – 5/2014
- Made in-house service calls including HSI and Video installation, troubleshooting, wireless modem installations, and cable repair.
- Driver of service truck who maintained safety laws, and secure availability of tools and corporate video inventory.

UNIVERSITY OF MIAMI - *Basketball and Football Statistician*　　　　　　　11/2013 – 3/2014
- Entered data into standardized forms to make recording and tracking easy
- Submitted and distributed final stat sheets to officiating body, coaches and media

HARGROVE ENGINEERING - *Business Development Officer*　　　　　　　　6/2012 – 3/2013
- Development of local community NGO enhancing business services with members countries of African Union in United States

HOOKELE TECHNICAL HOME HEALTH SERVICES - *Customer Services Specialist*　　2/2012 – 6/2012
- Created FDA related compliance documentation for health monitoring devices
- Provisioned, Installed, trained, and provided ongoing support for touch screen computers devices used by nursing staff/clients

BIG BROTHERS BIG SISTERS - *Director*　　　　　　　　　　　　　　　11/2006 – 9/2011
- Developed and executed annual fundraising plan to secure financial support from individuals, foundations and corporations
- Increased the volunteer pool of professionally supported one-to-one mentors through local and national recruitment
- Provided planning for *Save our Children One Million Mentors Tour* with nationally-syndicated radio personality Michael Baisden
- Obtained first time grants from local government, private foundations, faith based and civic organizations
- Secured local, regional, national and global partnership with United Methodist Church, Kappa Alpha Psi, Fraternity Inc. and Omega Psi Phi Fraternity, Inc.
- Provided planning, sales/marketing and implementation of the first *Little Big Shot 3 Point Basketball Shootout* fundraiser
- Facilitated and served as guest speaker for local United Methodist Church fundraising campaigns

NATIONAL BASKETBALL ASSOCIATION - *Statistician*　　　　　　　　　　11/1996 – 6/2011
- 2006 NBA Finals, 2010-2011 NBA Finals, 2010 NBA All Star Game, and the NBA Post Season Playoffs
- Entered data into standardized forms to make recording and tracking them easy
- Provided instant statistical information to on air live commentators, TV, and radio broadcasters during the game

EDS - HP - *Infrastructure Specialist*　　　　　　　　　　　　　　　　7/1995 – 11/2006
- Installed and supported HP SANs, VMware, and Citrix server environments
- Setup, installed, and configured Compaq, IBM, HP, Dell, MS Project, MS Exchange Server platforms within clients Data Center
- Set up Client/Server Virus signature file updates, inbound/outbound scanning, virus removal and quarantine
- Developed and maintained Client/Server Disaster Recovery Plan
- Installed, configured, and maintained TCP/IP tables and DHCP
- Remote Desktop, HP Workstation and Notebook support

## EDUCATION

Fordham University - Bronx, New York
*Information Technology*

New York University - New York, New York
*Information Technology*

MTI Business School - Brooklyn, New York
*Micro Computer Technology*

## AFFILATIONS

Board of Directors – General Board of Discipleship of the United Methodist Church
Board of Directors – Foundation of Evangelism
Board of Directors – Bridgeport Youth Camp
Assistant Secretary – North Texas Annual Conference of North Texas United Methodist Church
Delegate – United Methodist Church General Conference
Delegate – United Methodist Church South Central Jurisdictional Conference
Member – National Sales Network
Conference President – NTC UMC United Methodist Men





*Queen Mother Dr. Delois Blakely*
*Community Mayor of Harlem*
*Ambassador of Goodwill, FESMAN 2009*
*Ambassador of Goodwill, Goree Island*

### *Biography*

*A noble woman of compassion and caring, Queen Mother Dr. Delois Blakely champions the aspirations of women, children and youth. She criticizes mankind for the economic injustice that has degraded billions of lives worldwide and champions' education, basic business training, microcredit, entrepreneurship, and "heart" as potential solutions.*

*In 1958, Queen Mother Dr. Delois Blakely entered the Franciscan Handmaids of the Most Pure Heart of Mary Convent. For ten years, as Sister Noelita Marie, she worked in New York State in the field of education and as a counselor in prisons. She advocates that sustainable and economic development is necessary for building human and social capacity.*

*Queen Mother Dr. Blakely is held in the highest regards as a Stateswoman and Educator across Africa, the Caribbean and the United States of America. She played a key role in memorializing more than 100 million Africans who died in the Middle Passage of the Trans Atlantic Ocean. Dame in Honor and Merit of the Sovereign Order of the Hospitallers of Saint John of Jerusalem Knights of Malta {1976}.*



*Queen Mother Blakely carries on the legacy of Queen Mother Audley Moore {1898-1997} as The Queen Mother of All African Peoples {African Descendants} in the North Americas. Representing the 55 million displaced Africans all over the globe.*

