## APPENDIX A

## INDEX OF FORMS

| FORM # | TITLE | PAGE |
|---|---|---|
| A | Declaration of Debtor | 1 |
| B | Disclosure of Compensation of Principal, Officer, Director, or Insider | 2 |
| C | Certification of Receipt of Operating Instructions and Reporting Requirements | 3 |
| D | Instructions for Financial Reporting Forms To Be Used In Chapter 11 Monthly Operating Reports | 4 |
| 1 | Transmittal and Certification | 5 |
| 2 | Operating Statement (P&L) | 6 |
| 3 | Balance Sheet | 7 |
| 4 | Summary of Financial Operations | 8 |
| 5 | Monthly Cash Statement | 9 |
| 6 | Monthly Statement of Compensation | 10 |
| 7 | Schedule of In-Force Insurance | 11 |
| 8 | Transmittal of Quarterly Postconfirmation Report | 12 |
| 9 | Chapter 11 Postconfirmation Report | 13 |

**TRANSMITTAL OF FINANCIAL REPORTS AND
CERTIFICATION OF COMPLIANCE WITH
UNITED STATES TRUSTEE OPERATING REQUIREMENTS FOR
THE PERIOD ENDED:**

**IN RE:**                                                                     :
                                                                               :    **CASE NO.:** _____
                                                                               :    **Chapter 11**
                                                                               :    **Judge:** _____
                                                                               :
_____                                                   :
            **Debtor**                                                         :
                                                                               :

As debtor in possession, I affirm:

1. That I have reviewed the financial statements attached hereto, consisting of:

   | | | |
   |---|---|---|
   | _____ | Operating Statement | (Form 2) |
   | _____ | Balance Sheet | (Form 3) |
   | _____ | Summary of Operations | (Form 4) |
   | _____ | Monthly Cash Statement | (Form 5) |
   | _____ | Statement of Compensation | (Form 6) |
   | _____ | Schedule of In-Force Insurance | (Form 7) |

   and that they have been prepared in accordance with normal and customary accounting practices, and fairly and accurately reflect the debtor's financial activity for the period stated;

2. That the insurance, including workers' compensation and unemployment insurance, as described in Section 4 of the Reporting Requirements For Chapter 11 Cases is in effect; and,
   (If not, attach a written explanation)    **YES_____    NO_____**

3. That all postpetition taxes as described in Sections 1 and 14 of the Operating Instructions and Reporting Requirements For Chapter 11 cases are current.
   (If not, attach a written explanation)    **YES_____    NO_____**

4. No professional fees (attorney, accountant, etc.) have been paid without specific court authorization.
   (If not, attach a written explanation)    **YES_____    NO_____**

5. All United States Trustee Quarterly fees have been paid and are current.
                                             **YES_____    NO_____**

6. Have you filed your prepetition tax returns.
   (If not, attach a written explanation)    **YES_____    NO_____**

I hereby certify, under penalty of perjury, that the information provided above and in the attached documents is true and correct.

Dated: _____                        _____
                                         **Responsible Officer of the Debtor In Possession**

                                         _____    _____
                                              **Title**            **Phone**

**FORM 1**

FORM B

## DISCLOSURE OF COMPENSATION OF
## PRINCIPAL, OFFICER, DIRECTOR OR INSIDER

Name: _Deacon Mother Delois Blakely_    Capacity:    **X** Principal

___ Officer

___ Director

___ Insider

Detailed Description of Duties: _To serve as the principal executive officer of the Board and to govern the Corporation in Accordance with by-Laws and the Articles of incorporation. there of Preside over all Board of Director meetings._

**Current Compensation Paid:**    Weekly    or    Monthly

_0_    _0_

**Current Benefits Received:**

                                                                   Weekly    or    Monthly

- Health Insurance    _0_    _0_
- Life Insurance
- Retirement
- Company Vehicle
- Entertainment
- Travel
- Other Benefits

**CURRENT TOTAL:**

                                                                   Weekly    or    Monthly

                                                                      _0_        _0_

**Prior Annual Salary Total:**    $ _0_

Dated: _Nov 11 - 2015_    _Delois Blakely_ (signature)

                                                                    Principal, Officer, Director, Insider

(Revised 6/92)

2

**BALANCE SHEET**
Period Ending:

477 West 142nd Street
Housing Dev Fund Corp

Case No: 15-12178 (SHL)

