| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | December 15, at 10:00 am<br>Objection Deadline to Motion<br>December 8, 2015 at 10:00 am |
| IN RE: 477 142ND ST. HOUSING<br>DEVELOPMENT FUND CORPORATION-------x | |
| | Chapter 11 Case No. 15-12178 |
| ---------------------------------------------------------------x | |

## NOTICE OF PRESENTMENT OF MOTION TO WITHDRAW

   PLEASE TAKE NOTICE that upon the annexed Motion to Withdraw of Traci Bransford as counsel to Debtor, the undersigned will present the attached proposed order to the Honorable Sean Lane, United States Bankruptcy Judge, for signature on December 15 at 10:00 am.

   PLEASE TAKE FURTHER NOTICE that objections, if any, to the proposed order must be made in writing and received in the Bankruptcy Judge's chambers and by the undersigned not later than 9:30 a.m. December 8th. The ECF docket number to which the filing relates shall be included in the upper right hand corner of the caption of all objections. Unless objections are received by that time, the order may be signed.

**Dated: December 2, 2015**

*/s/ Traci Bransford-Marquis*

**Traci Bransford Marquis**
**ChapmanHatchett, LLC**
**1 Gateway Center, Ste 2600**
**Newark, NJ 07102**


**To: In re: 477 142nd St. Housing Development Fund Corporation**
      **Attn: Queen Mother Dr. Delores Blakely, President**
      **477 142nd St.**
      **New York, New York 10031**

**UNITED STATES BANKRUPTCY COURT :**
**SOUTHERN DISTRICT OF NEW YORK   :**
                                                             :
                                                             :
**IN RE: 477 142ND ST. HOUSING         :**
**DEVELOPMENT FUND                         :**
**CORPORATION KEY**
                                                             :    **CH 11 CASE NO 15-12178**
                                                             :
                                                             :
                                                             :

### MOTION TO WITHDRAW AS COUNSEL

  Comes Now Traci Bransford, as counsel for above-named Debtor, who files this Motion to Withdraw as Counsel in the above-entitled action.

**DATED:  12/2/2015**

*[signature: Traci Bransford-Marquis]*

**Of Counsel**
**Traci Bransford Marquis**
**Chapman Hatchett**
**1 Gateway Center, Ste 2600**
**Newark, NJ 07102**

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT | : |
| SOUTHERN DISTRICT OF NEW YORK | : |
| | : |
| | : |
| IN RE: 477 142ND ST. HOUSING | : |
| DEVELOPMENT FUND | : |
| CORPORATION KEY | : |
| | : CH 11 CASE NO 15-12178 |
| | : |

# ORDER

CAME ON TO BE HEARD Counsel's Motion to Withdraw.

The Motion to Withdraw is granted.

It is so Ordered.

_____
 SEAN LANE
UNITED STATES BANKRUPTCY JUDGE
SOUTHERN DISTRICT OF NEW YORK

## CERTIFICATE OF SERVICE

**I certify that a copy of the Notice of Withdrawal has been mailed on the 2nd day of December 2015, first class mail, to Debtor's BOARD President Queen Mother Dr. Delores Blakely at Debtor's address 477 142nd Street, New York, New York 10031.**

*Traci Bransford-Marquis* (signature)

**Traci Bransford Marquis**