UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                                                    Chapter 11

477 West 142nd Street Housing Dev. Fund Corp.,
                                                                                          Case No. 15-12178 (SHL)
                                    Debtor.
-------------------------------------------------------------X

## ORDER

     Before the Court is the Motion to Withdraw as counsel filed by Traci Bransford.  For the reasons stated in open court on December 15, 2015, including Debtor's retention of new counsel, the Motion to Withdraw is granted.

Date: December 22, 2015

                                                          */s/ Sean H. Lane*
                                                   United States Bankruptcy Judge