**UNITED STATES BANKRUPCTY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
In re:

477 WEST 142ND STREET HOUSING                 Chapter 11
DEV. FUND CORP.,

                                              Case No. 15-12178 (SHL)


                            Debtor.
-------------------------------------------------------X


<u>**SCHEDULING ORDER**</u>


On January 21, 2016, a status conference was held in the above-captioned case during

which deadlines were established for the case moving forward.  Accordingly; it is hereby

ORDERED, that responses to the motion to dismiss the case filed on January 13, 2016 by

Ms. Bishop Shirley Pitts [ECF No. 15] along with any cross-motion by Queen Mother Dr. Delois

Blakely on the issue of who has authority to act for the Debtor are all to be filed by February 11,

2016; and it is further

ORDERED, that any reply by Ms. Pitts to the motion to dismiss the case and response to

any cross-motion shall be filed by February 25, 2016; and it is further

ORDERED, that any reply by Dr. Blakely to any cross-motion shall be by March 10,

2016; and it is further

ORDERED, that a hearing will be held on all these motions on March 23, 2016 at 11:00

A.M. at which time the parties shall present argument and evidence in support of the pleadings

identified above; and it is further

ORDERED, that on March 14, 2016, counsel for Ms. Pitts and Dr. Blakely shall

personally meet and confer to exchange information about the witnesses and documents to be

used by each side at the March 23, 2016 hearing, and the parties shall submit a joint letter to the

Court by March 15, 2016, informing the Court of the anticipated length of time needed for the hearing, and the witnesses and exhibits for each side at the hearing; and it is further

ORDERED, that if the secured lender raises concerns regarding the condition of the premises located at 477 West 142nd Street, the secured lender shall give written notice of such concerns to counsel for Dr. Blakely, Ms. Pitts, and Greg Zipes of the Office of the United States Trustee.  Counsel to Ms. Pitts and Dr. Blakely shall cooperate to promptly address and resolve any problem as to the premises, and any issues that cannot be promptly resolved by the parties shall be promptly brought to the attention of Greg Zipes of the Office of the United States Trustee and, if necessary, promptly brought to the attention of the Court.

Dated: New York, New York
       January 22, 2016

_/s/ Sean H. Lane_____
UNITED STATES BANKRUPTCY JUDGE

2