# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: lebanks | Date Created: 1/22/2016 |
| Case: 15−12178−shl | Form ID: pdf001 | Total: 8 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
unk    Queen Mother Dr. Delois Blakely

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
aty    Brian Shoichi Masumoto
aty    Traci Leigh Bransford    tbmarquislaw@gmail.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    477 West 142nd Street Housing Dev. Fund Corp.    477 West 142 Street    New York, NY 10031
ust    United States Trustee    Office of the United States Trustee    U.S. Federal Office Building    201 Varick Street, Room 1006    New York, NY 10014
6733775    447 W. 142 ND FUNDING LLC    C/O HARRIS BEACH LLC    333 EARLE OVINGTON BLVD #901    UNIONDALE, NY 11553
6808380    NYC Department of Finance    Bankruptcy and Assignment Unit    345 Adams Street, 10th Fl    Brooklyn, NY 11201
6830852    Queen Mother Dr. Delois Blakely    477 West 142nd Street HDFC    Suite 2    New York, New York 10031

TOTAL: 5