**UNITED STATES BANKRUPCTY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------X
In re:

477 WEST 142ND STREET HOUSING           Chapter 11
DEV. FUND CORP.,

                                                       Case No. 15-12178 (SHL)

                              Debtor.
------------------------------------------------------X

## SCHEDULING ORDER

On January 21, 2016, a status conference was held in the above-captioned case during which deadlines were established for the case moving forward. Accordingly; it is hereby

ORDERED, that responses to the motion to dismiss the case filed on January 13, 2016 by Ms. Bishop Shirley Pitts [ECF No. 15] along with any cross-motion by Queen Mother Dr. Delois Blakely on the issue of who has authority to act for the Debtor are all to be filed by February 11, 2016; and it is further

ORDERED, that any reply by Ms. Pitts to the motion to dismiss the case and response to any cross-motion shall be filed by February 25, 2016; and it is further

ORDERED, that any reply by Dr. Blakely to any cross-motion shall be by March 10, 2016; and it is further

ORDERED, that a hearing will be held on all these motions on March 23, 2016 at 11:00 A.M. at which time the parties shall present argument and evidence in support of the pleadings identified above; and it is further

ORDERED, that on March 14, 2016, counsel for Ms. Pitts and Dr. Blakely shall personally meet and confer to exchange information about the witnesses and documents to be used by each side at the March 23, 2016 hearing, and the parties shall submit a joint letter to the

Court by March 15, 2016, informing the Court of the anticipated length of time needed for the hearing, and the witnesses and exhibits for each side at the hearing; and it is further

ORDERED, that if the secured lender raises concerns regarding the condition of the premises located at 477 West 142nd Street, the secured lender shall give written notice of such concerns to counsel for Dr. Blakely, Ms. Pitts, and Greg Zipes of the Office of the United States Trustee. Counsel to Ms. Pitts and Dr. Blakely shall cooperate to promptly address and resolve any problem as to the premises, and any issues that cannot be promptly resolved by the parties shall be promptly brought to the attention of Greg Zipes of the Office of the United States Trustee and, if necessary, promptly brought to the attention of the Court.

Dated: New York, New York
      January 22, 2016

*/s/ Sean H. Lane*
UNITED STATES BANKRUPTCY JUDGE

```
                               United States Bankruptcy Court
                                Southern District of New York
In re:                                                                     Case No. 15-12178-shl
477 West 142nd Street Housing Dev. Fund                                    Chapter 11
        Debtor
                               CERTIFICATE OF NOTICE
District/off: 0208-1           User: lebanks               Page 1 of 1         Date Rcvd: Jan 22, 2016
                               Form ID: pdf001             Total Noticed: 5


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2016.
db            +477 West 142nd Street Housing Dev. Fund Corp.,    477 West 142 Street,    New York, NY 10031-6223
6733775       +447 W. 142 ND FUNDING LLC,    C/O HARRIS BEACH LLC,    333 EARLE OVINGTON BLVD #901,
                UNIONDALE, NY 11553-3622
6808380       +NYC Department of Finance,    Bankruptcy and Assignment Unit,    345 Adams Street, 10th Fl,
                Brooklyn, NY 11201-3719
6830852       +Queen Mother Dr. Delois Blakely,    477 West 142nd Street HDFC,    Suite 2,
                New York, New York 10031-6239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust           +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Jan 22 2016 19:20:20      United States Trustee,
                Office of the United States Trustee,    U.S. Federal Office Building,
                201 Varick Street, Room 1006,    New York, NY 10014-9449
                                                                                               TOTAL: 1


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
unk             Queen Mother Dr. Delois Blakely
                                                                                    TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2016                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2016 at the address(es) listed below:
              Traci Leigh Bransford    on behalf of Debtor    477 West 142nd Street Housing Dev. Fund Corp.
                tbmarquislaw@gmail.com, tbmarquislaw@gmail.com
                                                                                               TOTAL: 1
```