

## BLACKMAN & MELVILLE, P.C

Nigel E. Blackman, Esq.　　　11 Broadway, Suite 615, New York, NY 10004　　　Denise A. Melville-Blackman, Esq.
Admitted in NY　　　　　　　Tel: (718) 576-1646 Fax: (718) 228-8795, (718) 865-8357　　　Admitted in NY&GA
　　　　　　　　　　　　　　　　　　　　Mailing Address
　　　　　　　　　　　1557 Buford Dr., #491930 Lawrenceville, GA 30049
　　　　　　　　　　　　　Email: inquiry@bmlawonline.com

January 21, 2016

Bankruptcy Court
Southern District of New York
Chambers, Hon Sean H. Lane
One Bowling Green
New York, NY 10004

　　　　Re:　Chapter 11
　　　　　　Case No.: 15-12178-shl
　　　　　　Debtor:　477 West 142nd Street Housing Dev.
　　　　　　　　　　Fund Corp.

Dear Justice Lane,

　　Please be advised that this office has accepted a request by the Debtor to represent it in the above captioned proceedings.

　　Due to the short notice of the scheduled hearing I am unable to make it to the proceeding and am requesting additional time to become familiar with all aspects of the case so that we may proceed in a proper fashion in adjudicating this case.

　　I am herein requesting an adjournment of the status conference scheduled for Thursday January 21, 2016.

Respectfully

*Nigel E. Blackman*

Nigel E. Blackman, Esq.

---

477 West 142nd St. Development Corp: Letter to Court Requesting an Adjournment 1/21/2016

UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
IN RE:

CHAPTER 11
CASE NO.: 15-12178-shl

477 West 142nd Street
Housing Dev. Fund Corp.
　　　　Debtor.

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the BLACKMAN & MELVILLE, P.C. herein enters its appearance on behalf of corporate debtor, 477 West 142nd Street Housing Dev. Fund Corp and herein requests service of all papers and documents in this case.

Dated: January 20, 2016.

BLACKMAN & MELVILLE, P.C
By: Nigel E. Blackman, Esq.
1557 Buford Dr., #491930
Lawrenceville, GA 30049
(718) 576-1646
Nb1558
nigel@bmlawonline.com