# Exhibit 1

Form 3011 (7/92)—Note 20—Individual or Corporation (Straight or Installment).
CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT—THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

# MORTGAGE NOTE

$ 650,000.00        Rockville Centre,    New York,   September 20, 2007,

FOR VALUE RECEIVED, 477 WEST 142ND STREET HOUSING DEVELOPMENT FUND CORPORATION, a New York corporation having a place of business at 477 West 142nd Street, New York, NY 10031,

promises to pay to: MADISON PARK INVESTORS LLC, a New York limited liability company having an office at 320 East 81st Street, New York, NY 10028, as to a 20% interest, and E.R. HOLDINGS LLC, a New York limited liability company having an office at 5600A Broadway, Bronx, NY 10463, as to an 80% interest,

or order, at the respective addresses hereinabove set forth,

or at such other place as may be designated in writing by the holder of this note, the principal sum of Six Hundred Fifty Thousand and 00/100 -------- ($650,000.00) -------- Dollars on September 20, 2008,

with interest/thereon to be computed from the date hereof, at the rate of fifteen (15%) per centum per annum only and to be paid on the 20th day of October, 2008, next ensuing and monthly thereafter.

IT IS HEREBY EXPRESSLY AGREED, that the said principal sum secured by this note shall become due at the option of the holder thereof on the happening of any default or event by which, under the terms of the mortgage securing this note, said principal sum may or shall become due and payable; also, that all of the covenants, conditions and agreements contained in said mortgage are hereby made part of this instrument.

Presentment for payment, notice of dishonor, protest and notice of protest are hereby waived.

This note is secured by a mortgage made by the maker to the payee of even date herewith, on property situate in the Borough of Manhattan, County, City and State of New York, designated as Block 2058, Lot 29 on the New York County Tax Map and being known as 477 West 142nd Street, New York, NY 10031.

This note may not be changed or terminated orally.

477 WEST 142ND STREET HOUSING
DEVELOPMENT FUND CORPORATION
By: *Shirley Pitts*
       SHIRLEY PITTS                President

| Acknowledgement taken in New York State | Acknowledgement taken in New York |
|---|---|
| State of New York, County of Nassau , ss: | State of New York, County of , ss: |
| On the 20th day of September, in the year 2007, before me, the undersigned, personally appeared SHIRLEY PITTS personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument. <br><br> *[signature]* <br> HARRIS GOLDBERG <br> NOTARY PUBLIC, STATE OF NEW YORK <br> QUALIFIED IN RICHMOND COUNTY <br> NO. 01GO6109644 <br> COMMISSION EXPIRES 5/17/2008 | On the day of , in the year , before me, the undersigned, personally appeared personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument. |
| **Acknowledgement by Subscribing Witness taken in New York State** | **Acknowledgement taken outside New York State** |
| State of New York, County of , ss: <br><br> On the day of , in the year , before me, the undersigned, personally appeared <br><br> the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who being by me duly sworn, did depose and say, that he/she/they reside(s) in <br><br> that he/she/they know(s) to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said execute the same; and that said witness at the same time subscribed his/her/their name(s) as a witness thereto. | *State of ; County of ,ss: <br> *(or Insert District of Columbia, Territory, Possession or Foreign Country) <br><br> On the day of , in the year , before me, the undersigned, personally appeared <br><br> personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual made such appearance before the undersigned in the <br><br> (add the city or political subdivision and the state or country or other place the acknowledgement was taken). |

Title No.: _____

477 WEST 142ND STREET HOUSING
DEVELOPMENT FUND CORPORATION,
. TO
MADISON PARK INVESTORS LLC, etc.,
et ano.

SECTION
BLOCK     2058
LOT ·       29
COUNTY OR TOWN   New York

Distributed by
**Chicago Title Insurance Company**

RETURN BY MAIL TO:
**GROSS & GROSS LLP
371 MERRICK ROAD-SUITE 303
ROCKVILLE CENTRE, N.Y. 11570-5301**
ATT: ELLIOT S. GROSS    Zip No.

RESERVE THIS SPACE FOR USE OF RECORDING OFFICE