# Exhibit 5

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument.The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2015033000168001001E4F3F |
|---|---|

| RECORDING AND ENDORSEMENT COVER PAGE | | PAGE 1 OF 5 |
|---|---|---|
| **Document ID:** 2015033000168001 | Document Date: 03-23-2015 | Preparation Date: 03-30-2015 |
| Document Type: ASSIGNMENT, MORTGAGE | | |
| Document Page Count: 3 | | |

| PRESENTER: | RETURN TO: |
|---|---|
| MADISON ABSTRACT, INC. ( ACNY 7902 )<br>670 WHITE PLAINS ROAD, SUITE 121<br>AS AGENT TO<br>SCARSDALE, NY 10583<br>914-725-7200<br>AFRIEDMAN@MADISONABSTRACT.COM | MADISON ABSTRACT, INC. ( ACNY 7902 )<br>670 WHITE PLAINS ROAD, SUITE 121<br>AS AGENT TO<br>SCARSDALE, NY 10583<br>914-725-7200<br>AFRIEDMAN@MADISONABSTRACT.COM |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 2058 | 29 | Entire Lot | 477 WEST 142 STREET |

Property Type: APARTMENT BUILDING

### CROSS REFERENCE DATA
CRFN: 2007000507377

### PARTIES

| ASSIGNOR/OLD LENDER: | ASSIGNEE/NEW LENDER: |
|---|---|
| E.R. HOLDINGS LLC<br>5600A BROADWAY<br>BRONX, NY 10463 | 477 W. 142ND FUNDING LLC<br>C/O HARRIS BEACH PLLC, 333 EARLE OVINGTON BOULEVARD, SUITE 901<br>UNIONDALE, NY 11553 |
| ☒ Additional Parties Listed on Continuation Page | |

### FEES AND TAXES

| Mortgage : | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 52.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK
Recorded/Filed    04-14-2015 10:08
City Register File No.(CRFN):
2015000123482

*City Register Official Signature*

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | <br>2015033000168001001C4DBF |
|---|---|

**RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION)**　　　**PAGE 2 OF 5**

**Document ID:** 2015033000168001　　　Document Date: 03-23-2015　　　Preparation Date: 03-30-2015
Document Type: ASSIGNMENT, MORTGAGE

**PARTIES**

**ASSIGNOR/OLD LENDER:**
MADISON PARK INVESTORS LLC
438 5TH AVENUE
PELHAM, NY 10803

E.R. HOLDINGS LLC and MADISON PARK INVESTORS LLC

TO

477 W. 142ND FUNDING LLC

ASSIGNMENT OF MORTGAGE

Premises:
477 West 142nd Street
New York, New York

The within premises lie in
Block 2058; Lot 29
in New York County

Record and Return to:

Robert J. Chanis, Esq.
Harris Beach PLLC
333 Earle Ovington Boulevard, Suite 901
Uniondale, New York 11553

ACNY 7902

Record & Return To:
Madison Abstract Inc.
670 White Plains Road  Suite 121
Scarsdale, NY 10583

276521 780784v1

## ASSIGNMENT OF MORTGAGE

KNOW THAT, E.R. HOLDINGS LLC, a New York limited liability company having an office at 5600A Broadway, Bronx, New York 10463 and MADISON PARK INVESTORS LLC, a New York limited liability company with an address at 438 5th Avenue, Pelham, New York 10803 (collectively, "Assignor"), in consideration of Ten Dollars ($10.00), and other good and valuable consideration paid to it by 477 W. 142ND FUNDING LLC, a New York limited liability company with an address at c/o Harris Beach PLLC, 333 Earle Ovington Boulevard, Suite 901, Uniondale, New York 11553, Attention: Robert J. Chanis, Esq. ("Assignee"), hereby assigns unto Assignee any and all of Assignor's right, title and interest in and to the mortgage dated September 20, 2007 from 477 West 142nd Street Housing Development Fund Corporation ("Mortgagor") in favor of Assignor in the original principal amount of $650,000.00, which was recorded in the New York City Register's Office ("Register's Office") on October 4, 2007 as CRFN #2007000507377 ("Mortgage"),*together with the note, bond and/or obligation secured thereby ("Note") and any and all rights, title, interest, powers, privileges, options and other benefits therein to belonging to Assignor. *MORTGAGE TAX WAS PAID IN THE AMOUNT OF $18,200.00

TO HAVE AND TO HOLD the same unto Assignee and its successors and assigns forever.

This Assignment is made without any representation or warranty whatsoever by Assignor and upon the express condition, understanding and agreement that this Assignment is made without recourse to Assignor, its successors or assigns, for any cause whatsoever by Assignee or by any successor to the interest of Assignee in the Mortgage.

THE ASSIGNEE IS NOT ACTING AS A NOMINEE OF THE MORTGAGOR AND THE MORTGAGE CONTINUES TO SECURE A BONA FIDE OBLIGATION.

IN WITNESS WHEREOF, Assignor has caused this instrument to be duly executed as of the 23rd day of March 2015.

E.R. HOLDINGS LLC

By:_____
Michael Goldberg
Authorized Signatory

Madison Park Investors LLC

By:_____
Name:
Title: EDWARD CHIMNOFF
       PRES.

This Assignment is not subject to the requirements of section 275 of the Real Property Law because it is an assignment within the secondary mortgage market.

278521 780784v1

STATE OF NEW YORK    )
                     westchester ) ss.:
COUNTY OF ~~BRONX~~   )

On the 12 day of March in the year 2015 before me, the undersigned, personally appeared Michael Goldberg, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

[SEAL]  _Rose Marie Ambrosio_
Notary Public

ROSE MARIE AMBROSIO
NOTARY PUBLIC, State of New York
No. 01AM4856316
Qualified in Bronx County
Commission Expires April 28, 20 18

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF Westchester )

On the 12 day of March in the year 2015 before me, the undersigned, personally appeared EDWARD CHERNOFF personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_Rose Marie Ambrosio_
Notary Public

[SEAL]    ROSE MARIE AMBROSIO
NOTARY PUBLIC, State of New York
No. 01AM4856316
Qualified in Bronx County
Commission Expires April 28, 20 18

276521 780784v1