# Exhibit 7

Back to NYCServ • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • The Official New York City Web Site

# Property Tax | View Items

**Profile**

| | | | |
|---|---|---|---|
| **Name(s):** | SOLOMON AND ROTH HOLDING INC | **Mailing Address:** | 477 W 142ND ST<br>NEW YORK, NY 10031-6223 |
| **Planned Payment Date:** | 01/27/2016 | **BBL:** | 1-02058-0029/0 |

To display additional details for the item, click  in the Details column. (A new window will open.)

Charges as of Wednesday, Jan 27, 2016 05:35 PM

| | Account Type / BBL | Account ID | Period Begin | Details | Amount Due |
|---|---|---|---|---|---|
| 1 | Housing-Rent Stabilization<br>1-02058-0029/0 | 776601 | 04/01/2007 | 🛈 | 151.20 |
| 2 | Finance-Property Tax<br>1-02058-0029/0 | | 01/01/2009 | 🛈 | 3,697.66 |
| 3 | Finance-Property Tax<br>1-02058-0029/0 | | 04/01/2009 | 🛈 | 6,825.49 |
| 4 | Finance-Property Tax<br>1-02058-0029/0 | | 07/01/2009 | 🛈 | 5,893.22 |
| 5 | Finance-Property Tax<br>1-02058-0029/0 | | 10/01/2009 | 🛈 | 5,761.06 |
| 6 | Finance-Property Tax<br>1-02058-0029/0 | | 01/01/2010 | 🛈 | 5,794.08 |
| 7 | Finance-Property Tax<br>1-02058-0029/0 | | 04/01/2010 | 🛈 | 5,666.93 |
| 8 | Finance-Property Tax<br>1-02058-0029/0 | | 07/01/2010 | 🛈 | 6,535.78 |
| 9 | Finance-Property Tax<br>1-02058-0029/0 | | 10/01/2010 | 🛈 | 6,389.20 |
| 10 | Finance-Property Tax<br>1-02058-0029/0 | | 01/01/2011 | 🛈 | 6,351.58 |
| 11 | Finance-Property Tax<br>1-02058-0029/0 | | 04/01/2011 | 🛈 | 6,212.20 |
| 12 | Housing-Emergency Repair<br>1-02058-0029/0 | 0026208 | 01/29/2011 | 🛈 | 178.08 |
| 13 | Housing-Emergency Repair<br>1-02058-0029/0 | 0026208 | 04/28/2011 | 🛈 | 160.17 |
| 14 | Housing-Emergency Repair<br>1-02058-0029/0 | 0026208 | 05/26/2011 | 🛈 | 317.96 |
| 15 | Housing-Emergency Repair<br>1-02058-0029/0 | 0026208 | 07/20/2011 | 🛈 | 2,618.04 |

| | | | | | |
|---|---|---|---|---|---:|
| 16 | Health-Inspection<br>1-02058-0029/0 | | 11/01/2011 | | 130.95 |
| 17 | Housing-Emergency Repair<br>1-02058-0029/0 | 0026208 | 07/21/2011 | | 1,696.61 |
| 18 | Housing-Emergency Repair<br>1-02058-0029/0 | 0026208 | 09/16/2011 | | 172.25 |
| 19 | Housing-HPD/ERP2 Emergency Repair2<br>1-02058-0029/0 | 0026208 | 05/06/2011 | | 19,007.02 |
| 20 | Health-Extermination<br>1-02058-0029/0 | | 11/17/2011 | | 140.58 |
| 21 | Health-Extermination<br>1-02058-0029/0 | | 11/30/2011 | | 702.92 |
| 22 | Housing-Emergency Repair<br>1-02058-0029/0 | 0026208 | 08/15/2011 | | 169.42 |
| 23 | Housing-Emergency Repair<br>1-02058-0029/0 | 0026208 | 11/07/2011 | | 15,419.57 |
| 24 | Housing-Emergency Repair<br>1-02058-0029/0 | 0026208 | 11/16/2011 | | 487.09 |
| 25 | Housing-Emergency Repair<br>1-02058-0029/0 | 0026208 | 10/21/2011 | | 3,351.09 |
| 26 | Housing-Emergency Repair<br>1-02058-0029/0 | 0026208 | 11/22/2011 | | 169.42 |
| 27 | Housing-Emergency Repair<br>1-02058-0029/0 | 0026208 | 11/28/2011 | | 1,219.81 |
| 28 | Housing-Emergency Repair<br>1-02058-0029/0 | 0026208 | 10/24/2011 | | 25.41 |
| 29 | Housing-Emergency Repair<br>1-02058-0029/0 | 0026208 | 12/10/2011 | | 169.42 |
| 30 | Housing-Emergency Repair<br>1-02058-0029/0 | 0026208 | 12/28/2011 | | 2,964.81 |
| 31 | Housing-Emergency Repair<br>1-02058-0029/0 | 0026208 | 12/19/2011 | | 17,148.41 |
| 32 | Housing-Emergency Repair<br>1-02058-0029/0 | 0026208 | 12/09/2011 | | 2,665.77 |
| 33 | Housing-Emergency Repair<br>1-02058-0029/0 | 0026208 | 12/29/2011 | | 249.91 |
| 34 | Housing-Emergency Repair<br>1-02058-0029/0 | 0026208 | 01/10/2012 | | 15,661.40 |
| 35 | Housing-Emergency Repair<br>1-02058-0029/0 | 0026208 | 01/11/2012 | | 249.91 |
| 36 | Housing-Emergency Repair<br>1-02058-0029/0 | 0026208 | 02/07/2012 | | 742.15 |

