# Exhibit 8

**Back to NYCServ** • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • *The Official New York City Web Site*

# Water & Sewer Charges | View Items

### Profile

| | | | |
|---|---|---|---|
| **Name:** | 477 W 142 ST HDFC | **Account Number:** | 8000148999001 |
| **Address:** | 477 W 142 ST<br>NEW YORK, NY 10031-0000 | **Status:** | ACTIVE |
| **Borough:** | Manhattan | | |

To display additional details for the item, click 🛈 in the Details Column. (A new window will open.)

**Outstanding Water Charges as of Wednesday, Jan 27, 2016 05:34 PM**

| Account Number | Details | Amount Due |
|---|---|---|
| 8000148999001 | 🛈 | 171,583.77 |
| | **Total Due** | |
| | | **$171,583.77** |

Charges and amounts displayed above might not reflect payments made in the past few days.

If the information provided here is not accurate, please Contact Us. (A new window will open.)

To make your DEP payment now, click one of the links below:

Registered DEP customers wishing to make a payment, please click here.

DEP customers wishing to make a one-time payment, please click here.

[BACK TO LIST]   [CANCEL]

Go to NYCgov Home | Finance Home | Health | Consumer Affairs | Environmental Protection | Contact Us |
FAQs | Privacy Statement | Site Map | Search

Copyright ©2001 New York City D.O.F. All rights reserved. - Contact NYCServ (A new window will open).