# Exhibit 9

1/27/2016 15-12178-pb Doc 20-9 Filed 02/10/16 Entered 02/10/16 16:12:44 Exhibit 9 - HPD Building Charge Report Pg 2 of 19

Building Charge Report

# NYC Department of Housing Preservation & Development

**The selected address: 1661 AMSTERDAM AVENUE, Manhattan 10031**
**This building is currently in the Alternative Enforcement Program (AEP).**
**This building has filed records with the New York State Division of Housing and Community Renewal at least one time from 1993 to the present year and may contain one or more regulated apartments.**

| HPD# | Range | Block | Lot | CD | CensusTract | Stories | A Units | B Units | Ownership | Registration# | Class |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5617 Active | 1661-1669 | 02058 | 0029 | 9 | 22700 | 5 | 8 | 0 | PVT | 117766 | A |

## IMPORTANT NOTICE

THIS BUILDING CHARGE REPORT PROVIDES NOTICE AS REQUIRED BY NEW YORK CITY ADMINISTRATIVE CODE §27-2144(a) OF OPEN WORK ORDERS REPRESENTING PENDING CHARGES AND THE DATES THAT THEY WERE ENTERED ON THE RECORDS OF THE DEPARTMENT. OTHER BUILDING CHARGE DATA THAT MAY BE AVAILABLE TO THE PUBLIC, SUCH AS THE DATA PROVIDED PURSUANT TO HPD'S OPEN DATA WEB PORTAL DOES NOT PROVIDE AND IS NOT INTENDED TO PROVIDE STATUTORY NOTICE OF WORK ORDERS REPRESENTING OTHER PENDING CHARGES.

This report provides historical information. For the amount of any currently owed HPD charges, go to the Department of Finance website or call 212-504-4080. HPD charges are listed under the category of Property Taxes. These fees become a tax lien against the property if not paid.

**The Charge Report will include information on the following building(s).**

| HPD Bldg ID | Status | House No | Street name | Life Cycle |
|---|---|---|---|---|
| 5617 | Active | 1661 | AMSTERDAM AVENUE | BLDG |

**There are 121 OMO charge(s) for this building(s).**
**There are 4 AOR charge(s) for this building(s).**
**There are 48 AEP Fee(s) for for this building(s).**
**There are no Heat/Hot Water Inspection Fees for this building.**
**There are no Inspection Fees for this building.**
**There are no OMO or AOR pending determination of lien(s) for this building(s).**

## Building Charge Report as of 1/26/2016
### OMOs & AORs

| OMO TYPE/ OMO# | Job General | Total Amt | Award Amt Chg Orders (OMOs) | Create Dt/ Award Dt/ Invc Dt/ | OMO Close Reason | Invoice Approved Amount/ Svc Chg(Y/N) | Admin Fee/ Sales Tax/ | Total Charge | TRX/DOF |
|---|---|---|---|---|---|---|---|---|---|
| **OMO** EB18644 | GC | 1391.00 | 1391.00 0.00 | 12/29/2010 01/07/2011 01/21/2011 | No Access | 100.00 Y | 25.00 8.88 | 133.88 | 03/18/11 |
| **OMO Description:** | | at public parts ------ public hall and vestibule --------- in the public hall ----- demolish approx. 35 sq.ft of loose and unkeyed plastered ce | | | | | | | |
| **OMO** EB30886 | UTIL | 11322.52 | 11322.52 0.00 | 05/06/2011 05/11/2011 05/07/2011 | Fuel Delivered | 11322.52 | 2830.63 509.51 | 14662.66 | 10/20/11 |
| **OMO Description:** | | provide single fuel drop with prime and start. #2 fuel. fill tank. please report any problems immediately to esb fuel unit. 212-863-7830 | | | | | | | |

