# Exhibit 11

1/27/2016    15-12178-pb    Doc 20-11    Filed 02/10/16    Entered 02/10/16 16:12:44    Exhibit 11 - HPD Complaint History - Amsterdam Ave.    Pg 2 of 4

1/27/2016
092815

HPD Building, Registration & Violation    Services --- Select ---    Home

**The selected address: 1661 AMSTERDAM AVENUE, Manhattan 10031**
**This building is currently in the Alternative Enforcement Program (AEP).**

**This building has filed records with the New York State Division of Housing and Community Renewal at least one time from 1993 to the present year and may contain one or more regulated apartments.**

| HPD# | Range | Block | Lot | CD | CensusTract | Stories | A Units | B Units | Ownership | Registration# | Class |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5617 Active | 1661-1669 | 02058 | 0029 | 9 | 22700 | 5 | 8 | 0 | PVT | 117766 | A |

Other Units

Property Owner Registration Information

Charges

Complaint Status

Complaint History

Submit Certificate of Installation

Litigation/Case Status

Tenant Harassment Report

All Open Violations

prior year Open Viol.'s

Ecertification

Overdue Lead Paint Viol. Correction

I-Card Images

PROS Online

Map

## Complaint History

### Historial de Quejas

Complaints received by the Department of Housing Preservation and Development within the last year are listed below. Note: One complaint # may have multiple complaint conditions associated with it.

If you require information regarding a complaint older than 1 year, you may contact HPD at any of the Borough Office locations to request a copy. There may be a fee for any requested copies.

TENANTS: If your landlord does not correct the condition(s), you have the right to initiate a tenant action against him/her in Housing Court. The Court has the authority to order the landlord to correct the condition(s) and can assess penalties for failure to comply. There is a $45 fee to file, which the Court may waive if you are unable to pay. For further information on the court process, you can call the Citywide Task Force on Housing Court at 212-962-4795, weekdays between 2 PM and 5PM.

LANDLORDS: Take immediate action to correct the conditions cited below. Failure to comply may result in the issuance of a violation and/or Housing Court action.

Find Apartment#    [  ]    Clear    Search

| Complaint Date | Complaint# | Apt# | Complaint Condition | Condtion Detail | Location |
|---|---|---|---|---|---|
| 01/20/2016 | 7822180 | 2 | WATER-SUPPLY | NO WATER | ENTIRE APT |
| 01/20/2016 | 7822163 | 2 | ENTIREBUILDING | NO HEAT/HOT WTR | BUILDING-WIDE |
| 01/20/2016 | 7822132 | 2 | ENTIREBUILDING | NO HOT WATER | BUILDING-WIDE |
| 01/08/2016 | 7793315 | BSMT | HEAVYFLOW | AT WALL/CEIL | BASEMENT |
| 01/05/2016 | 7782759 | 2 | APARTMENTONLY | NO HEAT/HOT WTR | ENTIRE APT |
| 01/04/2016 | 7780325 | 2 | APARTMENTONLY | NO HOT WATER | ENTIRE APT |
| 01/04/2016 | 7776757 | 2 | APARTMENTONLY | NO HEAT | ENTIRE APT |
| 01/02/2016 | 7773522 | 2 | ENTIREBUILDING | NO HEAT | BUILDING-WIDE |
| 01/02/2016 | 7773503 | 2 | ENTIREBUILDING | NO HEAT | BUILDING-WIDE |
| 12/29/2015 | 7767882 | 2 | APARTMENTONLY | NO HEAT | ENTIRE APT |
| 12/29/2015 | 7767441 | 2 | WALLS | PAINT DIRTY | BATHROOM |
| 12/29/2015 | 7767441 | 2 | CABINETS | DEFECTIVE | KITCHEN |
| 12/29/2015 | 7767441 | 2 | APARTMENTONLY | NO HEAT | ENTIRE APT |
| 12/19/2015 | 7756219 | 2 | APARTMENTONLY | NO HEAT | ENTIRE APT |
| 12/18/2015 | 7753138 | 8 | DAMPSPOT | FROM WALL/CEIL | ENTIRE APT |
| 12/18/2015 | 7753138 | 8 | SLOWLEAK | AT WALL/CEIL | ENTIRE APT |
| 12/08/2015 | 7742568 | 6 | APARTMENTONLY | NO HEAT/HOT WTR | ENTIRE APT |
| 12/08/2015 | 7741716 | 2 | ENTIREBUILDING | NO HEAT | BUILDING-WIDE |

