UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In re

477 WEST 142ND STREET HOUSING
DEVELOPMENT FUND CORPORATION,

Debtor.

_____

Case No. 15-12178 (SHL)

Chapter 11

## [PROPOSED] ORDER APPOINTING SECTION 1104 TRUSTEE

UPON the filing of the Motion to Appoint Section 1104 Trustee (the "Motion") filed by

Harris Beach PLLC, on behalf of 477 W. 142nd Funding LLC, and the matter having duly come on to

be heard before this Court on March 3, 2016 with Harris Beach PLLC, attorneys for 477 W. 142nd

Funding LLC appearing in support of the Motion; and Geovanny Fernandez, Esq. and Nigel

Blackman, Esq., appearing on behalf of Queen Mother Dr. Delois Blakely, and Daniel Lavotshkin,

Esq., appearing on behalf of Bishop Shirley Ann Pitts, both of whom purported to appear on behalf

of the Debtor, 477 West 142nd Street Housing Development Fund Corporation; and the United States

Trustee's Office appearing, and after due deliberation having been had, it is hereby

**ORDERED**, that the Motion is GRANTED in its entirety; and it is further,

**ORDERED**, the United States Trustee is hereby directed to appoint a Trustee pursuant to

Section 1104(a) of the Bankruptcy Code.

Dated: New York, New York
       March ____, 2016

_____
Honorable Sean H. Lane
UNITED STATES BANKRUPTCY JUDGE