UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

In re:                                              Chapter 11

477 WEST 142ND STREET HOUSING                       Case No.: 15-12178 (SHL)
DEV. FUND CORP.,

                    Debtor.
-------------------------------------------------------------------X

OPERATING STATEMENT FOR THE PERIOD
ENDING JUNE 30, 2016

TRUSTEE:   GREGORY MESSER, ESQ.


TRUSTEE'S ATTORNEYS: LAMONICA HERBST & MANISCALCO, LLP
                     3305 JERUSALEM AVENUE, SUITE 201
                     WANTAGH, NEW YORK 11793


                     RECEIPTS FOR THE PERIOD:        $  1,200.00
                     DISBURSEMENTS FOR THE PERIOD:   $ 13,065.89


REPORT PREPARER:      R.A. COHEN & ASSOCIATES, INC.


THIS OPERATING STATEMENT MUST BE SIGNED BY A REPRESENTATIVE OF THE DEBTOR

     The undersigned, having reviewed the attached report and being familiar with the Debtor's
financial affairs, verifies under the penalty of perjury, that the information contained therein is
complete, accurate and truthful to the best of my knowledge.

DATE: 7/11/16

                              GREGORY MESSER, ESQ.
                              as Chapter 11 Trustee of the Estate
                              477 West 142nd Street Housing Dev. Fund Corp.

# Gregory Messer, Trustee
# 477 West 142 Street
### Financial Statement
### For the Period Ending
### June 30, 2016

**Distribution:**

| | |
|---|---|
| Gregory Messer, Esq. | Trustee |
| Gary Herbst,Esq. | Trustee |
| Adam Wofse, Esq. | Attorney |
| Management | R.A. Cohen & Associates, Inc. |

R·A·COHEN

R.A. Cohen & Associates, Inc.
250 Park Avenue
Suite 1901
New York, New York  10177
212.972.5900
www.racohen.com

**Gregory Messer, Trustee For**
**477 West 142 Street**
**Table of Contents**
**As of June 30, 2016**

| Tab | Description |
|-----|-------------|
| 1 | Trial Balance |
| 2 | Statement of Receipts & Disbursements |
| 3 | General Ledger |
| 4 | Statement of Journal Entries |
| 5 | Form 2 - Cash Recipts & Disbursement Record for June 2016 |
| 6 | Bank Reconciliation - Apple Bank - As of June 30, 2016 |
| 7 | Bank Statement - Apple Bank - As of June 30, 2016 |
| 8 | Copies of June 2016 Paid Bills |

R·A·COHEN

*Committed to Excellence*

Gregory Messer, Trustee for 477 W. 142 Street (005)

**Trial Balance**

Page 1

June 2016
Books = Cash

| Account | Description | Balance Forward | Debit | Credit | Ending Balance |
|---------|-------------|----------------:|------:|-------:|---------------:|
| 1135-0012 | OWNER CASH ACCOUNT | 2,000.00 | | | 2,000.00 |
| 1135-0014 | TRUSTEE OPERATING ACCT | 48,804.56 | | 10,365.89 | 38,438.67 |
| 1210-0000 | TRANSFERS & EXCHANGES | -53,432.87 | | | -53,432.87 |
| 3080-0000 | RETAINED EARNINGS (CURRENT E | -192.55 | | | -192.55 |
| 4003-0000 | RESIDENTIAL RENT | -5,000.00 | | | -5,000.00 |
| 4016-0000 | RENT/COMMON CHARGES | -5,100.00 | | 2,700.00 | -7,800.00 |
| 5510-0000 | MANAGEMENT FEE | 2,100.00 | 6,000.00 | | 8,100.00 |
| 5560-0000 | LEGAL FEES | 6,933.00 | | | 6,933.00 |
| 6037-0000 | CLEANING SERVICES | 2,100.00 | | | 2,100.00 |
| 6060-0000 | EXTERMINATING | 0.00 | 76.21 | | 76.21 |
| 6070-0000 | FIRE ESCAPES | 0.00 | 4,800.00 | | 4,800.00 |
| 6100-0000 | LOCKSMITH | 675.03 | | | 675.03 |
| 6115-0000 | PLUMBING | 300.00 | | | 300.00 |
| 6140-0000 | SUPERINTENDENT SERVICES | 0.00 | 900.00 | | 900.00 |
| 6145-0000 | SUPPLIES | 183.72 | | | 183.72 |
| 6410-0000 | PROPERTY INSURANCE | 629.11 | 1,289.68 | | 1,918.79 |
| | | 0.00 | 13,065.89 | 13,065.89 | 0.00 |

Saturday, July 2, 2016

# R·A·COHEN

## GREGORY MESSER, TRUSTEE FOR 477 W. 142 STREET
### STATEMENT OF RECEIPTS AND DISBURSEMENTS
### FOR PERIOD ENDED 6/30/16

