UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                          Chapter 11

477 WEST 142ND STREET HOUSING                 Case No.: 15-12178 (SHL)
DEV. FUND CORP.,

              Debtor.
------------------------------------------------------------x

### ORDER EXTENDING DEADLINE FOR FILING PROOFS OF CLAIM OR INTEREST FOR PRE-PETITION CLAIMS OR INTERESTS AND CHAPTER 11 ADMINISTRATIVE CLAIMS

Upon the oral application (the "Application") to extend the deadline by which proofs of claim for (a) pre-petition claims or interests and (b) Chapter 11 administrative claims must be filed, made on the record at the status hearing held before the Court on July 21, 2016 (the "Status Hearing") in this case; and Gregory Messer, Esq., the Chapter 11 Trustee (the "Trustee") of 477 West 142nd Street Housing Dev. Fund Corp., the debtor (the "Debtor"), and all interested parties appearing at the Status Hearing having consented to the relief requested in the Application; and upon the prior Order of the Court establishing July 25, 2016 as the deadline for the filing of such claims (the "Prior Bar Order") [Docket No. 51]; and it appearing that the relief requested is in the best interest of the Debtor's estate and creditors; and after due deliberation, and good and sufficient cause appearing therefor, it is hereby

**ORDERED**, that the Application is granted as set forth herein; and it is further

**ORDERED**, except to the extent modified herein, all other terms and provisions of the Prior Bar Order shall remain in full force and effect; and it is further

**ORDERED**, that the Bar Date as set forth in the Prior Bar Order is extended through and including **August 25, 2016**; and it is further

**ORDERED**, that the Trustee shall serve a copy of this Order upon all parties which were directed to receive notice in accordance with the Prior Bar Order within three (3) days of entry of this Order, and file proof of such service with the Court; and it is further

**ORDERED**, that the Trustee is authorized and empowered to take such steps and perform such acts as may be necessary to implement and effectuate the terms of this Order.

Dated: July 22, 2016
      New York, New York

                                */s/ Sean H. Lane*
                                Honorable Sean H. Lane
                                United States Bankruptcy Judge