**LaMONICA HERBST & MANISCALCO, LLP**
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
Telephone: (516) 826-6500
Adam P. Wofse, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                                      Chapter 11

477 WEST 142ND STREET HOUSING                               Case No.: 15-12178 (SHL)
DEV. FUND CORP.,

       Debtor.
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ss:
COUNTY OF NASSAU     )

**CHRISTINE VITIELLO**, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in Massapequa Park, New York.

On November 2, 2016, deponent served the **Notice of Presentment of Application and Order, Application of Chapter 11 Trustee Seeking Entry of an Order Directing the Turnover of Property of the Estate in Possession of the Debtor or its Counsel with Exhibit, proposed Order [Dkt. No. 79]** by First Class Mail upon the attorneys/parties listed on the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of United States Postal Service within the State of New York.

TO:    *See Service List Attached*

                                        *s/ Christine Vitiello*
                                        Christine Vitiello

Sworn to before me this
2nd day of November 2016

*s/ Angela Colucci*
Angela Colucci
Notary Public, State of New York
No. 4674875
Qualified in Nassau County
Commission Expires July 31, 2018

# SERVICE LIST

Brian Shoichi Masumoto, Esq.
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

Gregory M. Messer, Esq., Trustee
Law Offices of Gregory Messer, PLLC
26 Court Street, Suite 2400
Brooklyn, NY 11242

Joseph J. Schwartz, Esq.
Law Offices of David Fleischman, P.C.
Attys for 477 West 142nd Street Funding LLC
2233 Nostrand Avenue, Third Floor
Brooklyn, NY 11210

477 West 142nd Street Housing Dev. Fund Corp.
477 West 142 Street
New York, NY 10031

*Notices of Appearance:*

LAVOTSHKIN LAW GROUP
Daniel Lavotshkin, Esq.
Attys for Shirley Pitts
146 South 4th Street, Suite 8B
Brooklyn, NY 11211

Blackman & Melville, PC
By: Nigel E. Blackman, Esq.
1557 Buford Dr., #491930
Lawrenceville, GA 30049-0142

ZACHARY W. CARTER
Corporation Counsel of the City of New York
100 Church Street
New York, New York 10007
Attn: Hugh H. Shull, Esq.

*Interested Parties:*

Thomas S. Fleishell, Esq.
Thomas S. Fleishell & Associates, P.C.
561 Seventh Avenue, 19th Floor
New York, New York 10018

Gary R. Lampert, CPA
Accountant
100 Merrick Road, Suite 211-W
Rockville Centre, NY 11570

R.A. Cohen & Associates, Inc.
Managing Agent
250 Park Avenue, Suite 1901
New York, NY 10177

David Carlebach, Esq.
Law Offices of David Carlebach, Esq.
Of Counsel to the Lovotshkin Law Firm
55 Broadway, Suite 1902
New York, NY 10006

GEOVANNY FERNANDEZ, Esq.
Attsy for Shareholder, Queen Mother Dr. Delois Blakely
32 Broadway, Suite 1310
New York, NY 10004

*Tenants:*

Bishop Shirley Pitts
477 West 142nd Street, Unit 01
New York, NY 10031

Delois Blakely
477 West 142nd Street, Unit 02
New York, NY 10031

Margaret Callender
477 West 142nd Street, Unit 03
New York, NY 10031

Joann McClain
477 West 142nd Street, Unit 04
New York, NY 10031

Bishop Shirley Pitts
477 West 142nd Street, Unit 05
New York, NY 10031

Charles DeBerry
477 West 142nd Street, Unit 06
New York, NY 10031

Bishop Shirley Pitts
477 West 142nd Street, Unit 07
New York, NY 10031

Sheikh Bey & Ken Piperburg
477 West 142nd Street, Unit 08
New York, NY 10031

Essie Davis MSF, Inc. Or Current Occupant
477 West 142nd Street, Unit 1661
New York, NY 10031

Essie Davis MSF, Inc. Or Current Occupant
477 West 142nd Street, Unit 1667
New York, NY 10031

Petty-N-Pearlz Or Current Occupant
477 West 142nd Street, Unit 1669
New York, NY 10031

*Known Creditors:*

447 W. 142ND FUNDING LLC
C/O HARRIS BEACH LLC
333 EARLE OVINGTON BLVD #901
UNIONDALE, NY 11553-3622

DHPD of The City of New York
Attn: Robert D. Vinokur, Esq
Rm 6V-2, 100 Gold Street
New York, NY 10038

NYC Department of Finance
Bankruptcy and Assignment Unit
345 Adams Street, 10th Fl
Brooklyn, NY 11201-3719

NYC Office of Administrative Trials and Hearings
66 John Street, 10th Floor
New York, NY 10038

Queen Mother Dr. Delois Blakely
477 West 142nd Street HDFC, Suite 2
New York, New York 10031-6239

City of New York Department of Housing
Preservation & Development
Attn: Brenda Nelson
100 Gold Street, Rm 5-s
New York, NY 10038

NYC Dept of Finance
Legal Affairs
Collection Unit-Real Property Taxes
345 Adams Street, 3rd Fl
Brooklyn, NY 11201

*Applicable Taxing Authorities:*

California State Board of Equalization
Attn: Russ Williams, MIC 55
P.O. Box 942879
Sacramento, CA 94279

California Franchise Tax Board
Bankruptcy Section, MS: A340
P.O. Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Michigan Department of Treasury
Tax Policy Division
Attn: Litigation Liason
2nd Floor, Austin Building
430 West Allegan Street
Lansing, MI 48922

NYC Department of Finance
345 Adams Street, 3rd Floor
Attn: Legal Affairs Division
Brooklyn, NY 11201-3719

NYC Department of Finance
Office of Legal Affairs (Parking Violations)
345 Adams Street, 3rd Floor
Brooklyn, NY 11201

NYS Unemployment Insurance Fund
P.O. Box 551
Albany, NY 12201

NYS Dept. of Taxation & Finance
Bankruptcy Unit -TCD
Building 8, Room 455
W.A. Harriman State Campus
Albany, NY 12227

NYS Department of Taxation & Finance
Bankruptcy Unit
P.O. Box 5300
Albany, NY 12205-5300

Parking Violations Bureau
210 Joralemon Avenue
Brooklyn, NY 11201

Robert Roberts
Office of Site Remediation Enforcement
Office of Enforcement and Compliance
Assurance
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W, M/C 2272A
Washington, DC 20004-2004

U.S. Dept. of Education
P.O. Box 5609
Greenville, TX 75403-5609

U.S. Department of Education
Bankruptcy Litigation Support
50 Beale Street, Suite 8629
San Francisco, CA 94105

John Cahill, Esq.
Regional Council for NY/NJ
U. S. Department of Housing & Urban
Development
26 Federal Plaza, Room 3500
New York, NY 10278

U.S. Environmental Protection Agency
Office of the Regional Counsel
Region 2 - New York/Caribbean Superfund
Branch
Attn: Douglas Fischer, Esq.
290 Broadway, 17th Floor
New York, NY 10007-1866

U.S. Securities & Exchange Commission
New York Regional Office
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281-1022

U.S. Dept. of Health & Human Services
Office of the General Counsel
26 Federal Plaza, Room 3908
New York, NY 10278

United States Attorney
One St. Andrew's Plaza
Claims Unit - Room 417
New York, NY 10007

United States' Attorney's Office
Southern District of New York
Attn: Tax & Bankruptcy Unit
86 Chambers Street, Third Floor
New York, NY 10007