**LAW OFFICES OF DAVID CARLEBACH, ESQ.**

55 Broadway
Suite 1902
New York, New York 10006
(212) 785-3041
www.carlebachlaw.com

----

| | | |
|---|---|---|
| **David Carlebach** | Direct Dial: (347) 329-1241 | email: david@carlebachlaw.com |

December 13, 2016

**VIA ECF**

Hon. Sean H. Lane
United States Bankruptcy Judge
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green, Courtroom No. 723
New York, New York 10004-1408
Attn:   Courtroom Deputy
            Liza Ebanks

    *Re: 477 West 142nd Street Housing Dev. Fund Corp*
       *Ch. 11 Case No. 15-12178 (SHL*)

Dear Ms. Ebanks:

  This will confirm our conversation of yesterday, December 12, 2016, that all matters in the above referenced case, which were scheduled to be heard on December 15, 2016, have been adjourned to January 19, 2017, at 2:00 p.m.

              Respectfully,

              /s/ David Carlebach

              David Carlebach


cc: (All parties via e-mail and/or ECF)