UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

477 WEST 142ND STREET HOUSING
DEV. FUND CORP.,

Debtor

Plaintiff,

Chapter 11

Case No.: 15-12178 (SHL)

NOTICE/AFFIDAVIT OF
REDEMPTION OF COLLATERAL
WITH PROOF OF FUNDS
TO SETTLE ALL CREDITORS'
CLAIMS

-----------------------------------------------------------------X

**STATE OF NEW YORK):**

**COUNTY OF NEW YORK):**

Queen Mother Dr. Delois Blakely, now respectfully appears to say as follows:

1. The affiant, Queen Mother Dr. Delois Blakely, has maintained and remains a shareholder with protected financial and proprietary interest in the Debtor/ Bankruptcy entity, to wit, 477 WEST 142ND STREET HOUSING DEV. FUND CORP, since the year 1982, as such is fully familiar with the causes of action herein.

2. I respectfully make this affidavit to tender to this court proofs of my ability to settle any and all debtors claims now pending before it and in so doing secure a deed of conveyance to me from the trustee releasing the property held in this action as collateral from all liens, claims, or encumbrances.

3.  Please find attached herein proofs of my ability to settle all debtors claims now pending to the tune of and up to the sum of **$3.3 Million Dollars** (Three Million and three hundred thousand dollars). [See attached exhibits]

4.  The affiant respectfully informs the court that her right of equity redemption is a settled legal fact in New York State and as such should be affirmed.

5.  It is well settled in New York State that a "debtor's right of equity redemption cannot be arbitrarily and summarily abrogated through rulemaking, [See Horn v. Keteltas, 46 N.Y. 605 (1871), Odell v. Montross, 68 N.Y. 499 (1877).

6.  It is well settled in New York State that a borrower's right of equity redemption *cannot be waived or abandoned by any stipulation of the parties, even if such stipulation is embodied in the mortgage* [Mooney v. Byrne, 163 N.Y. 86, 57 N.E. 163 (1900),]

7.  WHEREFORE, the affiant respectfully requests the court to order the trustee to submit any and all bona fide Debtors claims against the property in this action to wit, the Real Property Located at **477 West 142nd Street, New York, NY 10031, identified as: BLOCK 02058, LOT: 0029** in the NY City Register, to her through her attorney of record to enable her quickly settle the said claims.

8.  I humbly request in good faith and with clean hands that this request be granted together with other relief this court deems fair and reasonable in keeping with equity and Justice.

3

**Dated: New York, New York
January 17, 2017**

*Queen Mother
Delois Blakely*

**Queen Mother Dr. Delois Blakely
477 West 142nd Street
Suite #2
New York, NY 10031
(212) 368-3739**

**NEW YORK NOTARY PUBLIC**

*Badiyeh Amir
1/17/17*

BADIYAH AMIR
Notary Public, State of New York
No. 01AM6174527
Qualified in New York County
Commission Expires Sept. 24, 20_19_

**MY COMMISSION EXPIRES**

## **SERVICE LIST**

HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN
NY, NY 10004

ADAM P. WOFSE, ESQ
A PARTNER OF THE FIRM
3305 JERUSALEM AVENUE
SUITE 201
WANTAGH, NY 11793

## ATTESTATION

## TO WHOM IT MAY CONCERN

TO: United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004

We, Savage Rock Developer LLC (NAME OF ENTITY), have resolved to unconditionally pledge to Queen Mother Dr. Delois Blakely, the sum of $3.3 Million Dollars (Three Million and three hundred thousand dollars) to assist her with the complete redemption and recovery of the Real Property Located at 477 **West 142nd Street, New York, NY 10031, identified as: BLOCK 02058, LOT: 0029** in the NY City Register, and currently held as redeemable collateral in the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004.

We have attached verified proof of funds in support of same.

Thank you

SIGN/DATE  1/7/247

See Attachments:

# THE LAW OFFICE OF
# SIAMAK DAROUVAR, PC

393 JERICHO TPKE
SUITE 208
MINEOLA, NY 11501
Phone:   (516) 665-1900
Fax:      (516) 280-4999

January 17, 2017

Re:   Proof of Funds Availability for
      SILVERROCK DEVELOPMENT LLC

To Whom It May Concern:

Please be advised that this office represents SILVERROCK DEVELOPMENT LLC with regard to the purchase and sale of real property.

Upon information and belief, SILVERROCK DEVELOPMENT LLC has the availability of funds, assets and/or credit lines in excess of FOUR MILLION Dollars ($4,000,000.00), to be used for the purchase of Residential and Commercial Property.

Should you have any further questions, please contact the undersigned.

Very truly yours,
Siamak Darouvar, PC

By:   Siamak Darouvar, Esq.