UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                    Chapter 11

477 WEST 142ND STREET HOUSING               Case No.: 15-12178 (SHL)
DEV. FUND CORP.,

                    Debtor.
-------------------------------------------------------------x

## ORDER DENYING MOTION OF QUEEN MOTHER DR. DELOIS BLAKELY

UPON the motion (the "Motion") [Docket Nos. 177 and 178] of Queen Mother Dr.

Delois Blakely ("Blakely"), seeking certain relief pertaining to the acts of Gregory Messer, the

Chapter 11 Trustee (the "Trustee"); upon the response [Docket No. 179] filed by the Trustee,

through his attorneys, LaMonica Herbst & Maniscalco, LLP, in opposition to the Motion; and

upon the response [Docket No. 181] filed by 477 W. 142nd Funding LLC, by its counsel,

Goldberg Weprin Finkel Goldstein, LLP in opposition to the Motion; and upon the record made

at the hearing on the Motion and the opposition held before the Court on May 22, 2018 (the

"Hearing"); and the transcript of the Hearing being fully incorporated herein; and after due

deliberation thereon, it is hereby

**ORDERED** that the Motion is denied in its entirety.

Dated:  June 11, 2018
         New York, New York

                                   _/s/ Sean H. Lane_
                                   United States Bankruptcy Judge