UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                    Chapter 11

477 WEST 142ND STREET HOUSING                             Case No.: 15-12178 (SHL)
DEV. FUND CORP.,

       Reorganized Debtor.
------------------------------------------------------------x

## CONSENT ORDER RESOLVING CLAIM NUMBER 16 OF
## THOMAS S. FLEISHELL & ASSOCIATES P.C. AND THE OBJECTION THERETO

UPON the proof of claim, filed on January 19, 2018, by claimant Thomas S. Fleishell ("Fleishell"), designated as Claim Number 16 ("Claim 16"); the Chapter 11 Revised Amended Plan [Docket No. 133] confirmed by Order of the Court, dated December 4, 2017 [Docket No. 156; the objection to Claim 16 filed by plan proponent 477 W. 142nd Funding LLC (the "Claim Objection") [Docket No. 165]; the opposition to the Claim Objection filed by Fleishell [Docket No. 171]; and the parties having engaged in discussions concerning the resolution of Claim 16, and a consensual resolution having been reached; and upon the record made at the hearing held before the Court on May 22, 2018 concerning the Claim Objection; it is hereby

**ORDERED,** that Claim Number 16 is hereby allowed, as a general unsecured claim, in the total amount of $28,000.00; and, it is further

**ORDERED,** that the Trustee shall pay Claim Number 16 to Fleishell within five (5) days of entry of this Order.

[The remainder of this page intentionally left blank]

| | |
|---|---|
| **Thomas S. Fleishell & Associates, P.C.** | **Goldberg Weprin Finkel Goldstein, LLP** |
| Attorneys for Claimant | Attorneys for 477 W. 142nd Funding LLC |
| | |
| *s/ Michael Stevens* | *s/ Kevin J. Nash* |
| Michael Stevens, Esq. | Kevin J. Nash, Esq. |
| 561 7th Avenue | 1501 Broadway |
| 19th Floor | 22nd Floor |
| New York, New York 10018 | New York, New York 10036 |
| (212) 972-1355 | (212) 221-5700 |

**LaMonica Herbst & Maniscalco, LLP**

Attorneys for Gregory Messer, Trustee

*s/ Adam P. Wofse*
Adam P. Wofse, Esq.
3305 Jerusalem Avenue
Wantagh, New York 11793
(516) 826-6500

Dated:  June 11, 2018
        New York, New York

*/s/ Sean H. Lane*
United States Bankruptcy Judge