**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re:                                                                                     Chapter 11

477 West 142nd Street Housing Dev
Funding Corp.                                                                        Case No. 15-12178 (SHL)

                                    Debtor.
-----------------------------------------------------------------x

## ORDER SCHEDULING HEARING

The Court is in receipt of the Motion filed by Floryta Velazquez requesting an Order Granting Enforcement and Clarification of Previous Order Granted May 7, 2017.  See *Motion Requesting Enforcement of Previous Order to Submit a Refund to The Proper Party* (the "Motion") [ECF No. 183], and *Additional Evidence for Motion Requesting Enforcement of Previous Order to Submit a Refund to Proper Party* [ECF No. 184].  The Court has also received an objection to the motion from the City Of New York [ECF No. 185].  The Court will hold a hearing on the Motion on **July 2, 2018 at 2:00 p.m.** at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, N.Y. 10004, Courtroom 701.

**IT IS SO ORDERED.**

Dated: New York, New York
          June 13, 2018

                                                            */s/ Sean H. Lane*
                                                            United States Bankruptcy Judge

Copies mailed to:

Mrs. Floryta Velazquez
Community Director Advocate
3 Cypress Court
Brooklyn, NY 11208

Sheik Bey
477 West 142nd Street Housing
Dev. Fund Corp.
New York, NY 10031

Hugh H. Shull, III
NYC Law Department
100 Church Street
Room 5-233
New York, NY 10007

Gregory M. Messer
Law Offices of Gregory Messer, PLLC
26 Court Street
Suite 2400
Brooklyn, NY 11242

Gary Frederick Herbst
LaMonica Herbst & Maniscalco
3305 Jerusalem Avenue
Wantagh, NY 11793

Adam P. Wofse
LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue, Suite 201
Wantagh, NY 11793

Kevin J. Nash
Goldberg Weprin Finkel Goldstein LLP
1501 Broadway
22nd Floor
New York, NY 10036

United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014