# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: lebanks | Date Created: 6/13/2018 |
| Case: 15−12178−shl | Form ID: pdf001 | Total: 68 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
| | |
|---|---|
| unk | Queen Mother Dr. Delois Blakely |
| unk | Nigel E. Blackman |
| unk | Shirley Pitts |
| cr | 477 W. 142nd Funding LLC |
| unk | Gregory Messer |
| unk | U.S. Department of Justice, Office of the United States Trustee |
| unk | Delois Blakely |
| unk | West Harlem Group Assisatance, Inc. |
| unk | Queen Mother Delois Blakely |
| unk | The Upper Group |
| unk | Joann McClain |
| unk | A2Z Properties LLC |
| unk | Joan Roth |
| unk | The Real Property Investor |
| acc | Gary R. Lampert, CPA |
| unk | Joann McClain |
| unk | Queen Mother Dr. Delois Blakely |
| unk | Gregory Messser |
| unk | Floryta Velazquez |

TOTAL: 19

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |
| tr | Gregory M. Messer | gremesser@aol.com |
| aty | Adam P. Wofse | awofse@lhmlawfirm.com |
| aty | Adrienne Woods | adrienne@woodslawpc.com |
| aty | Brian S. Masumoto | nysbnotice@gmail.com |
| aty | Charles L. Mester | cmesterlaw@aol.com |
| aty | Daniel Lavotshkin | daniel.lavotshkin@gmail.com |
| aty | David Carlebach | david@carlebachlaw.com |
| aty | David M. Capriotti | dcapriotti@harrisbeach.com |
| aty | Eric H. Lindenman | elindenman@harrisbeach.com |
| aty | Gary Frederick Herbst | gfh@lhmlawfirm.com |
| aty | Geovanny Fernandez | geovanny@gmail.com |
| aty | Hugh H. Shull, III | hughs@law.nyc.gov |
| aty | J. Ted Donovan | TDonovan@GWFGlaw.com |
| aty | Jeremy S. Sussman | sussman@sussman−legal.com |
| aty | Julio E. Portilla | jp@julioportillalaw.com |
| aty | Narissa A. Joseph | njosephlaw@aol.com |
| aty | Thomas S. Fleishell | tom@fleishelllaw.com |
| aty | craig a saunders | craig@munzersaunders.com |

TOTAL: 19

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | | |
|---|---|---|---|---|---|
| db | 477 West 142nd Street Housing Dev. Fund Corp. | 477 West 142 Street | New York, NY 10031 | | |
| cr | CITY OF NEW YORK | 100 Church Street | New York, NY 10007 | | |
| unk | Charles B. DeBerry | 477 West 142nd Street | Apt 6 | New York, NY 10031−6240 | |
| cr | Nevula Corp. | 31 East 32nd Street | Suite 905 | New York | |
| cr | Solomon and Roth Holdings LLC | 31 East 32nd Street | Suite 905 | New York | |
| intp | Royal RFK Group Inc. | c/o The Law Offices of Jeremy S. Sussman | 2 | New York, NY 10007 | |
| cr | Thomas S. Fleishell & Associates, P.C. | 561 Seventh Avenue | 19th Floor | New York, NY 10018 US | |
| aty | Babak Pourtavoosi | Law Offices of Babak Pourtavoosi | 55 Nothern Blvd, Suite 306 | Great Neck, NY 11021 | |
| 6733775 | 447 W. 142 ND FUNDING LLC | C/O HARRIS BEACH LLC | 333 EARLE OVINGTON BLVD #901 | UNIONDALE, NY 11553 | |
| 7177395 | 477 W 142nd street | Suite 2 | Harlem, NY 10031 | | |
| 6835440 | Blackman & Melville, PC | By: Nigel E. Blackman, Esq. | 1557 Buford Dr., #491930 | Lawrenceville, GA 30049 | |
| 7011145 | Charles DeBerry | 477 West 142 Street | Apt 6 | New York, NY 10031 | |
| 6994860 | City of New York Department of Housing | Preservation & Development | Attn: Brenda Nelson | 100 Gold Street, Rm 5−s | New York, NY 10038 |
| 6994844 | DHPD of The City of New York | Attn: Robert D. Vinokur, Esq | Rm 6V−2, 100 Gold Street | New York, NY 10038 | |
| 7164750 | Goldberg Weprin Finkel Goldstein LLP | Attorneys for 477 West 142nd Funding LLC | Attn: Kevin J. Nash, Esq. | 1501 Broadway, 22nd Floor | New York, NY 10036 |
| 6988228 | Hugh Shull, Esq | Office of the Corporation Counsel | 100 Church Street | New York, NY 10007 | |
| 7011105 | JoAnn McClain | 477 W. 142nd St | #4 | New York, NY 10031 | |

| | | | | |
|---|---|---|---|---|
| 6904196 | LAVOTSHKIN LAW GROUP | Attorneys for Shirley Pitts | Attn: Daniel Lavotshkin, Esq. | 146 South 4thStreet, Suite 8B    Brooklyn, NY 11211 |
| 7048889 | Law Office of Julio E. Portilla, P.C. | Attorneys for CHARLES B. DEBERRY | 555 Fifth Avenue, 17th Floor    New York, NY 10017 | |
| 7121619 | MUNZER & SAUNDERS, LLP | Attn: Craig A. Saunders, Esq. | 31 East 32nd Street, Suite 905    New York, New York 10016 | |
| 6988096 | NYC Department of Finance | Bankruptcy Unit | 345 Adams Street    Brooklyn, NY 11201 | |
| 6808380 | NYC Department of Finance | Bankruptcy and Assignment Unit | 345 Adams Street, 10th Fl    Brooklyn, NY 11201 | |
| 6994818 | NYC Dept of Finance | Legal Affairs | Collection Unit–Real Property Taxes | 345 Adams Street, 3rd Fl    Brooklyn, NY 11201 |
| 6994052 | NYC Office of Administrative Trials and Hearings | 66 John Street, 10th Floor | New York, NY 10038 | |
| 7186167 | New Future Foundation, Inc. | 477 W. 142nd Street, 2    New York, NY 10031 | | |
| 6830852 | Queen Mother Dr. Delois Blakely/Nft | 477 West 142nd Street    Suite #2    New York, New York 10031 | | |
| 6994051 | Simone Salloum | 66 John Street, 10th Floor    New York, NY 10038 | | |
| 7154921 | THE LAW OFFICES OF JEREMY S. SUSSMAN | Attorneys for Royal RFK Group Inc. | 225 Broadway, Suite 3800    New York, NY 10007 | |
| 7047019 | Thomas S. Fleishell & Associates, P.C. | 561 Seventh Avenue, 19th Floor    New York, NY 10018 | | |
| 6988349 | Zachary W. Carter | Attorney for the City of New York | 100 Church Street    New York, New York 10007 | |

TOTAL: 30