ZACHARY CARTER
Corporation Counsel, City of New York
Attorney for City of New York
Of Counsel: Hugh H. Shull III (HS-0236)
100 Church Street, Room 5-233
New York, New York 10007
(212) 356-2138

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

477 WEST 142nd STREET HOUSING DEV.
FUND CORP.

        Chapter 11

        15-12178-shl

       Debtor.
-------------------------------------------------------X

## CERTIFICATE OF SERVICE

I certify that on June 14, 2018 the City of New York's Objection to Motion Requesting Enforcement of Previous Order to Submit a Refund to Proper Party [ECF No. 185] was served on the parties listed below by placing a true copy thereof in a properly addressed, postage pre-paid envelope and placing same in a depository under the exclusive care and custody of the United States Post Office.

        By: /s/ Hugh Shull
        Hugh H. Shull III (HS-0236)
        Assistant Corporation Counsel
        Attorney in the Office of Zachary W. Carter
        Corporation Counsel of the City of NY
        100 CHURCH STREET, ROOM 5-233
        NEW YORK, NY 10007
        (212) 356-2138
        hughs@law.nyc.gov

Ms. Floryta Velazquez
Community Director Advocate
3 Cypress Court
Brooklyn, NY 11208

Sheik Bey
477 West 142nd Street HDFC
New York, NY 10031

Gary F. Herbst and Adam Wofse, Esqs.
LaMonica Herbst & maniscalco
3305 Jerusalem Avenue
Wantagh, NY 11793

Kevin Nash, Esq.
Goldberg Weprin Finkel Goldstein LLP
1501 Broadway, 2nd Floor
New York, NY 10036

United States Trustee
Office of the US trustee
US Federal Office Building
201 Varick St. Rm 1006
New York, NY 10014