# Notice Recipients

District/Off: 0208−1    User: lebanks    Date Created: 6/14/2018
Case: 15−12178−shl    Form ID: pdf001    Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
unk    Floryta Velazquez    3 Cypress Court    Brooklyn, NY 11208

TOTAL: 1