*In 1969, Queen Mother Dr. Blakely founded a multi-ethnic, multi-cultural, not-for-profit organization, New Future Foundation, Inc. Successfully using cultural pride, individual initiative, and neighborhood leadership; especially among young people, New Future Foundation, Inc. conducts exchange students programs from Africa, provides housing for students, ongoing public information, and education to solve problems of racism, poverty and ignorance. During her 40-year career as President of New Future Foundation Inc., Queen Mother Dr. Blakely has shared "best practices" with many Heads of State and Top-Level Officials.*

*A Community Fellow {1981-82} at the Massachusetts Institute of Technology {MIT}, an Education Policy Fellow {1982-83} of the International Education Leadership {IEL}, a Fulbright Scholar in Tanzania and Nigeria {1984-85}, Queen Mother Dr. Blakely received two Master of Education Degrees, from Harvard University {1982} and Teachers College, Columbia University {1983} and a Doctorate of Education Degree from Teachers College {1990}. She graduated from the Franciscan Handmaids of Mary College in 1965 with a Bachelor of Science Degree in Religious Studies. She has published scholarly and popular books and articles on self-reliance, education, recreation and culture.*

*In 1995, Queen Mother Dr. Delois Blakely became Community Mayor of Harlem, the first woman to hold this office. Queen Mother Dr. Blakely was appointed "The Community Mayor of Harlem" by the Chief of Community Mayors. She was sworn in by Mayor Rudolph Giuliani. Her duties as the Community Mayor of Harlem is to deal with the needs of youth and children as well as the special needs for children who are homeless, handicapped, and are in foster care.*

*In partnership with the United Nations and the Organization of African Unity to assure a better future for the world's youth, Queen Mother Dr. Blakely expanded New Future Foundation's United Nations Africa House in Harlem {Queen Mother Moore International House} and its Neighborhood Peace University, The City College of New York supported by Former Secretary General Kofi Annan for the youth "World Street Peace Summit." The "World Street Peace Summit" was where Children and Youth walked from Harlem to United Nations on the International Day of Peace. Both these initiatives promote conflict resolution and "demand-based" education and training among diverse cultural and socio-economic groups.*

*From 2001 to 2008, Queen Mother Dr. Blakely has traveled extensively around the world attending United Nations Conferences dealing with women and children issues as well as human tragedies as it relates to the African Nationals living in the United States. Queen Mother Dr. Blakely lead the Delegation from the United States in returning the African Nationals to their homeland for proper burial which were all high profile cases - Amadou Bailo Diallo, Guinea West Africa, 41 gun shots by New York City Police Department {1999}; Ousmane Zango, Burkina Faso, West Africa, hardworking young man killed in warehouse by New York City Police Department {2003}; Soumare and Mougassa Family, Mali, West Africa, 9 children and 1 mother died in tragedy fire in the Bronx {2007}.*

*In 2006, Queen Mother Dr. Blakely kicked-off Queen Mother Coffee at the United Nations during the CSW – Commission on the Status of Women with Harlem Women International. On the International Day of Women, Queen Mother Dr. Blakely launched Queen Mother Coffee in Harlem with women from around the world. Queen Mother Coffee was created to foster partnership with women from Africa and the United*



States to empower women farmers who are the backbone of agriculture within their country.

Queen Mother Dr. Blakely traveled to Uganda with the United States Conference of Black Mayors in July to August 2008. While in Uganda on a fact-finding mission, she began working on a World project to assist a family with an infant medical emergency – a baby with an oversized head. Queen Mother Dr. Blakely launched the medical mission to seek the participation of Harlem and Columbia Presbyterian Hospitals in New York City, USA.

During the United Nations General Assembly in September 2008 Queen Mother Dr. Blakely attended on behalf of the NGO – New Future Foundation, Inc and listened to Heads of States' address the General Assembly and attended High Level Meetings addressing the needs of Africa. Queen Mother describes her efforts as part of the United Nations Millennium Development Goals that are designed to eradicate poverty in Sub-Saharan Africa by the year 2015.

As an Ambassador of Goodwill for many African Countries, Queen Mother Dr. Blakely is constantly attending many inaugurations in Africa; being called to various countries regarding celebrations and tragedies. She has traveled extensively over the last 30-years, Queen Mother Dr. Blakely has met many Head of States and Governments and its people that are members of the AU – African Union, such Nigeria, Senegal, Namibia Liberia, Gambia, South Africa, Zambia, Ghana, and a host of many other African Countries.

Queen Mother Dr. Delois Blakely was mentored by notables, Mwalimu Julius Nyerere, Former President of Tanzania and Dr. Angie Elizabeth Brooks, First Woman President of the General Assembly at the United Nations. Queen Mother Dr. Blakely enjoys a life-long student and practitioner of the visual arts, music, dance, modeling, law, business, and social work. Queen Mother Dr. Blakely serves the World as a Humanitarian Trailblazer protecting Human Rights for the poor and the powerless and enjoys traveling the world and working to eliminate poverty.