| | Current Month | Prior Month | At Filing |
|---|---|---|---|
| **ASSETS:** | | | |
| Cash: | TBD | TBD | |
| Inventory: | N/A | N/A | |
| Accounts Receivables: | TBD | TBD | |
| Insider Receivables | TBD | TBD | |
| Land and Buildings: (Est.) | 6,261,993 | 6,261,K | 6,261,993 |
| Furniture, Fixtures & Equip: | TBD | TBD | |
| Accumulated Depreciation: | TBD | TBD | |
| Other: | ↓ | ↓ | |
| Other: | | | |
| **TOTAL ASSETS:** | 6,261,993 | 6,261,993 | 6,261,993 |
| **LIABILITIES:** | | | |
| Postpetition Liabilities: | | | |
| Accounts Payable: | 650,000 | 650,000 | 650,000 |
| Rent and Lease Payable: | TBD | TBD | TBD |
| Wages and Salaries: | 0 | 0 | 0 |
| Taxes Payable: (As of Oct-15th) | 0 | 0 | 0 |
| Other: | 513,039 | 513,039 | 513,039 |
| | 0 | 0 | 0 |
| **TOTAL Postpetition Liab.** | 1,163,039 | 1,163,039 | 1,163,039 |
| Secured Liabilities: | 0 | 0 | 0 |
| Subject to Postpetition | | | |
| Collateral or Financing Order | | | |
| All Other Secured Liab. | | | |
| **TOTAL Secured Liab.** | 0 | 0 | 0 |
| Prepetition Liabilities: | | | |
| Taxes & Other Priority Liab. | TBD | TBD | TBD |
| Unsecured Liabilities: | ↓ | ↓ | ↓ |
| Other: | | | |
| **TOTAL Prepetition Liab.** | TBD | TBD | TBD |
| Equity: | | | |
| Owners Capital: | TBD | TBD | TBD |
| Retained Earnings-Pre Pet. | ↓ | ↓ | ↓ |
| Retained Earnings-Post Pet. | | | |
| **TOTAL Equity:** | | | |
| **TOTAL LIABILITIES AND EQUITY:** | TBD | TBD | TBD |

Dated: _John Blakely_
Responsible Officer of the Debtor in Possession

FORM 3

## TO BE USED IN CHAPTER 11 MONTHLY OPERATING REPORTS

The following forms are to be used in the preparation of monthly operating reports for **ALL** chapter 11 cases. As indicated in the Operating Instructions, additional forms or reports in addition to those that follow may be required by the Office of the United States Trustee in appropriate cases.

The financial reports incorporated standard accounting concepts. However, some of them (most notably the Balance Sheet) adopt formats somewhat different than commonly found to better reflect the unique financial aspects of business in the chapter 11 environment.

Accrual accounting is to be used in all cases. The following forms must be used in all cases unless otherwise noted below.

### Form 1 - - TRANSMITTAL AND CERTIFICATION

This document is to be affixed to the top of the monthly operating report, originals of which are to be filed with the court and the United States Trustee, with copies submitted to the other parties as described in the Operating Requirements.

### Form 2 - - OPERATING STATEMENT (Profit and Loss)

This form follows standard format. "Total Revenue/Sales" is defined as the total selling price of goods or services transferred by a business to its customers during the reporting period. Extraordinary expense or income is that which occurs outside of the ordinary and usual course of business, including overhead costs related to operating in chapter 11. They are broken out to better reflect the debtor's performance as an ongoing business entity.

### Form 3 - - BALANCE SHEET

The asset portion of the balance sheet parallels customary format. Whereas the liability portion is formatted in a manner appropriate for operation under chapter 11, notably, differentiation is made between pre- and post-petition liabilities instead of short and long term liabilities. Additionally, secured debts are to be segregated into those which are the subject of post-petition collateral or financing orders and those which are not.

### Form 4 - - SUMMARY OF OPERATIONS

This form is self-explanatory.

### Form 5 - - MONTHLY CASH STATEMENT

This form is self-explanatory.

### Form 6 - - MONTHLY STATEMENT OF COMPENSATION

This form is self-explanatory.

### Form 7 - - SCHEDULE OF IN-FORCE INSURANCE

This form is self-explanatory.

**MONTHLY CASH STATEMENT**
**Period Ending:**

477 West 142nd Street
Housing DEV Fund Corp

Cash Activity Analysis (Cash Basis Only):

Case No: 15-12178 (SHL)

|  | General Acct. | Payroll Acct. | Tax Acct. | Cash Coll. Acct. | Petty Cash Acct. |
|---|---|---|---|---|---|
| A. Beginning Balance | TBD | TBD | TBD | TBD | TBD |
| B. Receipts (Attach separate schedule) | TBD | TBD | TBD | TBD | TBD |
| C. Balance Available (A + B) | TBD | TBD | TBD | TBD | TBA |
| D. Less Disbursements (Attach separate schedule) | TBD | TBD | TBD | TBD | TBD |
| E. ENDING BALANCE (C - D) | TBA | TBD | TBD | TBD | TBD |

(PLEASE ATTACH COPIES OF MOST RECENT RECONCILED BANK STATEMENTS FROM EACH ACCOUNT)

**General Account:**
1. Depository Name & Location: TBD - TD Bank 125th Street · 300 W 125th St NY NY 10027
2. Account Number: TBD

**Payroll Account:**
1. Depository Name & Location: TBD
2. Account Number: TBD

**Tax Account:**
1. Depository Name & Location: TBD
2. Account Number: TBD

Other monies on hand (specify type and location) i.e., CD's, bonds, etc.):