| # | Description | Ref | Date | | Amount |
|---|---|---|---|---|---|
| 37 | HPD/AEPC Housing Alt Enf Prgrm Charges<br>1-02058-0029/0 | 0026208 | 02/14/2012 | ⓘ | 2,643.93 |
| 38 | Housing-Emergency Repair<br>1-02058-0029/0 | 0026208 | 02/29/2012 | ⓘ | 185.54 |
| 39 | Housing-Emergency Repair<br>1-02058-0029/0 | 0026208 | 03/01/2012 | ⓘ | 1,744.07 |
| 40 | HPD/AEPC Housing Alt Enf Prgrm Charges<br>1-02058-0029/0 | 0026208 | 03/02/2012 | ⓘ | 6,269.91 |
| 41 | HPD/AEPC Housing Alt Enf Prgrm Charges<br>1-02058-0029/0 | 0026208 | 04/19/2012 | ⓘ | 918.41 |
| 42 | Health-Inspection<br>1-02058-0029/0 | | 07/25/2012 | ⓘ | 81.93 |
| 43 | Fire-Prevention Inspection<br>1-02058-0029/0 | | 08/28/2012 | ⓘ | 242.74 |
| 44 | HPD/AEPC Housing Alt Enf Prgrm Charges<br>1-02058-0029/0 | 0026208 | 05/18/2012 | ⓘ | 19,710.36 |
| 45 | HPD/AEPC Housing Alt Enf Prgrm Charges<br>1-02058-0029/0 | 0026208 | 05/29/2012 | ⓘ | 146.15 |
| 46 | HPD/AEPC Housing Alt Enf Prgrm Charges<br>1-02058-0029/0 | 0026208 | 05/31/2012 | ⓘ | 1,459.60 |
| 47 | BLDG -Hazardous Re- Inspection Fee<br>1-02058-0029/0 | 34938065J | 06/27/2012 | ⓘ | 112.06 |
| 48 | HPD/AEPF Housing Alt Enf Prgrm Serv Fee<br>1-02058-0029/0 | 0026208 | 07/19/2012 | ⓘ | 4,959.27 |
| 49 | HPD/AEPF Housing Alt Enf Prgrm Serv Fee<br>1-02058-0029/0 | 0026208 | 07/20/2012 | ⓘ | 247.96 |
| 50 | Housing-Emergency Repair<br>1-02058-0029/0 | 0026208 | 12/11/2011 | ⓘ | 27,527.18 |
| 51 | HPD/AEPC Housing Alt Enf Prgrm Charges<br>1-02058-0029/0 | 0026208 | 04/20/2012 | ⓘ | 456.13 |
| 52 | HPD/AEPC Housing Alt Enf Prgrm Charges<br>1-02058-0029/0 | 0026208 | 07/09/2012 | ⓘ | 9,894.71 |
| 53 | HPD/AEPC Housing Alt Enf Prgrm Charges<br>1-02058-0029/0 | 0026208 | 07/10/2012 | ⓘ | 91.80 |
| 54 | HPD/AEPC Housing Alt Enf Prgrm Charges<br>1-02058-0029/0 | 0026208 | 08/02/2012 | ⓘ | 3,571.64 |
| 55 | HPD/AEPC Housing Alt Enf Prgrm Charges<br>1-02058-0029/0 | 0026208 | 08/15/2012 | ⓘ | 53.84 |
| 56 | BLDG -Hazardous Re- Inspection Fee<br>1-02058-0029/0 | 34993599X | 01/23/2012 | ⓘ | 109.60 |
| 57 | HPD/AEPF Housing Alt Enf Prgrm Serv Fee<br>1-02058-0029/0 | 0026208 | 08/28/2012 | ⓘ | 243.72 |
| 58 | HPD/AEPC Housing Alt Enf Prgrm Charges<br>1-02058-0029/0 | 0026208 | 09/13/2012 | ⓘ | 1,340.72 |