| Type / ID | Trade | Amount | Amount 2 | Dates | Status | Amount 3 | Fees | Total | Date |
|---|---|---|---|---|---|---|---|---|---|
| OMO EB32539 | GC | 985.00 | 985.00 0.00 | 05/26/2011 05/31/2011 07/18/2011 | OMO Completed | 985.00 | 246.25 87.42 | 1318.67 | 10/20/11 |
| **OMO Description:** | | (apt. #2) at bathroom: trace, locate and repair source of concealed water leak at ceiling from above. demolish and repair ceiling approx. 85 sq | | | | | | | |
| OMO EB34439 | GC | 1495.00 | 1495.00 0.00 | 06/17/2011 06/27/2011 07/14/2011 | OMO Completed | 1495.00 | 373.75 132.68 | 2001.43 | 08/19/11 |
| **OMO Description:** | | aka: 477 west 142 st- replace with new the 2nd. defective tread at intermediate landing at vestibule, 1st story. at public hall stairs 4th to 5th | | | | | | | |
| OMO EC02390 | GC | 510.00 | 510.00 0.00 | 07/13/2011 07/18/2011 11/24/2011 | Landlord Complied | 100.00 Y | 25.00 8.88 | 133.88 | 01/20/12 |
| **OMO Description:** | | public hall location - 1st sty vestibule replace with new the broken / defective marble step at 1st step up from the bottom, marble riser at 2nd | | | | | | | |
| OMO EC05156 | GC | 490.00 | 490.00 0.00 | 08/17/2011 08/23/2011 09/27/2011 | No Access | 100.00 Y | 25.00 8.88 | 133.88 | 11/09/11 |
| **OMO Description:** | | public hall location - 1st sty vestibule replace with new the broken / defective marble step at 1st step up from the bottom, at 1st sty at vest | | | | | | | |
| OMO EC10271 | GC | 9800.00 | 9800.00 0.00 | 10/15/2011 11/07/2011 02/02/2012 | OMO Completed | 9400.00 | 2350.00 834.25 | 12584.25 | 03/20/12 |
| **OMO Description:** | | cellar; north metal staircase:- remove the existing corroded metal staircase. supply and install new metal staircaes 13lf, straight | | | | | | | |
| OMO EC10271 | GC | 9800.00 | 9800.00 0.00 | 10/15/2011 11/07/2011 03/25/2013 | OMO Completed | 250.00 | 62.50 22.19 | 334.69 | 05/19/13 |
| **OMO Description:** | | cellar; north metal staircase:- remove the existing corroded metal staircase. supply and install new metal staircaes 13lf, straight | | | | | | | |
| OMO EC10271 | GC | 9800.00 | 9800.00 0.00 | 10/15/2011 11/07/2011 02/02/2012 | OMO Completed | 150.00 | 37.50 13.31 | 200.81 | 04/20/12 |
| **OMO Description:** | | cellar; north metal staircase:- remove the existing corroded metal staircase. supply and install new metal staircaes 13lf, straight | | | | | | | |
| OMO EC10392 | HEAT | 19050.00 | 19050.00 0.00 | 10/18/2011 10/31/2011 11/15/2011 | OMO Completed | 16800.00 | 4200.00 1491.00 | 22491.00 | 07/20/12 |
| **OMO Description:** | | boiler room, remove existing heating plant. supply and install new heating plant (#2) oil boiler) . ensure that you install all safety and neces | | | | | | | |
| OMO EC10392 | HEAT | 19050.00 | 19050.00 0.00 | 10/18/2011 10/31/2011 08/05/2015 | OMO Completed | 1100.00 | 275.00 97.63 | 1472.63 | 08/20/15 |
| **OMO Description:** | | boiler room, remove existing heating plant. supply and install new heating plant (#2) oil boiler) . ensure that you install all safety and neces | | | | | | | |
| OMO EC10772 | ASBEST | 15.00 | 15.00 0.00 | 10/20/2011 10/21/2011 10/24/2011 | OMO Completed | 15.00 | 3.75 1.33 | 20.08 | 12/20/11 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **OMO Description:** | | | as per mini rc # 2012000244901 (ees) and hpd specification, perform polarized light microscopy (plm) analysis of 2 samples for asbestos content util | | | | | | | |
| **OMO** EC10777 | ASBEST | 1978.00 | 1978.00 0.00 | 10/20/2011 10/21/2011 11/30/2011 | OMO Completed | 1978.00 | 494.50 175.55 | 2648.05 | 01/20/12 |
| **OMO Description:** | | | as per rc # 2012000040801 (b&n&k), perform asbestos abatement work as per hpd specification throughout basement and boiler room, on 13 linear feet of | | | | | | | |
| **OMO** EC10781 | ASBEST | 287.50 | 287.50 0.00 | 10/20/2011 11/01/2011 10/27/2011 | OMO Completed | 287.50 | 71.88 25.52 | 384.90 | 01/20/12 |
| **OMO Description:** | | | as per mini rc # 2012000403701 (new york enviornmental) perform air sampling and analysis in accordance with hpd mini requirement contract specificati | | | | | | | |
| **OMO** EC11380 | GC | 720.00 | 720.00 0.00 | 10/26/2011 11/15/2011 12/06/2011 | OMO Completed | 720.00 | 180.00 63.90 | 963.90 | 02/17/12 |
| **OMO Description:** | | | at public parts ; trace, stop and repair the source of concealed water leak from above. demolish and repair with similar material the broken fire r | | | | | | | |
| **OMO** EC11923 | GC | 391.00 | 391.00 0.00 | 11/01/2011 11/04/2011 11/15/2011 | No Access | 100.00 Y | 25.00 8.88 | 133.88 | 12/20/11 |
| **OMO Description:** | | | replace broken marble tread at building entrance vestibule stairs ist up from bottom. remove all work related debris. affidavit copy must be faxe | | | | | | | |
| **OMO** EC12393 | UTIL | 9342.79 | 9342.79 0.00 | 11/07/2011 11/10/2011 11/09/2011 | Fuel Delivered | 9342.75 | 2335.69 420.42 | 12098.86 | 02/17/12 |
| **OMO Description:** | | | provide single fuel drop to the above address with prime and start. #2 fuel- 275 gl, fill tank, please report problems immediately to the esb fuel un | | | | | | | |
| **OMO** EC13932 | HEAT | 1600.00 | 1600.00 0.00 | 11/29/2011 11/30/2011 12/03/2011 | OMO Completed | 1600.00 | 400.00 142.00 | 2142.00 | 05/18/12 |
| **OMO Description:** | | | at basement, provide and replace approx. 80 l ft. of return line. note: contractor must contact h.p.d. at 212-423-5030, 5025, 5014, 5029, and 5 | | | | | | | |
| **OMO** EC13934 | GC | 150.00 | 150.00 0.00 | 11/29/2011 12/09/2011 12/12/2011 | Landlord Complied | 100.00 Y | 25.00 8.88 | 133.88 | 02/17/12 |
| **OMO Description:** | | | heat related , at basement, remove appox. 15 cubic yards of debris. clean and sweep entire basement. note: contractor must contact h.p.d. at 2 | | | | | | | |
| **OMO** EC15314 | ELEC | 1900.00 | 1900.00 0.00 | 12/14/2011 12/19/2011 12/27/2011 | OMO Completed | 1750.00 | 437.50 155.31 | 2342.81 | 02/17/12 |
| **OMO Description:** | | | location ; apt #2 ; sitting room ; restore electric power to (1) wall switch , (1) outlet and cieling fixture . supply & nstall i (1) new ceiling lig | | | | | | | |
| **OMO** EC15314 | ELEC | 1900.00 | 1900.00 0.00 | 12/14/2011 12/19/2011 12/27/2011 | OMO Completed | 150.00 | 37.50 13.31 | 200.81 | 05/18/12 |
| **OMO Description:** | | | location ; apt #2 ; sitting room ; restore electric power to (1) wall switch , (1) outlet and cieling fixture . supply & nstall i (1) new ceiling lig | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **OMO** EC15801 | UTIL | 10570.06 | 10570.06 0.00 | 12/19/2011 12/29/2011 12/20/2011 | Fuel Delivered | 10570.06 | 2642.52 475.65 | 13688.23 | 03/20/12 |
| **OMO Description:** | | provide single fuel drop with prime and start #2 fuel fill tank. please report any problems immediately to esb fuel unit. (212)863-8781 | | | | | | | |
| **OMO** EC16825 | GC | 1040.00 | 1040.00 0.00 | 12/31/2011 01/12/2012 01/30/2012 | OMO Completed | 100.00 | 40.00 8.88 | 148.88 | 04/20/12 |
| **OMO Description:** | | apt # 4 room # north/ east (3) aka north/ west (4): replace with new the broken transom glass approx. 3 sq. ft. room # north (1) aka north (5 | | | | | | | |
| **OMO** EC16825 | GC | 1040.00 | 1040.00 0.00 | 12/31/2011 01/12/2012 02/17/2012 | OMO Completed | 940.00 | 376.00 83.43 | 1399.43 | 05/18/12 |
| **OMO Description:** | | apt # 4 room # north/ east (3) aka north/ west (4): replace with new the broken transom glass approx. 3 sq. ft. room # north (1) aka north (5 | | | | | | | |
| **OMO** EC18745 | ELEC | 400.00 | 400.00 0.00 | 01/23/2012 01/27/2012 03/12/2012 | OMO Completed | 400.00 | 160.00 35.50 | 595.50 | 05/18/12 |
| **OMO Description:** | | at apt# 4 ------- room north/west (2) -------- supply and install with new the missing ceiling light fixture to cover existing exposed elecrical | | | | | | | |
| **OMO** EC18854 | GC | 1425.00 | 1425.00 0.00 | 01/24/2012 02/02/2012 02/23/2012 | OMO Completed | 1425.00 | 570.00 126.47 | 2121.47 | 04/20/12 |
| **OMO Description:** | | at apt # 4 ------ room north/west (3) ------ properly reconnect the free standing radiator to the shut off valve with new coupling and leave it | | | | | | | |
| **OMO** EC22046 AEPFUEL | UTIL | 3460.91 | 3460.91 0.00 | 02/29/2012 03/16/2012 03/01/2012 | Fuel Delivered | 3460.91 | 1384.36 155.74 | 5001.01 | 05/18/12 |
| **OMO Description:** | | provide single fuel drop to the above address with prime and start. #2 fuel- fill 5000 gl tank with 1000 gl. please report problems immediately to the | | | | | | | |
| **OMO** EC22260 AEP ROUND 5 | ELEC | 800.00 | 800.00 0.00 | 03/01/2012 03/14/2012 03/17/2012 | OMO Completed | 800.00 | 320.00 71.00 | 1191.00 | 07/20/12 |
| **OMO Description:** | | apt 4 1. provide and install new light fixture at ceiling of roon north 6 (1st room on the right). include all the necessary new electrical wire for | | | | | | | |
| **OMO** EC26002 AEP ROUND 5 | GC | 5513.00 | 5513.00 0.00 | 03/27/2012 04/06/2012 05/05/2012 | OMO Completed | 5513.00 | 2205.20 489.28 | 8207.48 | 09/20/12 |
| **OMO Description:** | | alternative enforcement program apartment #4 bathroom, private hallway, kitchen, & 3rd bedroom 1. carefully remove the wood-wall cabinet at bat | | | | | | | |
| **OMO** EC26005 AEP ROUND 5 | ELEC | 589.00 | 589.00 0.00 | 03/27/2012 03/30/2012 04/18/2012 | OMO Completed | 0.00 | 0.00 0.00 | 0.00 | |
| **OMO Description:** | | alternative enforcement program apartment #4 kitchen replace with new, the missing electric fuse box cover at kitchen wall (include restoration | | | | | | | |