| Date | Complaint # | Code | Type | Condition | Location |
|---|---|---|---|---|---|
| 11/23/2015 | 7618508 | | ENTIREBUILDING | NO HEAT/HOT WTR | BUILDING-WIDE |
| 10/02/2015 | 7584801 | 2 | NOLIGHTING | ONE ROOM/AREA | STAIRS |
| 10/02/2015 | 7584801 | 2 | NOLIGHTING | ONE ROOM/AREA | PUBLIC HALL |
| 10/02/2015 | 7584766 | 2 | BASIN/SINK | DETACHED | KITCHEN |
| 10/02/2015 | 7584766 | 2 | WALLS | TILE BRKN/MISS | BATHROOM |
| 10/02/2015 | 7584766 | 2 | PESTS | ROACHES | ENTIRE APT |
| 10/02/2015 | 7584766 | 2 | MOLD | N/A | BATHROOM |
| 08/18/2015 | 7538600 | 2 | POWEROUTAGE | HALLS/STAIRS | BUILDING-WIDE |
| 08/17/2015 | 7537493 | 8 | NOLIGHTING | ONE ROOM/AREA | STAIRS |
| 08/17/2015 | 7537493 | 8 | BLL/BZZR/INTRCM | BRKN OR MISSING | BLDG ENTRANCE |
| 08/17/2015 | 7537493 | 8 | NOLIGHTING | ONE ROOM/AREA | PUBLIC HALL |
| 08/16/2015 | 7536592 | 4 | NOLIGHTING | ONE ROOM/AREA | PUBLIC HALL |
| 07/29/2015 | 7523009 | 2 | DOOR | LOCK BRKN/MISS | LOBBY |
| 07/29/2015 | 7523009 | 2 | BLL/BZZR/INTRCM | BRKN OR MISSING | BLDG ENTRANCE |
| 07/07/2015 | 7504434 | 4 | CEILING | COLLAPSING | BATHROOM |
| 07/01/2015 | 7500830 | 8 | HEAVYFLOW | AT WALL/CEIL | PRIVATE HALL |
| 07/01/2015 | 7500830 | 8 | HEAVYFLOW | AT WALL/CEIL | ENTRANCE |
| 07/01/2015 | 7500830 | 8 | HEAVYFLOW | AT WALL/CEIL | BEDROOM |
| 05/20/2015 | 7469014 | 2 | APARTMENTONLY | NO HOT WATER | ENTIRE APT |
| 05/20/2015 | 7468893 | 4 | ENTIREBUILDING | NO HOT WATER | BUILDING-WIDE |
| 05/20/2015 | 7468869 | 6 | WATER-SUPPLY | NO-HOT- WATER | ENTIRE APT |
| 05/20/2015 | 7468869 | 6 | WATER-SUPPLY | NO-HOT- WATER | BUILDING-WIDE |
| 05/20/2015 | 7468752 | 6 | APARTMENTONLY | NO HOT WATER | ENTIRE APT |
| 05/19/2015 | 7467704 | 2 | APARTMENTONLY | NO HOT WATER | ENTIRE APT |
| 05/19/2015 | 7467704 | 2 | CEILING | CRACKED | BATHROOM |
| 04/24/2015 | 7445787 | 4 | WATER-SUPPLY | COLD-WATER | BATHROOM |
| 04/24/2015 | 7445787 | 4 | CEILING | CRACKED | BATHROOM |
| 04/24/2015 | 7445787 | 4 | HEAVYFLOW | AT WALL/CEIL | BATHROOM |
| 04/24/2015 | 7445787 | 4 | CABINETS | DEFECTIVE | BATHROOM |
| 04/24/2015 | 7445787 | 4 | TOILET | TANK-CRACKED | BATHROOM |
| 04/24/2015 | 7445787 | 4 | WATER-SUPPLY | COLD-WATER | KITCHEN |
| 04/22/2015 | 7442842 | 6 | APARTMENTONLY | NO HOT WATER | ENTIRE APT |
| 04/13/2015 | 7431986 | 2 | POWEROUTAGE | MULTI RMS/AREAS | ENTIRE APT |
| 04/13/2015 | 7431986 | 2 | CEILING | CRACKED | BATHROOM |
| 04/13/2015 | 7431986 | 2 | APARTMENTONLY | NO HOT WATER | ENTIRE APT |
| 04/10/2015 | 7430309 | 2 | POWEROUTAGE | ENTIRE APT | ENTIRE APT |
| 04/10/2015 | 7430309 | 2 | APARTMENTONLY | NO HEAT/HOT WTR | ENTIRE APT |
| 04/10/2015 | 7430309 | 2 | CEILING | CRACKED | ENTIRE APT |
| 04/10/2015 | 7430305 | 2 | POWEROUTAGE | ENTIRE BUILDING | BUILDING-WIDE |
| 04/10/2015 | 7430305 | 2 | ENTIREBUILDING | NO HEAT/HOT WTR | BUILDING-WIDE |
| 04/10/2015 | 7430019 | 2 | ENTIREBUILDING | NO HEAT/HOT WTR | BUILDING-WIDE |
| 04/10/2015 | 7430012 | 2 | POWEROUTAGE | ENTIRE APT | ENTIRE APT |
| 04/10/2015 | 7429788 | 2 | APARTMENTONLY | NO HEAT/HOT WTR | ENTIRE APT |
| 04/09/2015 | 7428227 | 2 | POWEROUTAGE | ENTIRE APT | ENTIRE APT |
| 04/09/2015 | 7428210 | 4 | SLOWLEAK | AT WALL/CEIL | BATHROOM |
| 04/09/2015 | 7428210 | 4 | CEILING | CRACKED | BATHROOM |
| 04/09/2015 | 7428142 | 2 | POWEROUTAGE | ENTIRE APT | ENTIRE APT |
| 04/09/2015 | 7428142 | 2 | ELEC/GAS-RANGE | NO GAS/ELECTRIC | KITCHEN |
| 04/09/2015 | 7428142 | 2 | BLL/BZZR/INTRCM | BRKN OR MISSING | ENTRANCE |
| 04/09/2015 | 7428142 | 2 | HEAVYFLOW | AT WALL/CEIL | BATHROOM |
| 04/09/2015 | 7428142 | 2 | CEILING | CRACKED | BATHROOM |
| 04/08/2015 | 7426958 | 4 | WATER-SUPPLY | SCALDING | COMMUNITY KITCH |
| 04/08/2015 | 7426958 | 4 | DOOR | LOCK BRKN/MISS | PUBLIC HALL |
| 04/08/2015 | 7426958 | 4 | WATER-SUPPLY | SCALDING | COMMUNITY BTHRM |
| 04/06/2015 | 7424815 | 2 | APARTMENTONLY | NO HOT WATER | ENTIRE APT |
| 04/05/2015 | 7423343 | 2 | APARTMENTONLY | NO HOT WATER | ENTIRE APT |
| 03/31/2015 | 7418929 | 2 | BATHTUB | LEAKING | BATHROOM |
| 03/31/2015 | 7418929 | 2 | FLOOR | SAGGING/SLOPING | BATHROOM |
| 03/28/2015 | 7414900 | 4 | WATER-SUPPLY | COLD-WATER | BATHROOM |
| 03/28/2015 | 7414900 | 4 | WATER-SUPPLY | COLD-WATER | KITCHEN |
| 03/28/2015 | 7414900 | 4 | WATER-SUPPLY | SCALDING | KITCHEN |
| 03/28/2015 | 7414900 | 4 | WATER-SUPPLY | SCALDING | BATHROOM |