—PREPARED FOR —
GREGORY MESSER,
TRUSTEE FOR 477 W. 142

Schedule B-1

|  | CURRENT MONTH | YEAR TO DATE |
|---|---|---|
| **RENTAL INCOME** | | |
| RESIDENTIAL RENT | 0.00 | 5,000.00 |
| RENT/COMMON CHARGES | 2,700.00 | 7,800.00 |
| TOTAL RENTAL INCOME | 2,700.00 | 12,800.00 |
| MANAGEMENT AND OTHER FEES | | |
| REIMBURSED EXPENSE INCOME | | |
| OTHER INCOME | | |
| TOTAL REVENUE | 2,700.00 | 12,800.00 |
| **OPERATING EXPENSES** | | |
| PROPERTY & OTHER TAXES | | |
| UTILITIES | | |
| PROFESSIONAL FEES | | |
| MANAGEMENT FEE | 6,000.00 | 8,100.00 |
| LEGAL FEES | 0.00 | 6,933.00 |
| TOTAL PROFESSIONAL FEES | 6,000.00 | 15,033.00 |
| LEASING EXPENSES | | |
| REPAIRS & MAINTENANCE | | |
| CLEANING SERVICES | 0.00 | 2,100.00 |
| EXTERMINATING | 76.21 | 76.21 |
| FIRE ESCAPES | 4,800.00 | 4,800.00 |
| LOCKSMITH | 0.00 | 675.03 |
| PLUMBING | 0.00 | 300.00 |
| SUPERINTENDENT SERVICES | 900.00 | 900.00 |
| SUPPLIES | 0.00 | 183.72 |
| TOTAL REPAIRS & MAINTENANCE | 5,776.21 | 9,034.96 |



R·A·COHEN

**GREGORY MESSER, TRUSTEE FOR 477 W. 142 STREET**
STATEMENT OF RECEIPTS AND DISBURSEMENTS
FOR PERIOD ENDED 6/30/16

— PREPARED FOR —
GREGORY MESSER,
TRUSTEE FOR 477 W. 142

Schedule B-2

|  | CURRENT MONTH | YEAR TO DATE |
|---|---|---|
| ADMINISTRATIVE EXPENSES |  |  |
| INSURANCE |  |  |
| PROPERTY INSURANCE | 1,289.68 | 1,918.79 |
| TOTAL INSURANCE | 1,289.68 | 1,918.79 |
| OTHER OPERATING EXPENSES |  |  |
| TOTAL OPERATING EXPENSES | -13,065.89 | 25,986.75 |
| NET OPERATING INCOME | -10,365.89 | -13,186.76 |
| DEBT SERVICE |  |  |
| NOI AFTER DEBT SERVICE | -10,365.89 | -13,186.75 |
| DEPRECIATION & AMORTIZATION EXP. |  |  |
| NOI AFTER OTHER NON-OPERATING EXP. | -10,365.89 | -13,186.75 |
| CAPITAL IMPROVEMENTS |  |  |
| NET INCOME/(LOSS) | -10,365.89 | -13,186.75 |

Gregory Messer, Trustee for 477 W. 142 Street (005)