**Queen Mother Dr Delois Blakely Intellectual Properties, Cultural and Arts.**

Queen Mother Dr Delois Blakely received full scholarships to Peabody Conservatory of Music (1969), Harkness Ballet School of Dance (1970) and Barbizon School of Modeling (1971). She studied at Columbia University visual arts (water painting) and photography. Queen Mother Blakely studied under Pearl Primus and Percy Boyd for dance, and for music Mary Lou Williams, Eddie Bonnerer, and Cannon Ball Adderly. She was influenced by Mary Anderson and the five blind boys, and Ruth Ellington (Duke Ellington's sister) to study music. Queen Mother Blakely wrote and published a book titled, 'Education for Self-Reliance: Education and National Development in Tanzania' in 1990. The late President Julius Nyerere of Tanzania inspired, influenced, mentored, and oversaw the completion of Queen Mother's dissertation. President Nyerere's contribution and influence remain incalculable and immeasurable and Queen Mother remains forever grateful to him.

'The Harlem Street Nun: Autobiography of Queen Mother Dr. Delois Blakely', is a body of work that she believes upon available verifiable facts and information very closely parallel the storyline in Sister Acts 1 & 2. According to sources, "It is probable that the movies Sister Acts 1 & 2 directly parallel the life history of Queen Mother Dr. Blakely."



**QUEEN MOTHER DR. DELOIS BLAKELY'S NUMEROUS PROFESSIONAL ACCOMPLISHMENTS**

- *Queen Mother Dr. Delois Blakely carries the legacy of Queen Mother Audley Moore representing 55 Million African Descendents of the Transatlantic Ocean of the Middle Passage. Queen Mother Moore lived to be almost 100 years old and fought for REPARATIONS.*
- *International Year of the Child – Queen Mother Dr. Blakely served as United States Honorary Commissioner out of the White House with former President Jimmy Carter, 1979 Day of the African Child – Queen Mother Dr. Blakely served as a Co-Chair/Metro UNICEF declared by the United Nations, 1992*
- *Gion "Guy" Bluford – Queen Mother Dr. Blakely brought the First African-American US NASA Astronaut to New York City Public Schools in Harlem, 1983*
- *Ronald McNair – Attended the historical launching and landing of US NASA Black Astronaut at the Kennedy Space Center, 1984*
- *Technology Group to the United Nations {UNDP} – Queen Mother Dr. Blakely served as a Senior Advisor for two years looking at adaptable and applied technology for developing countries, 1986 – 1988*
- *Nelson & Winnie Mandela first trip to America – In Nelson Mandela's first address to the United Nations Queen Mother Dr. Blakely was apart of protocol entourage, 1990*
- *United Nation Youth Conference in Portugal – Queen Mother Dr. Blakely served as a Facilitator, 1998*
- *National Action Network – Attended the 40th Anniversary of the Assassination of Dr. Martin Luther King Jr. Nashville Tennessee, April 2008*
- *Green For All – Attended The Dream Reborn Event in Nashville Tennessee, April 2008*
- *Historical Democratic Convention – Attended in Denver Colorado August 2008*
- *Historical Republican Convention – Attended in Minneapolis, Minnesota September 2008*
- *Queen Mother is a member of the Harlem Arts Alliance*
- *Fesman III – Ambassador of Goodwill December 2009*

# 477 WEST 142ND STREET HDFC

# SPECIAL ANNUAL ELECTION NOTICE for

### 477 West 142nd Street HDFC, Pursuant to
### New York Business Corporation Law (BCL)
### 602(b)(c) and Our By-Laws
## October 26, 2015

| | |
|---|---|
| **TO:** | 477 West 142nd Street HDFC Shareholders & Tenants |
| **FROM:** | Queen Mother Dr. Delois Blakely, Shareholder |
| **DATE:** | October 19, 2015 |
| **RE:** | 477 West 142nd Street HDFC |
| | By-Laws Authorized Annual Shareholder Election Notice |
| **AGENDA:** | To Elect a New Board of Directors, As Mandated by the By-Laws of 477 West 142nd Street HDFC |

As authorized by our By-laws, and "Pursuant to New York Business Corporation Law (BLC) 602(b)(c), this Notice is being sent to all Shareholders and Tenants by Certificate of Mailing, and by posting copies on all the floors of the building.  Please take notice that the agenda upon the formation of Quorum, will be to elect a new Board of Directors.  In the absence of a quorum, further business of the corporation will be conducted pursuant to NY Business Corporation Law 602.

NOTE: Any community persons who are interested in saving the property are invited.

**Monday, October 26, 2015**
**477 West 142nd Street HDFC, Lobby**
**8:00PM - Sharp**

If there are any questions or concerns, please feel free to contact me at Apartment #2.

**All Shareholders & Tenants Are Invited!**
**THANK YOU AND BLESSINGS TO ALL!**

Queen Mother Dr. Delois Blakely, Original Shareholder
477 West 142nd Street HDFC