TBD

Date: _____
Responsible Officer of the Debtor In Possession

FORM 5

MONTHLY STATEMENT OF INSIDER COMPENSATION/PAYMENTS
Period Ending:

477 West 142nd Street
Housing Dev Fund Corp
Case No: 15-12178 (SHL)

The following information is to be provided for each shareholder, officer, director, manager, insider, or owner that is employed by the debtor in possession. **Attach additional pages if necessary.**

Name: TBD

Capacity: _____ Shareholder
_____ Officer
_____ Director
_____ Insider

Detailed Description of Duties: _____

| Current Compensation Paid: | Weekly | or | Monthly |
|---|---|---|---|
| | | | |

| Current Benefits Paid: | Weekly | or | Monthly |
|---|---|---|---|
| Health Insurance | | | |
| Life Insurance | | | |
| Retirement | | | |
| Company Vehicle | | | |
| Entertainment | | | |
| Travel | | | |
| Other Benefits | | | |
| Total Benefits | | | |

| Current Other Payments Paid: | Weekly | or | Monthly |
|---|---|---|---|
| Rent Paid | | | |
| Loans | | | |
| Other (Describe) | | | |
| Other (Describe) | | | |
| Other (Describe) | | | |
| Total Other Payments | | | |

| CURRENT TOTAL OF ALL PAYMENTS: | Weekly | or | Monthly |
|---|---|---|---|
| | | | |

Dated: _____     Responsible Officer of the Debtor In Possession

FORM 6

## SCHEDULE OF IN-FORCE INSURANCE

Period Ending: _____  477 West 142Nd Street, Housing Dev Fund Corp

Case No: 15-12178 (SHL)

| INSURANCE TYPE | CARRIER | EXPIRATION DATE |
|---|---|---|
| Workers' Compensation | TBD | TBD |
| General Business Policy | TBD | TBD |

Dated: _____   _John Blakely_
Responsible Officer of the Debtor In Possession

FORM 7

**FORM 8**

# TRANSMITTAL OF QUARTERLY
# POST CONFIRMATION REPORT WITH CERTIFICATION
# FOR THE QUARTER ENDED: _____

In re:                                              :    Case No.
                                                    :
                                                    :    Chapter 11
                                                    :
                    Debtor(s)                       :    Judge


Debtor, affirms that:

1. The attached *Chapter 11 Post Confirmation Report* for the quarter ended _____, which includes the Total Disbursement for Quarter, the Summary of Amounts Distributed Under the Plan, and the Summary of Status on Consummation of Plan has been reviewed and the report as prepared fairly and accurately reflects the debtor's complete disbursement/distribution activity and status for the period stated.

2. The individual responsible for preparing the attached report was _____ whose title is _____. Any questions regarding the attached report should be directed to _____ at telephone number _____.

3. The debtor is in compliance with the provisions of the confirmed Chapter 11 Plan except as listed below *(Attach additional documentation if necessary)*:
   _____

4. The undersigned is authorized to file this report on behalf of the debtor.

It is certified hereby, under penalty of perjury, that the information provided herein is true and correct to the best of my knowledge and belief.

                                                                Debtor

Dated: _____                                 By:_____
                                                                Signature


                                                     _____
                                                     Typed or printed name


                                                     _____
                                                     Title

-12-

FORM 9

# CHAPTER 11 POST CONFIRMATION REPORT
## FOR QUARTER ENDED _____

Debtor: _____     Case No. _____

### Total Disbursements for Quarter

All disbursements made by the debtor during the current quarter, whether under the plan or not, must be accounted for and reported herein for purposes of calculating quarterly fees.

Total Disbursements:    $_____

### Summary of Amounts Distributed Under the Plan:

|  | Current Quarter | Paid to Date | Balance Due |
|---|---|---|---|
| **A. Fees and Expenses:** | | | |
| 1. Trustee Compensation | _____ | _____ | _____ |
| 2. Fees for Attorney for Trustee | _____ | _____ | _____ |
| 3. Fee for Attorney for Debtor | _____ | _____ | _____ |
| 4. Other professionals | _____ | _____ | _____ |
| 5. All expenses, including trustee | _____ | _____ | _____ |
| **B. Distributions:** | | | |
| 6. Secured Creditors | _____ | _____ | _____ |
| 7. Priority Creditors | _____ | _____ | _____ |
| 8. Unsecured Creditors | _____ | _____ | _____ |
| 9. Equity Security Holders | _____ | _____ | _____ |
| 10. Other Payments or Transfers | _____ | _____ | _____ |
| Total Plan Payments (Sum of Lines 1-10) | _____ | _____ | _____ |

### Summary of Status on Consummation of Plan

Plan payments are current:    Yes \_\_\_\_    No \_\_\_\_

> If no, attach explanatory statement identifying payments not made (by creditor, amount, and date due), reason for non-payment, and an estimated date as to when payments will be brought current.

Quarterly fees due to the United States Trustee are current:
Yes \_\_\_\_    No \_\_\_\_

Anticipated Date of final report/motion for final decree: _____