| # | Description | Ref | Date | | Amount |
|---|---|---|---|---|---|
| 59 | HPD/AEPF Housing Alt Enf Prgrm Serv Fee 1-02058-0029/0 | 0026208 | 09/18/2012 | 🛈 | 243.72 |
| 60 | HPD/AEPC Housing Alt Enf Prgrm Charges 1-02058-0029/0 | 0026208 | 10/02/2012 | 🛈 | 1,902.49 |
| 61 | HPD/AEPC Housing Alt Enf Prgrm Charges 1-02058-0029/0 | 0026208 | 10/18/2012 | 🛈 | 1,520.19 |
| 62 | HPD/AEPF Housing Alt Enf Prgrm Serv Fee 1-02058-0029/0 | 0026208 | 10/19/2012 | 🛈 | 243.72 |
| 63 | BLDG -Hazardous Re- Inspection Fee 1-02058-0029/0 | 34993350K | 01/23/2013 | 🛈 | 109.60 |
| 64 | HPD/AEPF Housing Alt Enf Prgrm Serv Fee 1-02058-0029/0 | 0026208 | 12/04/2012 | 🛈 | 239.50 |
| 65 | HPD/AEPF Housing Alt Enf Prgrm Serv Fee 1-02058-0029/0 | 0026208 | 12/12/2012 | 🛈 | 239.50 |
| 66 | HPD/AEPC Housing Alt Enf Prgrm Charges 1-02058-0029/0 | 0026208 | 12/19/2012 | 🛈 | 2,430.80 |
| 67 | HPD/AEPC Housing Alt Enf Prgrm Charges 1-02058-0029/0 | 0026208 | 12/21/2012 | 🛈 | 2,266.63 |
| 68 | HPD/AEPF Housing Alt Enf Prgrm Serv Fee 1-02058-0029/0 | 0026208 | 01/10/2013 | 🛈 | 239.50 |
| 69 | HPD/AEPF Housing Alt Enf Prgrm Serv Fee 1-02058-0029/0 | 0026208 | 01/19/2013 | 🛈 | 4,790.09 |
| 70 | HPD/AEPC Housing Alt Enf Prgrm Charges 1-02058-0029/0 | 0026208 | 10/20/2012 | 🛈 | 3,461.72 |
| 71 | HPD/AEPF Housing Alt Enf Prgrm Serv Fee 1-02058-0029/0 | 0026208 | 01/29/2013 | 🛈 | 239.50 |
| 72 | HPD/AEPC Housing Alt Enf Prgrm Charges 1-02058-0029/0 | 0026208 | 12/20/2012 | 🛈 | 32.29 |
| 73 | Housing-Emergency Repair 1-02058-0029/0 | 0026208 | 01/12/2012 | 🛈 | 389.87 |
| 74 | HPD/AEPF Housing Alt Enf Prgrm Serv Fee 1-02058-0029/0 | 0026208 | 02/19/2013 | 🛈 | 235.32 |
| 75 | HPD/AEPF Housing Alt Enf Prgrm Serv Fee 1-02058-0029/0 | 0026208 | 03/13/2013 | 🛈 | 235.32 |
| 76 | HPD/AEPF Housing Alt Enf Prgrm Serv Fee 1-02058-0029/0 | 0026208 | 03/21/2013 | 🛈 | 235.32 |
| 77 | HPD/AEPF Housing Alt Enf Prgrm Serv Fee 1-02058-0029/0 | 0026208 | 03/28/2013 | 🛈 | 235.32 |
| 78 | HPD/AEPF Housing Alt Enf Prgrm Serv Fee 1-02058-0029/0 | 0026208 | 04/04/2013 | 🛈 | 235.32 |
| 79 | HPD/AEPF Housing Alt Enf Prgrm Serv Fee 1-02058-0029/0 | 0026208 | 04/22/2013 | 🛈 | 235.32 |
| 80 | HPD/AEPC Housing Alt Enf Prgrm Charges 1-02058-0029/0 | 0026208 | 04/15/2013 | 🛈 | 1,527.91 |
| | HPD/AEPC Housing Alt Enf Prgrm Charges | | | | |