Building Charge Report

| OMO | Type | Amt | Amt / 0.00 | Dates | Status | Amt | Fee | Total | Date |
|---|---|---|---|---|---|---|---|---|---|
| OMO EC26005 AEP ROUND 5 | ELEC | 589.00 | 589.00 0.00 | 03/27/2012 03/30/2012 04/18/2012 | OMO Completed | 250.00 | 100.00 22.19 | 372.19 | 07/20/12 |
| OMO Description: | | alternative enforcement program apartment #4 kitchen replace with new, the missing electric fuse box cover at kitchen wall (include restoration | | | | | | | |
| OMO EC26005 AEP ROUND 5 | ELEC | 589.00 | 589.00 0.00 | 03/27/2012 03/30/2012 04/18/2012 | OMO Completed | 0.00 | 0.00 0.00 | 0.00 | |
| OMO Description: | | alternative enforcement program apartment #4 kitchen replace with new, the missing electric fuse box cover at kitchen wall (include restoration | | | | | | | |
| OMO EC26006 AEP ROUND 5 | GC | 495.00 | 495.00 0.00 | 03/27/2012 04/04/2012 04/07/2012 | OMO Completed | 495.00 | 198.00 43.93 | 736.93 | 06/06/12 |
| OMO Description: | | alternative enforcement program building-public hall (bulkhead skylight) properly-provide & install with new, the missing wire mesh screen (appr | | | | | | | |
| OMO EC29777 AEPFUEL | UTIL | 11068.60 | 11068.60 0.00 | 05/18/2012 05/23/2012 05/19/2012 | Fuel Delivered | 11068.60 | 4427.44 498.09 | 15994.13 | 07/20/12 |
| OMO Description: | | provide single fuel drop with prime and start #2 fuel fill tank. please report any problems immediately to esb fuel uinit. (212) 863-8781 | | | | | | | |
| OMO EC30939 AEP ROUND 5 | GC | 1990.00 | 1990.00 0.00 | 06/05/2012 06/14/2012 06/29/2012 | OMO Completed | 1990.00 | 796.00 176.61 | 2962.61 | 09/20/12 |
| OMO Description: | | alternative enforcement program apartment #2 a) remove the entire existing defective apartment entrance door & frame complete located at apartment | | | | | | | |
| OMO EC32418 AEP ROUND 5 | DELEAD | 51.15 | 51.15 0.00 | 06/27/2012 06/28/2012 07/06/2012 | OMO Completed | 51.15 | 20.46 4.54 | 76.15 | 09/20/12 |
| OMO Description: | | perform total lead analysis of 11 dust wipe sample(s) via environmental protection agency (epa) sw8453050-7420 method utilizing flame atomic absorptio | | | | | | | |
| OMO ED03891 AEP ROUND 5 | ASBEST | 60.00 | 60.00 0.00 | 08/07/2012 08/08/2012 08/13/2012 | OMO Completed | 30.00 | 12.00 2.66 | 44.66 | 09/20/12 |
| OMO Description: | | as per mini rc # 2013000088802 (eas), perform polarized light microscopy (plm) gravimetric matrix reduction analysis as per hpd specification of 4 n | | | | | | | |
| OMO ED04811 AEP ROUND 5 | GC | 747.00 | 747.00 0.00 | 08/21/2012 08/29/2012 09/04/2012 | OMO Completed | 747.00 | 298.80 66.30 | 1112.10 | 10/19/12 |
| OMO Description: | | alternative enforcement program apartment #2 bathroom (full bathroom located nearest apartment entrance door) a) demo section of loose-defectiv | | | | | | | |
| OMO ED04853 AEP ROUND 5 | GC | 1060.00 | 1060.00 0.00 | 08/21/2012 08/27/2012 09/10/2012 | OMO Completed | 1060.00 | 424.00 94.08 | 1578.08 | 11/20/12 |

| OMO Description: | | | | | alternative enforcement program apartment #4 supply & install new (brick to brick) aluminum replacement (double hung insulated glass) windows dh i | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **OMO** ED06522 AEP ROUND 5 | GC | 1961.00 | 1961.00 0.00 | 09/17/2012 09/24/2012 11/15/2012 | OMO Completed | 1961.00 | 784.40 174.04 | 2919.44 | 02/20/13 |
| **OMO Description:** | | | | | alternative enforcement program apartment #6 bathroom a) demo the defective-loose complete collapsing sheetrock @ bathroom ceiling (50 s.f.); a | | | | |
| **OMO** ED07980 AEP ROUND 5 | ELEC | 934.00 | 934.00 0.00 | 10/10/2012 10/12/2012 12/10/2012 | Refused Access | 0.00 Y | 0.00 0.00 | 0.00 | |
| **OMO Description:** | | | | | alternative enforcement program apartment #6 kitchen replace with new, the defective electrical wall outlet @ kitchen wall= near washer machine. | | | | |
| **OMO** ED08082 AEP ROUND 5 | GC | 847.00 | 847.00 0.00 | 10/10/2012 10/12/2012 10/17/2012 | OMO Completed | 847.00 | 338.80 75.17 | 1260.97 | 11/20/12 |
| **OMO Description:** | | | | | alternative enforcement program apartment #6 remove the existing defective door & frame located at apartment #6. provide & install new h.m. apart | | | | |
| **OMO** ED08673 AEP ROUND 5 | GC | 1477.00 | 1477.00 0.00 | 10/18/2012 11/27/2012 12/12/2012 | OMO Completed | 1377.00 | 550.80 122.21 | 2050.01 | 02/20/13 |
| **OMO Description:** | | | | | alternative enforcement program apartment #6 kitchen a) demo the defective-water damaged collapsing kitchen ceiling complete-(140 s.f.) ; and dem | | | | |
| **OMO** ED08871 AEP ROUND 5 | GC | 1684.00 | 1684.00 0.00 | 10/22/2012 12/07/2012 12/20/2012 | OMO Completed | 1284.00 | 513.60 113.96 | 1911.56 | 02/20/13 |
| **OMO Description:** | | | | | alternative enforcement program apartment #6 replace with new, brick to brick aluminum replacement window's dh complete insulated pan, thermal br | | | | |
| **OMO** ED11885 AEP ROUND 5 | DELEAD | 18.60 | 18.60 0.00 | 12/10/2012 12/10/2012 12/17/2012 | OMO Completed | 18.60 | 7.44 1.65 | 27.69 | 03/20/13 |
| **OMO Description:** | | | | | perform total lead analysis of 04 dust wipe sample(s) via environmental protection agency (epa) sw8453050-7420 method utilizing flame atomic absorptio | | | | |
| **OMO** ED17046 AEP ROUND 5 | HEAT | 150.00 | 150.00 0.00 | 02/22/2013 04/08/2013 02/26/2013 | Work Done by Others | 150.00 Y | 60.00 13.31 | 223.31 | 06/21/13 |
| **OMO Description:** | | | | | make neccessary repairs to oil fired boiler to restore hot water to the entire building. | | | | |
| **OMO** ED18455 AEP ROUND 5 | GC | 1289.00 | 1289.00 0.00 | 03/15/2013 03/29/2013 | OMO Completed | 0.00 | 0.00 0.00 | 0.00 | |
| **OMO Description:** | | | | | alternative enforcement program apartment #2 replace with new, the defective window counter balances, window clips, and properly secure windows to | | | | |

| OMO | Type | | | | Status | | | | |
|---|---|---|---|---|---|---|---|---|---|
| OMO ED18457 AEP ROUND 5 | GC | 1045.00 | 1045.00 0.00 | 03/15/2013 03/25/2013 05/04/2013 | OMO Completed | 895.00 | 358.00 79.43 | 1332.43 | 06/21/13 |
| OMO Description: | | alternative enforcement program apartment #2 (1/2)-small bathroom a) demo the section of defective-collapsing leaky bathroom ceiling (directly a | | | | | | | |
| OMO ED19950 AEP ROUND 5 | HEAT | 0.00 | 0.00 0.00 | 04/04/2013 | Duplicate OMO | 0.00 | 0.00 0.00 | 0.00 | |
| OMO Description: | | alternative enforcement program cellar make all necessary repairs to boiler in order to restore hot water to proper working order thru-out entire ap | | | | | | | |
| OMO ED20470 AEP ROUND 5 | ELEC | 748.00 | 748.00 0.00 | 04/12/2013 04/18/2013 05/06/2013 | OMO Completed | 748.00 | 299.20 66.39 | 1113.59 | 06/21/13 |
| OMO Description: | | alternative enforcement program apartment #2 ******please note & expedite: bedridden-handi-capped elderly tenant is currently residing in this apart | | | | | | | |
| OMO ED22524 AEP ROUND 5 | GC | 440.00 | 440.00 0.00 | 05/13/2013 05/16/2013 07/22/2013 | OMO Completed | 440.00 | 176.00 39.05 | 655.05 | 09/20/13 |
| OMO Description: | | alternative enforcement program building public hall-wood tread/step replace with new, the broken-defective 1st wood tread & riser up from bottom | | | | | | | |
| OMO EE04954 AEP ROUND 5 | ELEC | 1400.00 | 1400.00 0.00 | 08/22/2013 08/29/2013 09/04/2013 | OMO Completed | 1100.00 | 440.00 97.63 | 1637.63 | 10/18/13 |
| OMO Description: | | apt#4. 1) trouble shoot and restore electricity in all wall outlets and light fixtures in entire apt#4, 2) contractor to verify outlet for ele | | | | | | | |
| OMO EE04954 AEP ROUND 5 | ELEC | 1400.00 | 1400.00 0.00 | 08/22/2013 08/29/2013 12/16/2013 | OMO Completed | 300.00 | 120.00 26.63 | 446.63 | 01/17/14 |
| OMO Description: | | apt#4. 1) trouble shoot and restore electricity in all wall outlets and light fixtures in entire apt#4, 2) contractor to verify outlet for ele | | | | | | | |
| OMO EE13307 AEP ROUND 5 | PLUMB | 1470.00 | 1470.00 0.00 | 01/07/2014 01/30/2014 01/31/2014 | OMO Completed | 1320.00 | 528.00 117.15 | 1965.15 | 04/18/14 |
| OMO Description: | | for access into apt. 2 contact tenant deloris blakely @ 212-368-3739 for access into apt. 4 contact tenant joanne mcclaine at 646-229-4823 replace | | | | | | | |
| OMO EE13307 AEP ROUND 5 | PLUMB | 1470.00 | 1470.00 0.00 | 01/07/2014 01/30/2014 05/07/2014 | OMO Completed | 150.00 | 60.00 13.31 | 223.31 | 06/20/14 |
| OMO Description: | | for access into apt. 2 contact tenant deloris blakely @ 212-368-3739 for access into apt. 4 contact tenant joanne mcclaine at 646-229-4823 replace | | | | | | | |
| OMO EE13308 AEP ROUND 5 | HEAT | 200.00 | 200.00 0.00 | 01/07/2014 01/09/2014 01/10/2014 | OMO Completed | 200.00 | 80.00 17.75 | 297.75 | 05/19/14 |