| Date | Complaint # | | Category | Problem | Location |
|---|---|---|---|---|---|
| 03/27/2015 | 7414477 | 8 | WATER-SUPPLY | SCALDING | BATHROOM |
| 03/27/2015 | 7414477 | 8 | WATER-SUPPLY | SCALDING | KITCHEN |
| 03/18/2015 | 7399335 | 2 | ENTIREBUILDING | NO HEAT | BUILDING-WIDE |
| 03/06/2015 | 7384425 | 2 | POWEROUTAGE | HALLS/STAIRS | BUILDING-WIDE |
| 03/06/2015 | 7384425 | 2 | ENTIREBUILDING | NO HEAT/HOT WTR | BUILDING-WIDE |
| 03/05/2015 | 7382974 | 2 | POWEROUTAGE | HALLS/STAIRS | BUILDING-WIDE |
| 03/05/2015 | 7382974 | 2 | ENTIREBUILDING | NO HEAT/HOT WTR | BUILDING-WIDE |
| 03/05/2015 | 7381517 | 2 | ENTIREBUILDING | NO HEAT/HOT WTR | BUILDING-WIDE |
| 03/05/2015 | 7381236 | 2 | POWEROUTAGE | HALLS/STAIRS | BUILDING-WIDE |
| 03/05/2015 | 7381236 | 2 | ENTIREBUILDING | NO HEAT/HOT WTR | BUILDING-WIDE |
| 03/04/2015 | 7380229 | 2 | ENTIREBUILDING | NO HEAT/HOT WTR | BUILDING-WIDE |
| 03/04/2015 | 7380229 | 2 | POWEROUTAGE | HALLS/STAIRS | BUILDING-WIDE |
| 03/04/2015 | 7380207 | 6 | NOLIGHTING | ONE ROOM/AREA | STAIRS |
| 03/04/2015 | 7380207 | 6 | NOLIGHTING | ONE ROOM/AREA | PUBLIC HALL |
| 03/04/2015 | 7380207 | 6 | NOLIGHTING | ONE ROOM/AREA | BLDG ENTRANCE |
| 03/04/2015 | 7380183 | 6 | ENTIREBUILDING | NO HEAT/HOT WTR | BUILDING-WIDE |
| 03/04/2015 | 7380178 | 4 | ENTIREBUILDING | NO HEAT/HOT WTR | BUILDING-WIDE |
| 03/04/2015 | 7380153 | 4 | DOOR | LOCK BRKN/MISS | LOBBY |
| 03/04/2015 | 7380153 | 4 | NOLIGHTING | ONE ROOM/AREA | PUBLIC HALL |
| 03/04/2015 | 7380153 | 4 | DOOR FRAME | FRAME BROKEN | BLDG ENTRANCE |
| 02/20/2015 | 7328988 | 5 | DOOR | BRKN / MISSING | LIVING ROOM |