# General Ledger

Page 1

June 2016
Books = Cash

| Property | Post Month | Tran Date | Ctrl | Refer | Payee/Description | Debit | Credit | Balance | Notes/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| **OWNER CASH ACCOUNT** | | | 1135--0012 | | | | | | |
| 005 | | | | | | | | 2,000.00 | == Beginning Balance == |
| 005 | 06/16 | 06/09/16 | R-2964 | 25 151 | Pitts (10006641) | 500.00 | | 2,500.00 | |
| 005 | 06/16 | 06/09/16 | R-2964 | 26 152 | Pitts (10006635) | 500.00 | | 3,000.00 | |
| 005 | 06/16 | 06/09/16 | R-2964 | 27 153 | Pitts (10006639) | 1,200.00 | | 4,200.00 | |
| 005 | 06/16 | 06/09/16 | R-2964 | 23 2675 | Callendar (10006637) | 500.00 | | 4,700.00 | |
| 005 | 06/16 | 06/14/16 | J-14693 | | rcls-6/16 rents | | 2,700.00 | 2,000.00 | rcls-6/16 rents |
| | | | | | NetChange=0.00 | | | 2,000.00 | == Ending Balance == |
| **TRUSTEE OPERATING ACCT** | | | 1135--0014 | | | | | | |
| 005 | | | | | | | | 48,804.56 | == Beginning Balance == |
| 005 | 06/16 | 06/06/16 | J-14694 | | ck#104-R.A. Cohen & | | 5,160.57 | 43,643.99 | mgmt fees + ins |
| 005 | 06/16 | 06/13/16 | J-14695 | | ck#105-IPFS-acct | | 629.11 | 43,014.88 | ins installment #4 due 5/15/16 |
| 005 | 06/16 | 06/14/16 | J-14693 | | rcls-6/16 rents | 2,700.00 | | 45,714.88 | rcls-6/16 rents |
| 005 | 06/16 | 06/23/16 | J-14696 | | ck#106-ken pipersburg- | | 900.00 | 44,814.88 | super services 4/16-6/16 |
| 005 | 06/16 | 06/28/16 | J-14697 | | ck#107-R.A. Cohen & | | 1,500.00 | 43,314.88 | 7/16 |
| 005 | 06/16 | 06/28/16 | J-14698 | | ck#108-target | | 76.21 | 43,238.67 | 5/16 |
| 005 | 06/16 | 06/30/16 | J-14699 | | ck#109-funicl enterprises | | 4,800.00 | 38,438.67 | repair fire escapes |
| | | | | | NetChange=-10,365.89 | | | 38,438.67 | == Ending Balance == |
| **TRANSFERS & EXCHANGES** | | | 1210--0000 | | | | | | |
| 005 | | | | | | | | -53,432.87 | == Beginning Balance == |
| | | | | | NetChange=0.00 | | | -53,432.87 | == Ending Balance == |
| **RETAINED EARNINGS (CURRENT EARNINGS)** | | | 0000--0000 | | | | | | |
| 005 | | | | | | | | -192.55 | == Beginning Balance == |
| | | | | | NetChange=0.00 | | | -192.55 | == Ending Balance == |
| **RESIDENTIAL RENT** | | | 4003--0000 | | | | | | |
| 005 | | | | | | | | -5,000.00 | == Beginning Balance == |
| | | | | | NetChange=0.00 | | | -5,000.00 | == Ending Balance == |
| **RENT/COMMON CHARGES** | | | 4016--0000 | | | | | | |
| 005 | | | | | | | | -5,100.00 | == Beginning Balance == |
| 005 | 06/16 | 06/09/16 | R-2964 | 25 151 | Pitts (10006641) | | 500.00 | -5,600.00 | |
| 005 | 06/16 | 06/09/16 | R-2964 | 26 152 | Pitts (10006635) | | 500.00 | -6,100.00 | |
| 005 | 06/16 | 06/09/16 | R-2964 | 27 153 | Pitts (10006639) | | 1,200.00 | -7,300.00 | |
| 005 | 06/16 | 06/09/16 | R-2964 | 23 2675 | Callender (10006637) | | 500.00 | -7,800.00 | |
| | | | | | NetChange=-2,700.00 | | | -7,800.00 | == Ending Balance == |
| **MANAGEMENT FEE** | | | 5510--0000 | | | | | | |
| 005 | | | | | | | | 2,100.00 | == Beginning Balance == |
| 005 | 06/16 | 06/06/16 | J-14694 | | ck#104-R.A. Cohen & | 4,500.00 | | 6,600.00 | 4/16-6/16 mgmt fee |
| 005 | 06/16 | 06/28/16 | J-14697 | | ck#107-R.A. Cohen & | 1,500.00 | | 8,100.00 | 7/16 |
| | | | | | NetChange=6,000.00 | | | 8,100.00 | == Ending Balance == |

Saturday, July 2, 2016

Gregory Messer, Trustee for 477 W. 142 Street (005)

# General Ledger

Page 2

June 2016
Books = Cash

| Property | Post Month | Tran Date | Ctrl | Refer | Payee/Description | Debit | Credit | Balance | Notes/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| **LEGAL FEES** | | | | 5560--0000 | | | | | |
| 005 | | | | | | | | 6,933.00 | == Beginning Balance == |
| | | | | | NetChange=0.00 | | | 6,933.00 | == Ending Balance == |
| **CLEANING SERVICES** | | | | 6037--0000 | | | | | |
| 005 | | | | | | | | 2,100.00 | == Beginning Balance == |
| | | | | | NetChange=0.00 | | | 2,100.00 | == Ending Balance == |
| **EXTERMINATING** | | | | 6060--0000 | | | | | |
| 005 | | | | | | | | 0.00 | == Beginning Balance == |
| 005 | 06/16 | 06/28/16 | J-14698 | | ck#108-target | 76.21 | | 76.21 | 5/16 |
| | | | | | NetChange=76.21 | | | 76.21 | == Ending Balance == |
| **FIRE ESCAPES** | | | | 6070--0000 | | | | | |
| 005 | | | | | | | | 0.00 | == Beginning Balance == |
| 005 | 06/16 | 06/30/16 | J-14699 | | ck#109-funici enterprises | 4,800.00 | | 4,800.00 | repair fire escapes |
| | | | | | NetChange=4,800.00 | | | 4,800.00 | == Ending Balance == |
| **LOCKSMITH** | | | | 6100--0000 | | | | | |
| 005 | | | | | | | | 675.03 | == Beginning Balance == |
| | | | | | NetChange=0.00 | | | 675.03 | == Ending Balance == |
| **PLUMBING** | | | | 6115--0000 | | | | | |
| 005 | | | | | | | | 300.00 | == Beginning Balance == |
| | | | | | NetChange=0.00 | | | 300.00 | == Ending Balance == |
| **SUPERINTENDENT SERVICES** | | | | 6140--0000 | | | | | |
| 005 | | | | | | | | 0.00 | == Beginning Balance == |
| 005 | 06/16 | 06/23/16 | J-14696 | | ck#106-ken plpersburg- | 900.00 | | 900.00 | 4/16-6/16 |
| | | | | | NetChange=900.00 | | | 900.00 | == Ending Balance == |
| **SUPPLIES** | | | | 6145--0000 | | | | | |
| 005 | | | | | | | | 183.72 | == Beginning Balance == |
| | | | | | NetChange=0.00 | | | 183.72 | == Ending Balance == |
| **PROPERTY INSURANCE** | | | | 6410--0000 | | | | | |
| 005 | | | | | | | | 629.11 | == Beginning Balance == |
| 005 | 06/16 | 06/06/16 | J-14694 | | ck#104-R.A. Cohen & | 660.57 | | 1,289.68 | pymt #3-due 4/15/16 |
| 005 | 06/16 | 06/13/16 | J-14695 | | ck#105-IPFS-acct | 629.11 | | 1,918.79 | Ins installment #4 due 5/15/16 |
| | | | | | NetChange=1,289.68 | | | 1,918.79 | == Ending Balance == |
| | | | | | | 18,465.89 | 18,465.89 | | |