| # | Description | Ref | Date | | Amount |
|---|---|---|---|---|---|
| 81 | 1-02058-0029/0 | 0026208 | 04/09/2013 | ℹ | 256.07 |
| 82 | HPD/AEPC Housing Alt Enf Prgrm Charges 1-02058-0029/0 | 0026208 | 04/26/2013 | ℹ | 1,276.96 |
| 83 | HPD/AEPF Housing Alt Enf Prgrm Serv Fee 1-02058-0029/0 | 0026208 | 05/16/2013 | ℹ | 231.20 |
| 84 | HPD/AEPF Housing Alt Enf Prgrm Serv Fee 1-02058-0029/0 | 0026208 | 07/26/2013 | ℹ | 231.20 |
| 85 | HPD/AEPC Housing Alt Enf Prgrm Charges 1-02058-0029/0 | 0026208 | 05/31/2013 | ℹ | 738.97 |
| 86 | HPD/AEPC Housing Alt Enf Prgrm Charges 1-02058-0029/0 | 0026208 | 09/17/2013 | ℹ | 1,847.42 |
| 87 | HPD/AEPF Housing Alt Enf Prgrm Serv Fee 1-02058-0029/0 | 0026208 | 09/27/2013 | ℹ | 227.25 |
| 88 | HPD/AEPC Housing Alt Enf Prgrm Charges 1-02058-0029/0 | 0026208 | 09/18/2013 | ℹ | 495.59 |
| 89 | HPD/AEPF Housing Alt Enf Prgrm Serv Fee 1-02058-0029/0 | 0026208 | 12/17/2013 | ℹ | 223.31 |
| 90 | HPD/AEPF Housing Alt Enf Prgrm Serv Fee 1-02058-0029/0 | 0026208 | 12/24/2013 | ℹ | 223.31 |
| 91 | HPD/AEPF Housing Alt Enf Prgrm Serv Fee 1-02058-0029/0 | 0026208 | 01/03/2014 | ℹ | 223.31 |
| 92 | HPD/AEPF Housing Alt Enf Prgrm Serv Fee 1-02058-0029/0 | 0026208 | 01/23/2014 | ℹ | 223.31 |
| 93 | HPD/AEPF Housing Alt Enf Prgrm Serv Fee 1-02058-0029/0 | 0026208 | 01/28/2014 | ℹ | 223.31 |
| 94 | HPD/AEPC Housing Alt Enf Prgrm Charges 1-02058-0029/0 | 000000117766 | 01/24/2014 | ℹ | 324.92 |
| 95 | HPD/AEPC Housing Alt Enf Prgrm Charges 1-02058-0029/0 | 0026208 | 01/22/2014 | ℹ | 10,209.54 |
| 96 | HPD/AEPC Housing Alt Enf Prgrm Charges 1-02058-0029/0 | 000000117766 | 02/04/2014 | ℹ | 243.69 |
| 97 | HPD/AEPC Housing Alt Enf Prgrm Charges 1-02058-0029/0 | 0026208 | 02/07/2014 | ℹ | 3,078.64 |
| 98 | HPD/AEPC Housing Alt Enf Prgrm Charges 1-02058-0029/0 | 0026208 | 02/10/2014 | ℹ | 39.33 |
| 99 | HPD/AEPC Housing Alt Enf Prgrm Charges 1-02058-0029/0 | 0026208 | 02/20/2014 | ℹ | 15,521.13 |
| 100 | HPD/AEPC Housing Alt Enf Prgrm Charges 1-02058-0029/0 | 0026208 | 02/21/2014 | ℹ | 6,789.30 |
| 101 | HPD/AEPC Housing Alt Enf Prgrm Charges 1-02058-0029/0 | 0026208 | 02/22/2014 | ℹ | 7,790.42 |
| 102 | HPD/AEPC Housing Alt Enf Prgrm Charges 1-02058-0029/0 | 000000117766 | 02/23/2014 | ℹ | 4,674.34 |
| 103 | HPD/AEPC Housing Alt Enf Prgrm Charges | 000000117766 | 02/24/2014 | | 4,921.18 |