| OMO | Type | Amount | Paid/Bal | Dates | Status | Charge | Fees | Total | Date |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| **OMO Description:** | | replace defective mixing (tempering) valve at oil boiler to prevent scalding. note that water temperature to apartments is extremely hot. ensure that | | | | | | | |
| **OMO** EE14132 AEP ROUND 5 | HEAT | 150.00 | 150.00 0.00 | 01/16/2014 01/23/2014 02/21/2014 | OMO Completed | 150.00 | 60.00 13.31 | 223.31 | 05/19/14 |
| **OMO Description:** | | for access contact ms. pitts at 212-281-1729 or the operator of the saloon restore oil boiler to proper working order to restore heat and adequate | | | | | | | |
| **OMO** EE14496 AEPFUEL | UTIL | 6458.20 | 6458.20 0.00 | 01/22/2014 01/25/2014 01/22/2014 | Fuel Delivered | 6458.20 | 2583.28 290.62 | 9332.10 | 03/20/14 |
| **OMO Description:** | | provide single fuel drop with prime and start #2ulsh fuel fill tank. please report any problems immediately to esb fuel unit (212) 863-8781 | | | | | | | |
| **OMO** EE15076 AEP ROUND 5 | HEAT | 1300.00 | 1300.00 0.00 | 01/27/2014 01/30/2014 02/05/2014 | OMO Completed | 1300.00 | 520.00 115.38 | 1935.38 | 06/20/14 |
| **OMO Description:** | | remove and replace defective petrometer. tune up boiler, replace nozzle and ensure that adequate heat is restored to both wings of the building. al | | | | | | | |
| **OMO** EE15113 AEP ROUND 5 | PLUMB | 1895.00 | 1895.00 0.00 | 01/28/2014 01/29/2014 03/01/2014 | OMO Completed | 0.00 | 0.00 0.00 | 0.00 | |
| **OMO Description:** | | cellar: immediate emergencty nop hot water in building trace, locate and repair the water leak in the cellar riser pipe below comme | | | | | | | |
| **OMO** EE15113 AEP ROUND 5 | PLUMB | 1895.00 | 1895.00 0.00 | 01/28/2014 01/29/2014 03/01/2014 | OMO Completed | 1895.00 | 758.00 168.18 | 2821.18 | 04/18/14 |
| **OMO Description:** | | cellar: immediate emergencty nop hot water in building trace, locate and repair the water leak in the cellar riser pipe below comme | | | | | | | |
| **OMO** EE17388 AEP ROUND 5 | GC | 494.00 | 494.00 0.00 | 02/18/2014 02/21/2014 02/26/2014 | OMO Completed | 494.00 | 197.60 43.84 | 735.44 | 04/18/14 |
| **OMO Description:** | | apt#4: kitchen, northeast-1 kitchen: supply and install proper counter balances to upper and lower sash window in kitchen. after installation che | | | | | | | |
| **OMO** EE17395 AEP ROUND 5 | GC | 1695.00 | 1695.00 0.00 | 02/18/2014 03/26/2014 04/29/2014 | OMO Completed | 1695.00 | 678.00 150.43 | 2523.43 | 09/19/14 |
| **OMO Description:** | | apt#2: foyer,pvt hall, kitchen, bathroom, (212)368-3739 1) foyer: (a) properly repair apt. entrance door mortise lock set, and make sure for prop | | | | | | | |
| **OMO** EE17718 AEPFUEL | UTIL | 3298.60 | 3298.60 0.00 | 02/20/2014 02/24/2014 04/14/2014 | Fuel Delivered | 2371.35 | 948.54 106.71 | 3426.60 | 07/18/14 |
| **OMO Description:** | | provide automatic fuel drop to the above building until futher notice #2ulsh fuel. no prime and start necessary (212) 863-8781 | | | | | | | |
| **OMO** | UTIL | 3298.60 | 3298.60 | 02/20/2014 | Fuel Delivered | 2419.41 | 967.76 | 3496.04 | 05/19/14 |

1/27/2016  15-12178-pb  Doc 20-9  Filed 02/10/16  Entered 02/10/16 16:12:44  Exhibit 9 - HPD Building Charge Report  Pg 10 of 19

Building Charge Report

| Type | Code | Amount | Paid / Balance | Dates | Status | Col1 | Col2 | Col3 | Date |
|---|---|---|---|---|---|---|---|---|---|
| OMO EE17718 AEPFUEL | UTIL | 3298.60 | 3298.60 / 0.00 | 02/20/2014 02/24/2014 04/02/2014 | Fuel Delivered | | | 108.87 | |
| **OMO Description:** | | provide automatic fuel drop to the above building until futher notice #2ulsh fuel. no prime and start necessary (212) 863-8781 | | | | | | | |
| OMO EE17718 AEPFUEL | UTIL | 3298.60 | 3298.60 / 0.00 | 02/20/2014 02/24/2014 03/24/2014 | Fuel Delivered | 2956.82 | 1182.73 133.06 | 4272.61 | 05/19/14 |
| **OMO Description:** | | provide automatic fuel drop to the above building until futher notice #2ulsh fuel. no prime and start necessary (212) 863-8781 | | | | | | | |
| OMO EE17718 AEPFUEL | UTIL | 3298.60 | 3298.60 / 0.00 | 02/20/2014 02/24/2014 03/17/2014 | Fuel Delivered | 3112.97 | 1245.19 140.08 | 4498.24 | 05/19/14 |
| **OMO Description:** | | provide automatic fuel drop to the above building until futher notice #2ulsh fuel. no prime and start necessary (212) 863-8781 | | | | | | | |
| OMO EE17718 AEPFUEL | UTIL | 3298.60 | 3298.60 / 0.00 | 02/20/2014 02/24/2014 03/10/2014 | Fuel Delivered | 4294.68 | 1717.87 193.26 | 6205.81 | 04/18/14 |
| **OMO Description:** | | provide automatic fuel drop to the above building until futher notice #2ulsh fuel. no prime and start necessary (212) 863-8781 | | | | | | | |
| OMO EE17718 AEPFUEL | UTIL | 3298.60 | 3298.60 / 0.00 | 02/20/2014 02/24/2014 03/03/2014 | Fuel Delivered | 4927.95 | 1971.18 221.76 | 7120.89 | 04/18/14 |
| **OMO Description:** | | provide automatic fuel drop to the above building until futher notice #2ulsh fuel. no prime and start necessary (212) 863-8781 | | | | | | | |
| OMO EE17718 AEPFUEL | UTIL | 3298.60 | 3298.60 / 0.00 | 02/20/2014 02/24/2014 02/24/2014 | Fuel Delivered | 9818.13 | 3927.25 441.82 | 14187.20 | 04/18/14 |
| **OMO Description:** | | provide automatic fuel drop to the above building until futher notice #2ulsh fuel. no prime and start necessary (212) 863-8781 | | | | | | | |
| OMO EE17718 AEPFUEL | UTIL | 3298.60 | 3298.60 / 0.00 | 02/20/2014 02/24/2014 02/15/2014 | Fuel Delivered | 3298.60 | 1319.44 148.44 | 4766.48 | 09/18/15 |
| **OMO Description:** | | provide automatic fuel drop to the above building until futher notice #2ulsh fuel. no prime and start necessary (212) 863-8781 | | | | | | | |
| OMO EE17718 AEPFUEL | UTIL | 3298.60 | 3298.60 / 0.00 | 02/20/2014 02/24/2014 04/28/2014 | Fuel Delivered | 2069.60 | 827.84 93.13 | 2990.57 | 07/18/14 |
| **OMO Description:** | | provide automatic fuel drop to the above building until futher notice #2ulsh fuel. no prime and start necessary (212) 863-8781 | | | | | | | |
| OMO EE17718 AEPFUEL | UTIL | 3298.60 | 3298.60 / 0.00 | 02/20/2014 02/24/2014 06/18/2014 | Fuel Delivered | 1578.25 | 631.30 71.02 | 2280.57 | 08/20/14 |
| **OMO Description:** | | provide automatic fuel drop to the above building until futher notice #2ulsh fuel. no prime and start necessary (212) 863-8781 | | | | | | | |
| OMO EE17718 AEPFUEL | UTIL | 3298.60 | 3298.60 / 0.00 | 02/20/2014 02/24/2014 05/15/2014 | Fuel Delivered | 1276.79 | 510.72 57.46 | 1844.97 | 08/20/14 |
| **OMO Description:** | | provide automatic fuel drop to the above building until futher notice #2ulsh fuel. no prime and start necessary | | | | | | | |