Saturday, July 2, 2016

# R·A·COHEN

## GREGORY MESSER, TRUSTEE FOR 477 W. 142 STREET
## STATEMENT OF JOURNAL ENTRIES
## FOR PERIOD ENDED 6/30/16

—PREPARED FOR —
477 West 142nd Street

Schedule D-1

| DATE | DESCRIPTION | G/L | ACCOUNT CLASS | J/E NO. | AMOUNT | REMARKS |
|---|---|---|---|---|---|---|
| 6/14/2016 | rds-6/16 rents | 1135-0012 | OWNER CASH ACCOUNT | J-14693 | -2,700.00 | rds-6/16 rents |
| 6/14/2016 | rds-6/16 rents | 1135-0014 | TRUSTEE OPERATING ACCT | J-14693 | 2,700.00 | rds-6/16 rents |
| | | | | | 0.00 | |
| 6/6/2016 | ck#104-R.A. Cohen & Associates, inc. | 5510-0000 | MANAGEMENT FEE | J-14694 | 4,500.00 | 4/16-6/16 mgmt fee |
| 6/6/2016 | ck#104-R.A. Cohen & Associates, inc. | 6410-0000 | PROPERTY INSURANCE | J-14694 | 660.57 | pymt #3-due 4/15/16 |
| 6/6/2016 | ck#104-R.A. Cohen & Associates, inc. | 1135-0014 | TRUSTEE OPERATING ACCT | J-14694 | -5,160.57 | mgmt fees + ins |
| | | | | | 0.00 | |
| 6/13/2016 | ck#105-IPFS-acct #101684 | 6410-0000 | PROPERTY INSURANCE | J-14695 | 629.11 | ins installment #4 due 5/15/16 |
| 6/13/2016 | ck#105-IPFS-acct #101684 | 1135-0014 | TRUSTEE OPERATING ACCT | J-14695 | -629.11 | ins installment #4 due 5/15/16 |
| | | | | | 0.00 | |
| 6/23/2016 | ck#106-ken pipersburg- super | 6140-0000 | SUPERINTENDENT SERVICES | J-14696 | 900.00 | 4/16-6/16 |
| 6/23/2016 | ck#106-ken pipersburg- super | 1135-0014 | TRUSTEE OPERATING ACCT | J-14696 | -900.00 | super services 4/16-6/16 |
| | | | | | 0.00 | |
| 6/28/2016 | ck#107-R.A. Cohen & Associates, inc. | 5510-0000 | MANAGEMENT FEE | J-14697 | 1,500.00 | 7/16 |
| 6/28/2016 | ck#107-R.A. Cohen & Associates, inc. | 1135-0014 | TRUSTEE OPERATING ACCT | J-14697 | -1,500.00 | 7/16 |
| | | | | | 0.00 | |
| 6/28/2016 | ck#108-target exterminating-monthly | 6060-0000 | EXTERMINATING | J-14698 | 76.21 | 5/16 |
| 6/28/2016 | ck#108-target exterminating-monthly | 1135-0014 | TRUSTEE OPERATING ACCT | J-14698 | -76.21 | 5/16 |
| | | | | | 0.00 | |
| 6/30/2016 | ck#109-funici enterprises inc. | 6070-0000 | FIRE ESCAPES | J-14699 | 4,800.00 | repair fire escapes |
| 6/30/2016 | ck#109-funici enterprises inc. | 1135-0014 | TRUSTEE OPERATING ACCT | J-14699 | -4,800.00 | repair fire escapes |
| | | | | | 0.00 | |
| | | | | | 0.00 | 15 ITEMS |