| # | Description | Ref | Date | | Amount |
|---|---|---|---|---|---|
| 104 | HPD/AEPC Housing Alt Enf Prgrm Charges<br>1-02058-0029/0 | 000000117766 | 02/25/2014 | ℹ | 3,824.75 |
| 105 | HPD/AEPF Housing Alt Enf Prgrm Serv Fee<br>1-02058-0029/0 | 0026208 | 03/07/2014 | ℹ | 219.41 |
| 106 | HPD/AEPC Housing Alt Enf Prgrm Charges<br>1-02058-0029/0 | 0026208 | 03/10/2014 | ℹ | 2,144.49 |
| 107 | HPD/AEPC Housing Alt Enf Prgrm Charges<br>1-02058-0029/0 | 0026208 | 03/11/2014 | ℹ | 802.56 |
| 108 | HPD/AEPF Housing Alt Enf Prgrm Serv Fee<br>1-02058-0029/0 | 0026208 | 04/03/2014 | ℹ | 219.41 |
| 109 | HPD/AEPF Housing Alt Enf Prgrm Serv Fee<br>1-02058-0029/0 | 0026208 | 04/08/2014 | ℹ | 219.41 |
| 110 | HPD/AEPF Housing Alt Enf Prgrm Serv Fee<br>1-02058-0029/0 | 0026208 | 04/15/2014 | ℹ | 219.41 |
| 111 | HPD/AEPF Housing Alt Enf Prgrm Serv Fee<br>1-02058-0029/0 | 000000117766 | 04/28/2014 | ℹ | 219.41 |
| 112 | HPD/AEPF Housing Alt Enf Prgrm Serv Fee<br>1-02058-0029/0 | 000000117766 | 05/06/2014 | ℹ | 219.41 |
| 113 | HPD/AEPC Housing Alt Enf Prgrm Charges<br>1-02058-0029/0 | 000000117766 | 03/12/2014 | ℹ | 239.66 |
| 114 | HPD/AEPC Housing Alt Enf Prgrm Charges<br>1-02058-0029/0 | 000000117766 | 02/28/2014 | ℹ | 1,984.15 |
| 115 | HPD/AEPC Housing Alt Enf Prgrm Charges<br>1-02058-0029/0 | 000000117766 | 03/01/2014 | ℹ | 2,452.61 |
| 116 | HPD/AEPC Housing Alt Enf Prgrm Charges<br>1-02058-0029/0 | 000000117766 | 02/06/2014 | ℹ | 2,077.09 |
| 117 | HPD/AEPC Housing Alt Enf Prgrm Charges<br>1-02058-0029/0 | 000000117766 | 02/26/2014 | ℹ | 3,685.09 |
| 118 | HPD/AEPC Housing Alt Enf Prgrm Charges<br>1-02058-0029/0 | 000000117766 | 04/29/2014 | ℹ | 5,232.65 |
| 119 | HPD/AEPC Housing Alt Enf Prgrm Charges<br>1-02058-0029/0 | 000000117766 | 02/27/2014 | ℹ | 3,216.17 |
| 120 | HPD/AEPF Housing Alt Enf Prgrm Serv Fee<br>1-02058-0029/0 | 000000117766 | 07/14/2014 | ℹ | 215.57 |
| 121 | HPD/AEPF Housing Alt Enf Prgrm Serv Fee<br>1-02058-0029/0 | 000000117766 | 07/18/2014 | ℹ | 215.57 |
| 122 | HPD/AEPF Housing Alt Enf Prgrm Serv Fee<br>1-02058-0029/0 | 000000117766 | 07/31/2014 | ℹ | 215.57 |
| 123 | HPD/AEPC Housing Alt Enf Prgrm Charges<br>1-02058-0029/0 | 000000117766 | 07/02/2014 | ℹ | 2,431.65 |
| 124 | HPD/AEPC Housing Alt Enf Prgrm Charges<br>1-02058-0029/0 | 000000117766 | 08/04/2014 | ℹ | 864.56 |
| 125 | HPD/AEPC Housing Alt Enf Prgrm Charges | 000000117766 | 08/11/2014 | | 5,187.39 |