| OMO | Type | Charge | Paid / Unpaid | Dates | Status | Amount | Fees | Total | Posted |
|---|---|---|---|---|---|---|---|---|---|
| **OMO** EE21510 AEP ROUND 5 | HEAT | 3275.00 | 3275.00 / 0.00 | 04/10/2014 04/18/2014 04/21/2014 | OMO Completed | 3275.00 | 1310.00 290.66 | 4875.66 | 07/18/14 |
| **OMO Description:** | | make neccessary repairs to #2 oil boiler to restore hot water to the entire building. replace defective heat timer and adjust aquastat. | | | | | | | |
| **OMO** EE25462 AEP ROUND 5 | ELEC | 550.00 | 550.00 / 0.00 | 06/05/2014 06/09/2014 06/17/2014 | OMO Completed | 550.00 | 220.00 48.81 | 818.81 | 09/19/14 |
| **OMO Description:** | | apt#4: bathroom, north-4 ,northeast-4 bathroom: repair the exsitng ceiling light fixture and and make sure for proper working condition with wall | | | | | | | |
| **OMO** EF00338 AEP ROUND 5 | GC | 3300.00 | 3300.00 / 0.00 | 07/03/2014 07/21/2014 07/30/2014 | OMO Completed | 3300.00 | 1320.00 292.88 | 4912.88 | 10/20/14 |
| **OMO Description:** | | apt#1: bathroom:[1] trace, locate and repair leak from above apartment (apt. #3) causing damage to ceiling and walls in apt.#1. [2] remove exist | | | | | | | |
| **OMO** EF04458 AEPFUEL | UTIL | 381.00 | 381.00 / 0.00 | 07/01/2014 07/01/2014 05/20/2015 | Fuel Delivered | 432.44 | 172.98 19.46 | 624.88 | 07/20/15 |
| **OMO Description:** | | provide automatic fuel drop to the above building until futher notice #2ulsh fuel. no prime and start necessary (212) 863-8781 | | | | | | | |
| **OMO** EF04458 AEPFUEL | UTIL | 381.00 | 381.00 / 0.00 | 07/01/2014 07/01/2014 05/01/2015 | Fuel Delivered | 1037.57 | 415.03 46.69 | 1499.29 | 07/20/15 |
| **OMO Description:** | | provide automatic fuel drop to the above building until futher notice #2ulsh fuel. no prime and start necessary (212) 863-8781 | | | | | | | |
| **OMO** EF04458 AEPFUEL | UTIL | 381.00 | 381.00 / 0.00 | 07/01/2014 07/01/2014 04/14/2015 | Fuel Delivered | 852.87 | 341.15 38.38 | 1232.40 | 07/20/15 |
| **OMO Description:** | | provide automatic fuel drop to the above building until futher notice #2ulsh fuel. no prime and start necessary (212) 863-8781 | | | | | | | |
| **OMO** EF04458 AEPFUEL | UTIL | 381.00 | 381.00 / 0.00 | 07/01/2014 07/01/2014 04/07/2015 | Fuel Delivered | 1062.77 | 425.11 47.82 | 1535.70 | 09/18/15 |
| **OMO Description:** | | provide automatic fuel drop to the above building until futher notice #2ulsh fuel. no prime and start necessary (212) 863-8781 | | | | | | | |
| **OMO** EF04458 AEPFUEL | UTIL | 381.00 | 381.00 / 0.00 | 07/01/2014 07/01/2014 03/31/2015 | Fuel Delivered | 1219.64 | 487.86 54.88 | 1762.38 | 07/20/15 |
| **OMO Description:** | | provide automatic fuel drop to the above building until futher notice #2ulsh fuel. no prime and start necessary (212) 863-8781 | | | | | | | |
| **OMO** EF04458 AEPFUEL | UTIL | 381.00 | 381.00 / 0.00 | 07/01/2014 07/01/2014 12/24/2014 | Fuel Delivered | 1868.14 | 747.26 84.07 | 2699.47 | 06/19/15 |
| **OMO Description:** | | provide automatic fuel drop to the above building until futher notice #2ulsh fuel. no prime and start necessary (212) 863-8781 | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **OMO** EF04458 AEPFUEL | UTIL | 381.00 | 381.00 0.00 | 07/01/2014 07/01/2014 12/15/2014 | Fuel Delivered | 2380.89 | 952.36 107.14 | 3440.39 | 05/17/15 |
| **OMO Description:** | | provide automatic fuel drop to the above building until futher notice #2ulsh fuel. no prime and start necessary (212) 863-8781 | | | | | | | |
| **OMO** EF04458 AEPFUEL | UTIL | 381.00 | 381.00 0.00 | 07/01/2014 07/01/2014 12/08/2014 | Fuel Delivered | 1885.92 | 754.37 84.87 | 2725.16 | 05/17/15 |
| **OMO Description:** | | provide automatic fuel drop to the above building until futher notice #2ulsh fuel. no prime and start necessary (212) 863-8781 | | | | | | | |
| **OMO** EF04458 AEPFUEL | UTIL | 381.00 | 381.00 0.00 | 07/01/2014 07/01/2014 11/25/2014 | Fuel Delivered | 3077.48 | 1230.99 138.49 | 4446.96 | 05/17/15 |
| **OMO Description:** | | provide automatic fuel drop to the above building until futher notice #2ulsh fuel. no prime and start necessary (212) 863-8781 | | | | | | | |
| **OMO** EF04458 AEPFUEL | UTIL | 381.00 | 381.00 0.00 | 07/01/2014 07/01/2014 11/11/2014 | Fuel Delivered | 2599.62 | 1039.85 116.98 | 3756.45 | 06/19/15 |
| **OMO Description:** | | provide automatic fuel drop to the above building until futher notice #2ulsh fuel. no prime and start necessary (212) 863-8781 | | | | | | | |
| **OMO** EF04458 AEPFUEL | UTIL | 381.00 | 381.00 0.00 | 07/01/2014 07/01/2014 10/09/2014 | Fuel Delivered | 776.21 | 310.48 34.93 | 1121.62 | 05/17/15 |
| **OMO Description:** | | provide automatic fuel drop to the above building until futher notice #2ulsh fuel. no prime and start necessary (212) 863-8781 | | | | | | | |
| **OMO** EF04458 AEPFUEL | UTIL | 381.00 | 381.00 0.00 | 07/01/2014 07/01/2014 09/08/2014 | Fuel Delivered | 1020.92 | 408.37 45.94 | 1475.23 | 05/17/15 |
| **OMO Description:** | | provide automatic fuel drop to the above building until futher notice #2ulsh fuel. no prime and start necessary (212) 863-8781 | | | | | | | |
| **OMO** EF04458 AEPFUEL | UTIL | 381.00 | 381.00 0.00 | 07/01/2014 07/01/2014 08/12/2014 | Fuel Delivered | 1591.20 | 636.48 71.60 | 2299.28 | 11/20/14 |
| **OMO Description:** | | provide automatic fuel drop to the above building until futher notice #2ulsh fuel. no prime and start necessary (212) 863-8781 | | | | | | | |
| **OMO** EF04458 AEPFUEL | UTIL | 381.00 | 381.00 0.00 | 07/01/2014 07/01/2014 06/17/2015 | Fuel Delivered | 454.90 | 181.96 20.47 | 657.33 | 09/18/15 |
| **OMO Description:** | | provide automatic fuel drop to the above building until futher notice #2ulsh fuel. no prime and start necessary (212) 863-8781 | | | | | | | |
| **OMO** EF04458 AEPFUEL | UTIL | 381.00 | 381.00 0.00 | 07/01/2014 07/01/2014 12/22/2015 | Fuel Delivered | 0.00 | 0.00 0.00 | 0.00 | |
| **OMO Description:** | | provide automatic fuel drop to the above building until futher notice #2ulsh fuel. no prime and start necessary (212) 863-8781 | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **OMO** EF04458 AEPFUEL | UTIL | 381.00 | 381.00 0.00 | 07/01/2014 07/01/2014 12/14/2015 | Fuel Delivered | 599.76 | 238.30 26.81 | 860.87 | |
| **OMO Description:** | | provide automatic fuel drop to the above building until futher notice #2ulsh fuel. no prime and start necessary (212) 863-8781 | | | | | | | |
| **OMO** EF04458 AEPFUEL | UTIL | 381.00 | 381.00 0.00 | 07/01/2014 07/01/2014 12/04/2015 | Fuel Delivered | 1179.05 | 471.62 53.06 | 1703.73 | |
| **OMO Description:** | | provide automatic fuel drop to the above building until futher notice #2ulsh fuel. no prime and start necessary (212) 863-8781 | | | | | | | |
| **OMO** EF04458 AEPFUEL | UTIL | 381.00 | 381.00 0.00 | 07/01/2014 07/01/2014 11/20/2015 | Fuel Delivered | 1244.17 | 497.67 55.99 | 1797.83 | |
| **OMO Description:** | | provide automatic fuel drop to the above building until futher notice #2ulsh fuel. no prime and start necessary (212) 863-8781 | | | | | | | |
| **OMO** EF04458 AEPFUEL | UTIL | 381.00 | 381.00 0.00 | 07/01/2014 07/01/2014 10/26/2015 | Fuel Delivered | 997.86 | 399.14 44.90 | 1441.90 | 12/18/15 |
| **OMO Description:** | | provide automatic fuel drop to the above building until futher notice #2ulsh fuel. no prime and start necessary (212) 863-8781 | | | | | | | |
| **OMO** EF04458 AEPFUEL | UTIL | 381.00 | 381.00 0.00 | 07/01/2014 07/01/2014 03/23/2015 | Fuel Delivered | 1188.12 | 475.25 53.47 | 1716.84 | 11/20/15 |
| **OMO Description:** | | provide automatic fuel drop to the above building until futher notice #2ulsh fuel. no prime and start necessary (212) 863-8781 | | | | | | | |
| **OMO** EF04458 AEPFUEL | UTIL | 381.00 | 381.00 0.00 | 07/01/2014 07/01/2014 03/17/2015 | Fuel Delivered | 2761.87 | 1104.75 124.28 | 3990.90 | 11/20/15 |
| **OMO Description:** | | provide automatic fuel drop to the above building until futher notice #2ulsh fuel. no prime and start necessary (212) 863-8781 | | | | | | | |
| **OMO** EF04458 AEPFUEL | UTIL | 381.00 | 381.00 0.00 | 07/01/2014 07/01/2014 03/05/2015 | Fuel Delivered | 0.00 | 0.00 0.00 | 0.00 | |
| **OMO Description:** | | provide automatic fuel drop to the above building until futher notice #2ulsh fuel. no prime and start necessary (212) 863-8781 | | | | | | | |
| **OMO** EF04458 AEPFUEL | UTIL | 381.00 | 381.00 0.00 | 07/01/2014 07/01/2014 02/27/2015 | Fuel Delivered | 1962.51 | 785.00 88.31 | 2835.82 | 11/20/15 |
| **OMO Description:** | | provide automatic fuel drop to the above building until futher notice #2ulsh fuel. no prime and start necessary (212) 863-8781 | | | | | | | |
| **OMO** EF04458 AEPFUEL | UTIL | 381.00 | 381.00 0.00 | 07/01/2014 07/01/2014 02/20/2015 | Fuel Delivered | 1506.12 | 602.45 67.78 | 2176.35 | 11/20/15 |
| **OMO Description:** | | provide automatic fuel drop to the above building until futher notice #2ulsh fuel. no prime and start necessary (212) 863-8781 | | | | | | | |
| **OMO** EF04458 AEPFUEL | UTIL | 381.00 | 381.00 0.00 | 07/01/2014 07/01/2014 08/03/2015 | Fuel Delivered | 558.15 | 223.26 25.12 | 806.53 | 09/18/15 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **OMO** EF04458 AEPFUEL | UTIL | 381.00 | 381.00 0.00 | 07/01/2014 07/01/2014 09/28/2015 | Fuel Delivered | 785.80 | 314.32 35.36 | 1135.48 | 11/20/15 |
| **OMO Description:** | | provide automatic fuel drop to the above building until futher notice #2ulsh fuel. no prime and start necessary (212) 863-8781 | | | | | | | |
| **OMO** EF04458 AEPFUEL | UTIL | 381.00 | 381.00 0.00 | 07/01/2014 07/01/2014 01/06/2015 | Fuel Delivered | 2514.91 | 1005.96 113.17 | 3634.04 | 11/20/15 |
| **OMO Description:** | | provide automatic fuel drop to the above building until futher notice #2ulsh fuel. no prime and start necessary (212) 863-8781 | | | | | | | |
| **OMO** EF04458 AEPFUEL | UTIL | 381.00 | 381.00 0.00 | 07/01/2014 07/01/2014 01/12/2015 | Fuel Delivered | 1118.84 | 447.54 50.35 | 1616.73 | 11/20/15 |
| **OMO Description:** | | provide automatic fuel drop to the above building until futher notice #2ulsh fuel. no prime and start necessary (212) 863-8781 | | | | | | | |
| **OMO** EF04458 AEPFUEL | UTIL | 381.00 | 381.00 0.00 | 07/01/2014 07/01/2014 01/20/2015 | Fuel Delivered | 1318.75 | 527.50 59.34 | 1905.59 | 11/20/15 |
| **OMO Description:** | | provide automatic fuel drop to the above building until futher notice #2ulsh fuel. no prime and start necessary (212) 863-8781 | | | | | | | |
| **OMO** EF04458 AEPFUEL | UTIL | 381.00 | 381.00 0.00 | 07/01/2014 07/01/2014 01/26/2015 | Fuel Delivered | 1473.00 | 589.20 66.29 | 2128.49 | 11/20/15 |
| **OMO Description:** | | provide automatic fuel drop to the above building until futher notice #2ulsh fuel. no prime and start necessary (212) 863-8781 | | | | | | | |
| **OMO** EF04458 AEPFUEL | UTIL | 381.00 | 381.00 0.00 | 07/01/2014 07/01/2014 02/02/2015 | Fuel Delivered | 1356.77 | 542.71 61.05 | 1960.53 | 11/20/15 |
| **OMO Description:** | | provide automatic fuel drop to the above building until futher notice #2ulsh fuel. no prime and start necessary (212) 863-8781 | | | | | | | |
| **OMO** EF04458 AEPFUEL | UTIL | 381.00 | 381.00 0.00 | 07/01/2014 07/01/2014 02/09/2015 | Fuel Delivered | 1582.24 | 632.90 71.20 | 2286.34 | 11/20/15 |
| **OMO Description:** | | provide automatic fuel drop to the above building until futher notice #2ulsh fuel. no prime and start necessary (212) 863-8781 | | | | | | | |
| **OMO** EF04458 AEPFUEL | UTIL | 381.00 | 381.00 0.00 | 07/01/2014 07/01/2014 02/13/2015 | Fuel Delivered | 890.78 | 356.31 40.09 | 1287.18 | 11/20/15 |
| **OMO Description:** | | provide automatic fuel drop to the above building until futher notice #2ulsh fuel. no prime and start necessary (212) 863-8781 | | | | | | | |
| **OMO** EF04937 AEP ROUND 5 | STOPAG | 580.00 | 580.00 0.00 | 08/18/2014 08/19/2014 08/18/2014 | OMO Completed | 580.00 | 232.00 51.48 | 863.48 | 10/20/14 |
| **OMO Description:** | | apt. 2, tenant deloris blakely, phone 212-368-3739 snake out and clear all obstructions from bathtub. replace flushing apparatus in toilet tank and | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **OMO** EF06506 AEP ROUND 5 | ELEC | 500.00 | 500.00 0.00 | 09/11/2014 09/15/2014 09/16/2014 | OMO Completed | 500.00 | 200.00 44.38 | 744.38 | 10/20/14 |
| **OMO Description:** | | trace and reoair defective wiring to second floor public hall light fixture and restore lights to second floor public hall. at the time of this invi | | | | | | | |
| **OMO** EF09718 AEP ROUND 5 | HEAT | 1050.00 | 1050.00 0.00 | 11/06/2014 11/10/2014 06/05/2015 | OMO Completed | 1050.00 | 420.00 93.19 | 1563.19 | 08/20/15 |
| **OMO Description:** | | make neccessary repairs to restore #2 oil boiler to proper working order to provide hot water and heat to the entire building. alternative enf | | | | | | | |
| **OMO** EF11636 AEP ROUND 5 | STOPAG | 189.00 | 189.00 0.00 | 12/12/2014 12/12/2014 12/22/2014 | OMO Completed | 189.00 | 75.60 16.77 | 281.37 | 03/20/15 |
| **OMO Description:** | | apt#2:bathroom remove all obstruction from bathroom tub, bathroom vanity drain ano make sure after completion of job for proper drainage from each a | | | | | | | |
| **OMO** EF21129 AEP ROUND 5 | HEAT | 1900.00 | 1900.00 0.00 | 05/22/2015 05/29/2015 06/02/2015 | OMO Completed | 1900.00 | 760.00 168.63 | 2828.63 | 10/20/15 |
| **OMO Description:** | | make neccessary repairs to #2 oil boiler to restore hot water to the entire building. replace mixixng valaver and recinfigure pipng,vacuum .clean and | | | | | | | |
| **OMO** EF21650 AEP ROUND 5 | GC | 794.00 | 794.00 0.00 | 06/03/2015 06/08/2015 06/13/2015 | | 794.00 | 317.60 70.47 | 1182.07 | |
| **OMO Description:** | | apt#2: bathroom: 1) trace, locate and repair leak from above apartment (apt. #4) causing damage to ceiling 2) remove existing ceiling in apt #2 ba | | | | | | | |
| **OMO** EG00457 AEP ROUND 5 | DELEAD | 16.00 | 16.00 0.00 | 07/10/2015 07/13/2015 07/16/2015 | | 16.00 | 6.40 1.42 | 23.82 | |
| **OMO Description:** | | perform total lead analysis of 04 dust wipe sample(s) via environmental protection agency (epa) sw8463050b-7000b method utilizing flame atomic absorpt | | | | | | | |
| **OMO** EG07575 AEPUTIL | UTIL | 1.00 | 1.00 0.00 | 11/18/2015 01/06/2016 12/29/2015 | Utility Account Picked Up By ESB | 69.88 | 34.94 3.14 | 107.96 | |
| **OMO Description:** | | aep special. con ed provide electricity to building public areas and heating plant/hot water heater. | | | | | | | |
| **OMO** EG07575 AEPUTIL | UTIL | 1.00 | 1.00 0.00 | 11/18/2015 01/06/2016 01/15/2016 | Utility Account Picked Up By ESB | 249.75 | 124.88 11.24 | 385.87 | |
| **OMO Description:** | | aep special. con ed provide electricity to building public areas and heating plant/hot water heater. | | | | | | | |
| **OMO** EG07733 AEP ROUND 5 | GC | 1148.00 | 1148.00 0.00 | 11/20/2015 11/24/2015 | | 0.00 | 0.00 0.00 | 0.00 | |
| **OMO Description:** | | apt#2:kitchen: 1) remove old damaged kitchen base cabinet and discard. 2) supply and install kitchen wooden base cabinet with s.s sink with count | | | | | | | |