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

Case Number: 15-12178 SHL
Case Name: 477 W142ND ST.HOUSING DEV.FUND CORP

Taxpayer ID #: **-***6224
Period Ending: 07/01/16

Trustee: GREGORY MESSER, CHAPTER 11 TRUSTEE
Bank Name: Rabobank, N.A.
Account: ******6866 - Checking Account
Blanket Bond: N/A
Separate Bond: $10,000.00

| 1 Trans. Date | 2 {Ref #}/ Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/03/16 | {1} | 477 WEST 142ND STREET HOUSING DEVELOPEMENT CORP | TURN OVER OF BANK ACCOUNT | 1129-000 | 45,008.70 | | 45,008.70 |
| 05/10/16 | 101 | IFFS CORPORATION | INSURANCE PAYMENT ACCOUNT NO. ILC 101684 | 2420-000 | | 629.11 | 44,379.59 |
| 05/13/16 | {2} | MARGARET E. CALLENDER | MAINTENANCE SUITE #3 | 1122-000 | 500.00 | | 44,879.59 |
| 05/13/16 | {2} | ESSIE DAVIS SCHOLARSHIP FUND | RENT 1667 AMSTERDAM | 1122-000 | 1,200.00 | | 46,079.59 |
| 05/13/16 | {2} | BISHOP SHIRLEY PITTS | RENTAL / COMMON CHARGES APT 7 | 1122-000 | 500.00 | | 46,579.59 |
| 05/13/16 | {2} | BISHIP SHIRLEY PITTS | RENT/COMMON CHARGES APT 5 | 1122-000 | 1,200.00 | | 47,779.59 |
| 05/13/16 | {2} | BISHOP SHIRLEY PITTS | RENT/COMMON CHARGES APT 1 | 1122-000 | 500.00 | | 48,279.59 |
| 05/13/16 | {2} | BISHOP SHIRLEY PITTS | RENT/COMMON CHARGES | 1122-000 | 1,200.00 | | 49,479.59 |
| 05/20/16 | 102 | ALL AROUND SECURITY | Invoice # 2318 installation of lock and cylinder | 2420-000 | | 212.31 | 49,267.28 |
| 05/20/16 | 103 | ALL AROUND SECURITY INC. | Invoice # 2311 FURNISHED AND INSTALLED NEW LOCK | 2420-000 | | 462.72 | 48,804.56 |
| 06/06/16 | 104 | R.A. COHEN & ASSOCIATES, INC. | PAYMENT OF MANAGEMENT FEES FOR APRIL - JUNE 2016 AND EXPENSES | 6700-460 | | 5,160.57 | 43,643.99 |
| 06/13/16 | 105 | IFFS | INSURANCE PREMIUM ACCOUNT NO. ILC 101684 | 2420-750 | | 629.11 | 43,014.88 |
| 06/14/16 | {2} | BISHOP SHIRLEY A PITTS | RENT APT #7 | 1122-000 | 500.00 | | 43,514.88 |
| 06/14/16 | {2} | BISHOP SHIRLEY A. PITTS | RENT PAYMENT APT 1 | 1122-000 | 500.00 | | 44,014.88 |
| 06/14/16 | {2} | BISHOP SHIRLEY A. PITTS | RENT PAYMENT APT 5 | 1122-000 | 1,200.00 | | 45,214.88 |
| 06/14/16 | {2} | MARGARET E. CALLENDER | MAINTENANCE SUITE 3 | 1122-000 | 500.00 | | 45,714.88 |
| 06/23/16 | 106 | KEN PIPERSBURG | SUPER SERVICE FOR THE BUILDING | 2420-000 | | 900.00 | 44,814.88 |
| 06/28/16 | 107 | R.A. COHEN & ASSOCIATES, INC. | MANAGEMENT FEE - JULY 2016 | 6700-460 | | 1,500.00 | 43,314.88 |
| 06/28/16 | 108 | TARGET EXTERMINATING INC. | EXTERMINATION SERVICE | 2420-000 | | 76.21 | 43,238.67 |
| 06/30/16 | 109 | FUNICI ENTERPRISES INC. | FIRE ESCAPE REPAIR INV #173 | 2420-000 | | 4,800.00 | 38,438.67 |

Subtotals :                                    $52,808.70        $14,370.03

$14,370.03

{} Asset reference(s)                    $52,808.70

Printed: 07/01/2016 09:56 AM    V.13.28

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 15-12178 SHL
**Case Name:** 477 W142ND ST.HOUSING DEV.FUND CORP