| # | Description | Reference | Date | | Amount |
|---|---|---|---|---|---|
| 126 | HPD/AEPC Housing Alt Enf Prgrm Charges<br>1-02058-0029/0 | 000000117766 | 08/18/2014 | ℹ | 2,664.43 |
| 127 | HPD/AEPC Housing Alt Enf Prgrm Charges<br>1-02058-0029/0 | 000000117766 | 09/02/2014 | ℹ | 911.73 |
| 128 | HPD/AEPF Housing Alt Enf Prgrm Serv Fee<br>1-02058-0029/0 | 000000117766 | 09/10/2014 | ℹ | 211.88 |
| 129 | HPD/AEPC Housing Alt Enf Prgrm Charges<br>1-02058-0029/0 | 000000117766 | 09/22/2014 | ℹ | 785.97 |
| 130 | HPD/AEPF Housing Alt Enf Prgrm Serv Fee<br>1-02058-0029/0 | 000000117766 | 10/20/2014 | ℹ | 211.88 |
| 131 | HPD/AEPF Housing Alt Enf Prgrm Serv Fee<br>1-02058-0029/0 | 000000117766 | 11/26/2014 | ℹ | 208.22 |
| 132 | HPD/AEPF Housing Alt Enf Prgrm Serv Fee<br>1-02058-0029/0 | 000000117766 | 12/01/2014 | ℹ | 208.22 |
| 133 | BLDG -Hazardous Re- Inspection Fee<br>1-02058-0029/0 | 35107652N | 04/18/2015 | ℹ | 89.52 |
| 134 | HPD/AEPC Housing Alt Enf Prgrm Charges<br>1-02058-0029/0 | 000000117766 | 07/04/2014 | ℹ | 4,545.56 |
| 135 | HPD/AEPC Housing Alt Enf Prgrm Charges<br>1-02058-0029/0 | 000000117766 | 07/05/2014 | ℹ | 3,516.67 |
| 136 | HPD/AEPC Housing Alt Enf Prgrm Charges<br>1-02058-0029/0 | 000000117766 | 07/06/2014 | ℹ | 1,146.49 |
| 137 | HPD/AEPC Housing Alt Enf Prgrm Charges<br>1-02058-0029/0 | 000000117766 | 07/07/2014 | ℹ | 2,785.59 |
| 138 | Finance-Property Tax<br>1-02058-0029/0 | | 04/01/2013 | ℹ | 6,855.32 |
| 139 | Finance-Property Tax<br>1-02058-0029/0 | | 07/01/2013 | ℹ | 7,572.10 |
| 140 | Finance-Property Tax<br>1-02058-0029/0 | | 01/01/2012 | ℹ | 6,945.86 |
| 141 | Finance-Property Tax<br>1-02058-0029/0 | | 04/01/2014 | ℹ | 7,530.75 |
| 142 | Finance-Property Tax<br>1-02058-0029/0 | | 10/01/2011 | ℹ | 4,401.67 |
| 143 | Finance-Property Tax<br>1-02058-0029/0 | | 04/01/2012 | ℹ | 6,945.86 |
| 144 | Finance-Property Tax<br>1-02058-0029/0 | | 01/01/2013 | ℹ | 6,855.32 |
| 145 | Finance-Property Tax<br>1-02058-0029/0 | | 10/01/2013 | ℹ | 7,572.10 |
| 146 | Finance-Property Tax<br>1-02058-0029/0 | | 10/01/2012 | ℹ | 7,122.55 |
| | Finance-Property Tax | | | | |