| Order | Type | Charge | Date | Status | Amount | Admin | Total | Paid |
|---|---|---|---|---|---|---|---|---|
| OMO EG10100 AEP ROUND 5 | HEAT | 400.00 | 400.00 01/05/2016 0.00 01/08/2016 01/11/2016 | OMO Completed | 400.04 | 200.00 35.50 | 635.50 | |
| **OMO Description:** | | make adjustments to mixing/tempering valve on #2 oil boiler to bring hot water tempreature from 108 f to the code reauired 120 f. for acccess call m | | | | | | |
| AOR EB28001 | PLUMB | | 0.00 04/11/2011 | OMO Completed | 89.94 | 22.49 7.98 | 120.41 | 05/20/11 |
| **OMO Description:** | | bleed all apt. radiators and restore heat to entire apt. also raise hot water temp.to required 120 degrees at the time of this invitation to bid, i | | | | | | |
| AOR EB31592 | HEAT | | 0.00 05/16/2011 | OMO Completed | 181.57 | 45.39 16.11 | 243.07 | 07/20/11 |
| **OMO Description:** | | adjust mixing valve-restore hot water to proper working order. hot water temp is now 60 degrees.restore hot water to 120 degrees. | | | | | | |
| AOR EC30404 | GC | | 0.00 05/29/2012 | OMO Completed | 80.11 | 32.04 7.11 | 119.26 | 07/20/12 |
| **OMO Description:** | | p/hall: 1&1/2 landing; reinstall w/guard and install stops, 2&1/2 landing; reinstall w/guard and install stops, 3&1/2 landing; reinstall w/guard an | | | | | | |
| AOR EE13265 | HEAT | | 0.00 01/07/2014 | No Access | 24.21 Y | 9.68 2.15 | 36.04 | 03/20/14 |
| **OMO Description:** | | make all necessary repairs adjustments in order to restore an adequate supply of heat to entire building | | | | | | |