**Taxpayer ID #:** **-***6224
**Period Ending:** 07/01/16

**Trustee:** GREGORY MESSER, CHAPTER 11 TRUSTEE

**Bank Name:** Rabobank, N.A.
**Account:** ******6866 - Checking Account
**Blanket Bond:** N/A
**Separate Bond:** $10,000.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #}/ Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | **ACCOUNT TOTALS** | | 52,808.70 | 14,370.03 | $38,438.67 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 52,808.70 | 14,370.03 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$52,808.70** | **$14,370.03** | |

Net Receipts :        52,808.70
Net Estate :        $52,808.70

| | Net Receipts $ | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| Checking # ******6866 | 52,808.70 | 14,370.03 | 38,438.67 |
| | $52,808.70 | $14,370.03 | $38,438.67 |

{} Asset reference(s)

**TRUSTEE OPERATING ACCT**
**Bank Reconciliation Report**
**06/30/2016**
**xxx6866**

07/02/2016

**Balance Per Bank Statement as of 06/30/2016**                                            44,814.88

**Other Items**

| Date | Notes | Amount |
|------|-------|--------|
| 06/28/2016 | ck#107-R.A. Cohen & Associates, Inc. | -1,500.00 |
| 06/28/2016 | ck#108-target exterminating-monthly | -76.21 |
| 06/30/2016 | ck#109-funici enterprises inc. | -4,800.00 |

**Plus/Minus:    Other Items**                                            **-6,376.21**

                    **Reconciled Bank Balance**                                            **38,438.67**

**Balance per GL as of 06/30/2016**                                            **38,438.67**

                    **Reconciled Balance Per G/L**                                            **38,438.67**

**Difference**        (Reconciled Bank Balance And Reconciled Balance Per G/L)                **0.00**



**Rabobank, N.A.**
P.O. Box 6010
Santa Maria, CA 93456

**Rabobank**

| | |
|---|---|
| Interim Statement Start: | June 01, 2016 |
| Interim Statement End: | June 30, 2016 |
| | Page 1 of 1 |

| | |
|---|---|
| Case Number: | 15-12178 |
| Case Name: | 477 W142ND ST.HOUSING DEV.FUND CORP |
| Trustee Number: | ●●●● |
| Trustee Name: | Mr. Gregory Messer |

Mr. Gregory Messer
26 Court Street Suite 2400
Brooklyn, NY 11242

**Questions:**
(800) 634-7734, ext. 8
bmsbankingcenter@bms7.com
www.bms7.com

| Account number | ●●●●●6866 | | |
|---|---|---|---|
| | | Beginning balance | **$46,804.56** |
| | | Total additions | $2,700.00 |
| | | Total subtractions | $6,689.68 |
| | | Ending balance | **$44,814.88** |

## Transaction Details

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 6/14/2016 | CHECK PAID | $5,160.57 | | $43,643.99 |
| 6/15/2016 | DEPOSIT | | $2,700.00 | $46,343.99 |
| 6/16/2016 | CHECK PAID | $629.11 | | $45,714.88 |
| 6/30/2016 | CHECK PAID | $900.00 | | $44,814.88 |
| **Total** | | **($6,689.68)** | **$2,700.00** | |

## Checks Paid in Numerical Order

| Check No. | Check Date | Check Amount |
|---|---|---|
| 104 | 6/14/2016 | $5,160.57 |
| 105 | 6/16/2016 | $629.11 |
| 106 | 6/30/2016 | $900.00 |
| | **Total Checks Paid:** | **$6,689.68** |

*CK # 104*

# I N V O I C E

June 1, 2016

| Billed to: | Remit to: |
|---|---|
| Gregory Messer, As Trustee for 477 West 142nd Street Housing Dev. Fund Corp. c/o LaMonica, Herbst & Maniscalco, LLP 3305 Jerusalem Avenue Wantagh, New York  11793 | R.A. Cohen & Associates, Inc. 250 Park Avenue, Suite 1901 New York, NY  10177 |

RE:   **477 West 142nd Street**

| | |
|---|---|
| **Management Fee – April 2016** | $ 1,500.00 |
| **Management Fee – May 2016** | $ 1,500.00 |
| **Management Fee – June 2016** | $ 1,500.00 |
| **Expenses Paid (see attached)** | $   660.57 |
| | |
| **Total Amount Due** | **$ 5,160.57** |

Please make your check payable to: **R.A. Cohen & Associates, Inc.**

R·A·COHEN

R.A. Cohen & Associates, Inc.
250 Park Avenue
Suite 1901
New York, New York  10177
212.972.5900
www.racohen.com

**IPFS CORPORATION**
(IPFS)
P.O. BOX 412086
KANSAS CITY MO 64141-2086
(866)412-2426 ~ FAX: (919)234-2760

| NOTICE OF PAYMENT DUE | | |
|---|---|---|
| Date Mailed | Account Number | Due Date |
| 4/28/2016 | ILC-101684 | 4/15/2016 |

IF ANY QUESTIONS, PLEASE CALL: (866)412-2426

**INSURED**
477 WEST 142ND STREET HDFC
ACCT - 477WEST-01
477 W 142ND ST
APT 2
NEW YORK, NY 10031-6239

**IMPORTANT**

To protect your account please make sure that your payment is made on or before the payment due date shown. Your payment for the insurance premiums we are budgeting for you is due on the date indicated. MAKE CHECK OR MONEY ORDER PAYABLE to IPFS CORPORATION and return the payment and this notice to the address shown on coupon.

| Current Balance | Payment Due |
|---|---|
| $4,403.77 | $660.57 |

To ensure proper credit, please send the coupon below with your payment and write your account number on your check.