| # | Description | Ref | Date | | Amount |
|---|---|---|---|---|---|
| 147 | 1-02058-0029/0 | | 10/01/2014 | ℹ | 8,492.31 |
| 148 | Finance-Property Tax<br>1-02058-0029/0 | | 07/01/2012 | ℹ | 7,122.55 |
| 149 | Finance-Property Tax<br>1-02058-0029/0 | | 07/01/2014 | ℹ | 8,492.31 |
| 150 | Finance-Property Tax<br>1-02058-0029/0 | | 01/01/2014 | ℹ | 7,530.75 |
| 151 | Finance-Property Tax<br>1-02058-0029/0 | | 01/01/2015 | ℹ | 8,117.60 |
| 152 | HPD/AEPC Housing Alt Enf Prgrm Charges<br>1-02058-0029/0 | 000000117766 | 02/23/2015 | ℹ | 287.43 |
| 153 | HPD/AEPF Housing Alt Enf Prgrm Serv Fee<br>1-02058-0029/0 | 000000117766 | 03/07/2015 | ℹ | 204.58 |
| 154 | Finance-Property Tax<br>1-02058-0029/0 | | 04/01/2015 | ℹ | 8,117.60 |
| 155 | HPD/AEPF Housing Alt Enf Prgrm Serv Fee<br>1-02058-0029/0 | 000000117766 | 04/07/2015 | ℹ | 204.58 |
| 156 | HPD/AEPF Housing Alt Enf Prgrm Serv Fee<br>1-02058-0029/0 | 000000117766 | 04/11/2015 | ℹ | 204.58 |
| 157 | HPD/AEPF Housing Alt Enf Prgrm Serv Fee<br>1-02058-0029/0 | 000000117766 | 04/13/2015 | ℹ | 204.58 |
| 158 | HPD/AEPC Housing Alt Enf Prgrm Charges<br>1-02058-0029/0 | 000000117766 | 07/03/2014 | ℹ | 1,507.94 |
| 159 | HPD/AEPF Housing Alt Enf Prgrm Serv Fee<br>1-02058-0029/0 | 000000117766 | 04/24/2015 | ℹ | 204.58 |
| 160 | Finance-Property Tax<br>1-02058-0029/0 | | 07/01/2015 | ℹ | 9,019.62 |
| 161 | Finance-Property Tax<br>1-02058-0029/0 | | 10/01/2015 | ℹ | 9,019.62 |
| 162 | HPD/AEPC Housing Alt Enf Prgrm Charges<br>1-02058-0029/0 | 000000117766 | 07/09/2014 | ℹ | 3,774.64 |
| 163 | HPD/AEPC Housing Alt Enf Prgrm Charges<br>1-02058-0029/0 | 000000117766 | 07/10/2014 | ℹ | 627.91 |
| 164 | HPD/AEPC Housing Alt Enf Prgrm Charges<br>1-02058-0029/0 | 000000117766 | 07/11/2014 | ℹ | 1,238.37 |
| 165 | HPD/AEPC Housing Alt Enf Prgrm Charges<br>1-02058-0029/0 | 000000117766 | 07/12/2014 | ℹ | 1,506.55 |
| 166 | HPD/AEPC Housing Alt Enf Prgrm Charges<br>1-02058-0029/0 | 000000117766 | 12/08/2014 | ℹ | 1,570.54 |
| 167 | HPD/AEPC Housing Alt Enf Prgrm Charges<br>1-02058-0029/0 | 000000117766 | 07/13/2014 | ℹ | 1,770.91 |
| 168 | HPD/AEPF Housing Alt Enf Prgrm Serv Fee<br>1-02058-0029/0 | 000000117766 | 05/21/2015 | ℹ | 201.00 |