**Totals for 1661 AMSTERDAM AVENUE Life Cycle: BLDG**
**Charge Amount: $214,198.57    Admin Fee: $75,448.32    Sales Tax: $13,149.34    Total: $302,796.23**

Total for all buildings on this report:

| Charge Amount | Admin Fee | Sales Tax | Total |
|---|---|---|---|
| $214,198.57 | $75,448.32 | $13,149.34 | $302,796.23 |

## AEP Fees

| Fee# | Fee Type | Issue Date | Fee Amount | TRX/DOF |
|---|---|---|---|---|
| 6333 | Initial Re-inspection Fee | 07/19/12 | 4000.00 | 08/10/12 |
| 6334 | AEP Complaint Inspection Fee | 07/19/12 | 200.00 | 08/10/12 |
| 6562 | AEP Complaint Inspection Fee | 08/28/12 | 200.00 | 09/20/12 |
| 6643 | AEP Complaint Inspection Fee | 09/18/12 | 200.00 | 09/20/12 |
| 6840 | AEP Complaint Inspection Fee | 10/19/12 | 200.00 | 11/20/12 |
| 7211 | AEP Complaint Inspection Fee | 12/04/12 | 200.00 | 12/20/12 |
| 7346 | AEP Complaint Inspection Fee | 12/12/12 | 200.00 | 12/20/12 |
| 7663 | AEP Complaint Inspection Fee | 01/10/13 | 200.00 | 01/18/13 |
| 7702 | Six Month Program Fee | 01/19/13 | 4000.00 | 02/20/13 |
| 7824 | AEP Complaint Inspection Fee | 01/29/13 | 200.00 | 02/20/13 |
| 8017 | AEP Complaint Inspection Fee | 02/19/13 | 200.00 | 03/20/13 |
| 8259 | AEP Complaint Inspection Fee | 03/13/13 | 200.00 | 03/20/13 |
| 8333 | AEP Complaint Inspection Fee | 03/21/13 | 200.00 | 04/19/13 |
| 8432 | AEP Complaint Inspection Fee | 03/28/13 | 200.00 | 04/19/13 |