Please see the coupon for the overnight, priority, or other special delivery address. Do not use the P.O. Box address for those services as it may cause a delay in receipt.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - DETACH HERE - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Written notifications on this coupon will NOT be received. To ensure proper credit, include coupon with payment.     PREBIL - Web (Agent)

**INSURED**
477 WEST 142ND STREET HDFC
ACCT - 477WEST-01
477 W 142ND ST
APT 2
NEW YORK, NY 10031-6239

For any correspondence or overnight, priority, or other special delivery, send to:
1055 BROADWAY
11TH FLOOR
KANSAS CITY MO 64105
Questions? PHONE: (866)412-2426

**MAKE CHECK PAYABLE AND REMIT TO:**
**IPFS CORPORATION**
**24722 NETWORK PLACE**
**CHICAGO,IL 60673-1247**

| PAYMENT COUPON | | |
|---|---|---|
| PAYMENT NO. | ACCOUNT NUMBER | DUE DATE |
| 3 | ILC-101684 | 04/15/16 |

| | |
|---|---|
| PAYMENT DUE | $629.11 |
| LATE FEES | $0.00 |
| OTHER FEES | $31.46 |
| OTHER AMOUNTS DUE | $0.00 |
| PLEASE PAY THIS AMOUNT | $660.57 |
| IF RECEIVED AFTER  04/20/16 | $660.57 |

PREBIL - WEB (03/10) Copyright 2010 IPFS Corporation.

ILC01016844 00000660574

DATE :04/28/2016   CK#:   60428   TOTAL : 660.57*****   BANK : Operating -
PAYEE :IPFS CORPORATION:(ipfs)                999 - 999(999-op)

*999-60428*

| Property | Account | Invoice - Date | Description | Amount |
|---|---|---|---|---|
| 999 | 6410-0000 | due 4/15/16 pymt 3 - 04/15/2016 | ILC-101684 | 660.57 |
| | | | | 660.57 |

*Reclass to*
*4/\55*

DATE :04/28/2016   CK#:   60428   TOTAL :660.57***** BANK : Operating -
PAYEE : IPFS CORPORATION:(ipfs)               999 - 999(999-op)

*999-60428*

| Property | Account | Invoice - Date | Description | Amount |
|---|---|---|---|---|
| 999 | 6410-0000 | due 4/15/16 pymt 3 - 04/15/2 | ILC-101684 | 660.57 |
| | | | | 660.57 |

005

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND.

**R.A. COHEN & ASSOCIATES, INC.**
250 Park Avenue, Suite 1901
New York, NY 10177

Signature Bank
261 Madison Avenue
New York, NY 10016

1-1357/260

60428

**** SIX HUNDRED SIXTY AND 57 / 100 DOLLARS

TO THE
ORDER OF                                04/28/2016      $660.57*****

IPFS CORPORATION
24722 NETWORK PLACE
CHICAGO, IL 60673-1247

IPFS CORPORATION
(IPFS)
P.O. BOX 412086
KANSAS CITY MO 64141-2086
(866)412-2426 - FAX: (919)234-2760

**NOTICE OF PAYMENT DUE**

| Date Mailed | Account Number | Due Date |
|---|---|---|
| 4/28/2016 | ILC-101684 | 4/15/2016 |

CK # 105

IF ANY QUESTIONS, PLEASE CALL: (866)412-2426

INSURED
477 WEST 142ND STREET HDFC
ACCT - 477WEST-01
477 W 142ND ST
APT 2
NEW YORK, NY 10031-6239

IMPORTANT

To protect your account please make sure that your payment is made on or before the payment due date shown. Your payment for the insurance premiums we are budgeting for you is due on the date indicated. MAKE CHECK OR MONEY ORDER PAYABLE to IPFS CORPORATION and return the payment and this notice to the address shown on coupon.

| | Current Balance | Payment Due |
|---|---|---|
| | $4,403.77 | $660.57 |

To ensure proper credit, please send the coupon below with your payment and write your account number on your check.

Please see the coupon for the overnight, priority, or other special delivery address. Do not use the P.O. Box address for those services as it may cause a delay in receipt.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DETACH HERE
Written notifications on this coupon will NOT be received. To ensure proper credit, include coupon with payment.