Housing-Emergency Repair

| # | Description | Ref | Date | | Amount |
|---|---|---|---|---|---|
| 169 | 1-02058-0029/0 | 000000117766 | 12/12/2011 | ℹ️ | 1,479.50 |
| 170 | HPD/AEPF Housing Alt Enf Prgrm Serv Fee 1-02058-0029/0 | 000000117766 | 07/10/2015 | ℹ️ | 201.00 |
| 171 | HPD/AEPF Housing Alt Enf Prgrm Serv Fee 1-02058-0029/0 | 000000117766 | 08/14/2015 | ℹ️ | 201.00 |
| 172 | HPD/AEPC Housing Alt Enf Prgrm Charges 1-02058-0029/0 | 000000117766 | 07/08/2014 | ℹ️ | 2,712.54 |
| 173 | Finance-Property Tax 1-02058-0029/0 | | 01/01/2016 | ℹ️ | 8,855.74 |
| 174 | HPD/AEPC Housing Alt Enf Prgrm Charges 1-02058-0029/0 | 000000117766 | 07/26/2014 | ℹ️ | 2,286.34 |
| 175 | HPD/AEPC Housing Alt Enf Prgrm Charges 1-02058-0029/0 | 000000117766 | 07/27/2014 | ℹ️ | 1,135.48 |
| 176 | HPD/AEPC Housing Alt Enf Prgrm Charges 1-02058-0029/0 | 000000117766 | 07/28/2014 | ℹ️ | 1,287.18 |
| 177 | HPD/AEPC Housing Alt Enf Prgrm Charges 1-02058-0029/0 | 000000117766 | 07/29/2014 | ℹ️ | 3,990.90 |
| 178 | HPD/AEPC Housing Alt Enf Prgrm Charges 1-02058-0029/0 | 000000117766 | 07/30/2014 | ℹ️ | 1,960.53 |
| 179 | HPD/AEPC Housing Alt Enf Prgrm Charges 1-02058-0029/0 | 000000117766 | 07/15/2014 | ℹ️ | 806.53 |
| 180 | HPD/AEPC Housing Alt Enf Prgrm Charges 1-02058-0029/0 | 000000117766 | 07/16/2014 | ℹ️ | 1,535.70 |
| 181 | HPD/AEPC Housing Alt Enf Prgrm Charges 1-02058-0029/0 | 000000117766 | 07/17/2014 | ℹ️ | 657.33 |
| 182 | HPD/AEPC Housing Alt Enf Prgrm Charges 1-02058-0029/0 | 000000117766 | 03/02/2014 | ℹ️ | 4,766.48 |
| 183 | HPD/AEPC Housing Alt Enf Prgrm Charges 1-02058-0029/0 | 000000117766 | 07/19/2014 | ℹ️ | 2,835.82 |
| 184 | HPD/AEPC Housing Alt Enf Prgrm Charges 1-02058-0029/0 | 000000117766 | 07/20/2014 | ℹ️ | 3,634.04 |
| 185 | HPD/AEPC Housing Alt Enf Prgrm Charges 1-02058-0029/0 | 000000117766 | 06/04/2015 | ℹ️ | 2,828.63 |
| 186 | HPD/AEPC Housing Alt Enf Prgrm Charges 1-02058-0029/0 | 000000117766 | 07/21/2014 | ℹ️ | 1,616.73 |
| 187 | HPD/AEPC Housing Alt Enf Prgrm Charges 1-02058-0029/0 | 000000117766 | 07/22/2014 | ℹ️ | 2,128.49 |
| 188 | HPD/AEPC Housing Alt Enf Prgrm Charges 1-02058-0029/0 | 000000117766 | 07/23/2014 | ℹ️ | 1,905.59 |
| 189 | HPD/AEPF Housing Alt Enf Prgrm Serv Fee 1-02058-0029/0 | 000000117766 | 08/24/2015 | ℹ️ | 200.00 |
| 190 | HPD/AEPC Housing Alt Enf Prgrm Charges 1-02058-0029/0 | 000000117766 | 07/24/2014 | ℹ️ | 2,176.35 |
| 191 | HPD/AEPF Housing Alt Enf Prgrm Serv Fee | 000000117766 | 10/06/2015 | | 200.00 |

| | | | | | |
|---|---|---|---|---|---|
| 192 | HPD/AEPC Housing Alt Enf Prgrm Charges<br>1-02058-0029/0 | 000000117766 | 07/25/2014 | | 1,716.84 |
| 193 | Finance-Property Tax<br>1-02058-0029/0 | | 04/01/2016 | | 8,799.16 |
| 194 | HPD/AEPF Housing Alt Enf Prgrm Serv Fee<br>1-02058-0029/0 | 000000117766 | 01/04/2016 | | 200.00 |
| 195 | HPD/AEPC Housing Alt Enf Prgrm Charges<br>1-02058-0029/0 | 000000117766 | 08/01/2014 | | 1,441.90 |

**Total Due**   Amount to Pay

$564,584.52

Items and amounts might not reflect recent payments you have made. Check here to check the last payment received . If the information provided here is not accurate, please Contact Us. (A new window will open).

To pay now, search for your BBL at our Pay for Property Tax or Related Charges site.

[CANCEL]

Go to NYC.gov Home | Finance Home | Health | Consumer Affairs | Environmental Protection | Contact Us |
FAQs | Privacy Statement | Site Map | Search

Copyright ©2001 New York City D.O.F. All rights reserved. - Contact NYCServ (A new window will open).