| | | | | |
|---|---|---|---|---|
| 8487 | AEP Complaint Inspection Fee | 04/04/13 | 200.00 | 04/19/13 |
| 8559 | AEP Complaint Inspection Fee | 04/22/13 | 200.00 | 05/19/13 |
| 143890 | AEP Complaint Inspection Fee | 05/16/13 | 200.00 | 06/21/13 |
| 144321 | AEP Complaint Inspection Fee | 07/26/13 | 200.00 | 08/21/13 |
| 144634 | AEP Complaint Inspection Fee | 09/27/13 | 200.00 | 10/18/13 |
| 145275 | AEP Complaint Inspection Fee | 12/17/13 | 200.00 | 12/19/13 |
| 145399 | AEP Complaint Inspection Fee | 12/24/13 | 200.00 | 01/17/14 |
| 145476 | AEP Complaint Inspection Fee | 01/03/14 | 200.00 | 01/17/14 |
| 145715 | AEP Complaint Inspection Fee | 01/23/14 | 200.00 | 02/20/14 |
| 145730 | AEP Complaint Inspection Fee | 01/28/14 | 200.00 | 02/20/14 |
| 146213 | AEP Complaint Inspection Fee | 03/07/14 | 200.00 | 03/20/14 |
| 146435 | AEP Complaint Inspection Fee | 04/03/14 | 200.00 | 04/18/14 |
| 146453 | AEP Complaint Inspection Fee | 04/08/14 | 200.00 | 04/18/14 |
| 146495 | AEP Complaint Inspection Fee | 04/15/14 | 200.00 | 04/18/14 |
| 146580 | AEP Complaint Inspection Fee | 04/28/14 | 200.00 | 05/19/14 |
| 146639 | AEP Complaint Inspection Fee | 05/06/14 | 200.00 | 05/19/14 |
| 292692 | AEP Complaint Inspection Fee | 07/14/14 | 200.00 | 07/18/14 |
| 292723 | AEP Complaint Inspection Fee | 07/18/14 | 200.00 | 08/20/14 |
| 292800 | AEP Complaint Inspection Fee | 07/31/14 | 200.00 | 08/20/14 |
| 293012 | AEP Complaint Inspection Fee | 09/10/14 | 200.00 | 09/19/14 |
| 293242 | AEP Complaint Inspection Fee | 10/20/14 | 200.00 | 11/20/14 |
| 293529 | AEP Complaint Inspection Fee | 11/26/14 | 200.00 | 12/19/14 |
| 293562 | AEP Complaint Inspection Fee | 12/01/14 | 200.00 | 12/19/14 |
| 294527 | AEP Complaint Inspection Fee | 03/07/15 | 200.00 | 03/20/15 |
| 294718 | AEP Complaint Inspection Fee | 04/07/15 | 200.00 | 04/20/15 |
| 294740 | AEP Complaint Inspection Fee | 04/11/15 | 200.00 | 04/20/15 |
| 294758 | AEP Complaint Inspection Fee | 04/13/15 | 200.00 | 04/20/15 |
| 294824 | AEP Complaint Inspection Fee | 04/24/15 | 200.00 | 05/17/15 |
| 443140 | AEP Complaint Inspection Fee | 05/21/15 | 200.00 | 06/19/15 |
| 443457 | AEP Complaint Inspection Fee | 07/10/15 | 200.00 | 07/20/15 |
| 443683 | AEP Complaint Inspection Fee | 08/14/15 | 200.00 | 08/20/15 |
| 443749 | AEP Complaint Inspection Fee | 08/24/15 | 200.00 | 09/18/15 |
| 444007 | AEP Complaint Inspection Fee | 10/06/15 | 200.00 | 10/20/15 |
| 445134 | AEP Complaint Inspection Fee | 01/04/16 | 200.00 | 01/20/16 |

Building Charge Report

**Total for 1661 AMSTERDAM AVENUE $17,200.00**

AEP Fee Total for this report: $17,200.00

| **Repair, AEP Fees, Heat/Hot Water Inspection Fees, Inspection Fees Grand Totals** | | | |
|---|---|---|---|
| Invoiced Approved & Fee Amount | Admin Fee | Sales Tax | Total |
| $231,398.57 | $75,448.32 | $13,149.34 | $319,996.23 |

| **Charge Status** | | | |
|---|---|---|---|
| Invoiced - Not Yet Paid (see notes below) | Paid - Not Yet Transferred to DOF | Invoiced and Transferred | Grand Totals |
| $2,335.22 | $4,362.43 | $313,298.58 | $319,996.23 |

As a result of the crossovers between the two unique systems used by HPD for the purpose of tracking billable charges and work orders, the following items should be reviewed before proceeding. Please be aware that this report does NOT include any open charges incurred and processed prior to July 1, 1999.   See Notes 1 and 8 specifically.

**Note 1:** If the invoice date is prior to July of 1999 and is listed as having not yet been paid and/or transferred to DOF you must contact the ERP Accounting Unit (212)863-6020 option 2 to verify the current status of the charge.

**Note 2:** Demolition orders issued and awarded after January 1, 2000 are listed on HPDOnline. A hard copy report of older demolition jobs is available at Enforcement Services 4th Floor 100 Gold Street. In order to obtain a complete record of work in progress for demolition jobs prior to January 1, 2000, you must check the hard copy report, the mainframe system, and HPDOnline. You may obtain additional information about older demolition jobs by calling the ERP Accounting Unit (212)863-6020 option 2 and request a Building Balance Report.

**Note 3:** Where the OMO type is AOR, there are no award dates or award amounts. AOR's are for work performed by in house personnel and are therefore not awarded to an outside vendor. You should contact the ERP Accounting Unit (212)863-6020 option 2 for questions relating to AOR information.

**Note 4:** The Award Amount is the amount awarded to the vendor based on the initial scope of work for the OMO. During the normal and usual course of business, Change Orders that increase or decrease the amount of the initial award may be processed against that order. Therefore the award amount, and or any amount transferred, may not be the final amount for the work eventually posted to the Department of Finance. Questions regarding the remaining balances should be directed to the ERP Accounting Unit (212)863-6020 option 2. Award Amounts on the AOR Type jobs are blank.

**Note 5:** The Award Amount on Utility OMO's is $1.00 because billing to the building owner occurs after the Agency is billed by the Utility Company.  Due to the nature of Utility services, there can be multiple invoices for each OMO. As long as the account remains active, additional invoices will be processed against the same OMO between July of one year and June of the next calendar year. Each July (at the start of the City's Fiscal Year) a new Utility OMO will be issued.

**Note 6:** The Service Charge column indicates whether a service charge is owed the vendor.  A service charge is owed when a vendor makes an attempt to visit a property to address a condition pursuant to an awarded OMO and the OMO is subsequently cancelled (example, no access to make the repair). If the notation in this column is 'N' then no charge is due. If 'Y' and an amount are present, then this is the amount due not the award amount.  If 'Y' and an amount are not present then the service charge has not yet been determined.

**Note 7:** The Court/Agency authorized amount is for the 7A Financial Assistance (7AFA) repair charges. 7AFA funds and 7AFA charges are separate from Emergency Repair program funds and charges, although both 7AFA and ERP charges become tax liens. For more information about whether a 7AFA funded repair is ongoing or completed, or if partial liens have been filed, or will be filed, call the 7AFA Program at (212)863-7356. The Court/Agency authorized 7AFA amount may not be the final amount charged. This amount is subject to Change Orders that increase or decrease the amount of the initial award.

**Note 8:** You must continue to contact the ERP Accounting Unit to verify any balance that remains open prior to July 1, 1999. These amounts are NOT listed on this report. To request a building balance from our mainframe system call ERP Accounting Unit (212)863-6020 option 2. This information will be provided in a hard copy format on Agency letterhead and will NOT appear on this report.

**Note 9:** This report will not show changes to individual charges as a result of protests or payments. The Department of Finance system should be checked for the current status of any charge listed on this report once that charge has been transferred to DOF.

**Note 10:** If this building is in the Alternative Enforcement Program (AEP) then fees may have been assessed as a result. These fees become a tax lien against the property if not paid. If you have any questions about any AEP charges and fees, please call Alternative Enforcement Program (212)863-8262.

**Note 11:** For a third or any subsequent inspection which results in a heat violation within the same heat season (October Through May) or for a third or any subsequent inspection which results in a hot water violation within a calendar Year, HPD will charge a fee of $200 for the inspection as authorized by Section 27-2115 (as amended by Local Law 16 of 2011).

**Note 12:** Local Law 65 of 2014 added section 27-2115(f)(8) to the New York City Administrative Code to authorize HPD to impose a fee for the third and each subsequent complaint-based housing inspection it performs in a particular dwelling unit where HPD has already inspected the unit twice in the same twelve-month period, has issued hazardous (class B) or immediately hazardous (class C) violations, and the owner has failed to repair and timely certify that those violations have been corrected. The fee, if not paid, becomes a tax lien against the property.

**Note 13:** Copies of documents may be obtained pursuant to the Freedom of Information Law (FOIL) by writing to: FOIL Officer, HPD, 100 Gold Street, New York , New York 10038 A FOIL request may also be submitted via the HPD website. Sign into www.nyc.gov/hpd and go to the Frequently Asked Questions page.

**Note 14:** If a property is going to be sold or transferred, it is the responsibility of the parties involved to make sure that all utility bills for service provided by HPD are paid and that service provided by HPD is terminated. Utility Providers can take three or more months to invoice HPD; therefore all invoices may not be posted on HPDOnline at the time of transfer.  To terminate service provided by HPD, please contact the Utility Unit at (212)863-5100 for account termination and final invoice estimates.

**Note 15:** Change orders indicate modifications made to the original scope of work and may result in either an increase or decrease to the award amount.  'Total Amount'  will denote the new estimated cost for the OMO. The 'Award Amount' will always be the amount the OMO was awarded for and 'Chg Orders' will indicate the increase or decrease to the award amount. This information will be available only in OMOs awarded on or after August 1, 2011.

**END OF REPORT**

Print Page