PREBIL - Web (Agent)

INSURED
477 WEST 142ND STREET HDFC
ACCT - 477WEST-01
477 W 142ND ST
APT 2
NEW YORK, NY 10031-6239

**PAYMENT COUPON**

| PAYMENT NO. | ACCOUNT NUMBER | DUE DATE |
|---|---|---|
| 4 8 | ILC-101684 | 04/15/16 5/16 |

For any correspondence or overnight, priority, or other special delivery, send to:
1055 BROADWAY
11TH FLOOR
KANSAS CITY MO 64105
Questions? PHONE: (866)412-2426

MAKE CHECK PAYABLE AND REMIT TO:
IPFS CORPORATION
24722 NETWORK PLACE
CHICAGO,IL 60673-1247

| | |
|---|---|
| | $629.11 |
| PAYMENT DUE | |
| LATE FEES | $0.00 |
| OTHER FEES | $31.46 |
| OTHER AMOUNTS DUE | $0.00 |
| PLEASE PAY THIS AMOUNT | $660.57 |
| IF RECEIVED AFTER 04/20/16 | $660.57 |

PREBIL - WEB (03/10) Copyright 2010 IPFS Corporation.

ILC01016844 00000660574

KEN PIPERSBURG
477 West 142 st. #8
New York, N.Y. 10031

6/20/16

R.A. Cohen & Associates Inc.
250 Park Avenue, suite 1910
New York, N Y 10177

Payment Due for the following month
for super service!

April $300.00
May  $300.00
June $300.00

total $900.00

Thanking you in advance for your
time!

Ken Pipersburg:

*ck #107*

# I N V O I C E

July 1, 2016

| Billed to: | Remit to: |
|---|---|
| Gregory Messer, As Trustee for 477 West 142nd Street Housing Dev. Fund Corp. c/o LaMonica, Herbst & Maniscalco, LLP 3305 Jerusalem Avenue Wantagh, New York   11793 | R.A. Cohen & Associates, Inc. 250 Park Avenue, Suite 1901 New York, NY   10177 |

**RE:   477 West 142nd Street**

**Management Fee – July 2016**          $ 1,500.00

**Total Amount Due**                     $ 1,500.00

Please make your check payable to: **R.A. Cohen & Associates, Inc.**

R·A·COHEN

R.A. Cohen & Associates, Inc.
250 Park Avenue
Suite 1901
New York, New York  10177
212.972.5900
www.racohen.com

**Target Exterminating Inc.**
79-11 69TH DRIVE
MIDDLE VILLAGE, NY 11379
Phone: 718-366-2847 - Fax: 718-366-6535

# Invoice

| Date | Invoice # |
|---|---|
| 6/17/2016 | 416874 |

**Bill To:**

R.A. COHEN & ASSOCIATES INC.
250 PARK AVE  SUITE 1901
NEW YORK, NY 10177

**Service Location:**

R.A. Cohen & Assoc.
477 West 142nd Street
New York, NY 10031

| Customer# | Customer PO | Work Order# | Terms | Date Due |
|---|---|---|---|---|
| 10265 | | 29079 | | 6/17/2016 |

| Date | Qty | Description | Unit Amount | Tax | Total |
|---|---|---|---|---|---|
| 5/31/2016 | 1 | General Pest Control Service - Monthly | $70.00 | N | $70.00 |

| | |
|---|---|
| Subtotal: | $70.00 |
| Tax: | $6.21 |
| Amount Paid: | $0.00 |
| **Amount Due:** | **$76.21** |

**Thank You**

---

| Service Location: | R.A. Cohen & Assoc.<br>477 West 142nd Street<br><br>New York, NY 10031 |
|---|---|

# Remittance

| | |
|---|---|
| Invoice #: | 416874 |
| Customer #: | 10265 |

| | |
|---|---|
| Subtotal: | $70.00 |
| Tax: | $6.21 |
| Amount Paid: | $0.00 |
| **Amount Due:** | **$76.21** |

| Mail To: | **Target Exterminating**<br>**79-11 69th Drive**<br>**Middle Village NY 11379** |
|---|---|

**Payment Amt:** _____

**FUNICI ENTERPRISES (347)723-2112** Funici Enterprises Inc.
PO Box 64, Yonkers, NY 10704

# Bill

| Date | Invoice # |
|------|-----------|
| 6/27/2016 | 173 |

| Bill To |
|---------|
| R.A. Cohen & Associates,Inc.<br>250 Park Avenue<br>Suite 1901<br>New York, NY 10177 |

| Project |
|---------|
| 477 W 142nd street<br>Fire escape repair |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Repair fire escapes:<br>- Front & back<br>- To check all connections & brackets, change bolts ( where ever necessary)<br><br>price includes;<br>- All work, labor & material necessary to complete scope of work described above | | 4,800.00 | 4,800.00 |

PLEASE MAKE ALL CHECKS PAYABLE TO FUNICI ENTERPRISES INC.

| | |
|---|---|
| **Total** | $4,800.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $4,800.00 |