**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| 477 West 142nd Street Housing Dev Funding Corp. | Case No. 15-12178 (SHL) |
| Debtor. | |

---------------------------------------------------------------x

## ORDER SCHEDULING HEARING

The Court is in receipt of the Motion filed by Floryta Velazquez requesting an Order Granting Enforcement and Clarification of Previous Order Granted May 7, 2017. See *Motion Requesting Enforcement of Previous Order to Submit a Refund to The Proper Party* (the "Motion") [ECF No. 183], and *Additional Evidence for Motion Requesting Enforcement of Previous Order to Submit a Refund to Proper Party* [ECF No. 184]. The Court has also received an objection to the motion from the City Of New York [ECF No. 185]. The Court will hold a hearing on the Motion on **July 2, 2018 at 2:00 p.m.** at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, N.Y. 10004, Courtroom 701.

**IT IS SO ORDERED.**

Dated: New York, New York
June 13, 2018

*/s/ Sean H. Lane*
United States Bankruptcy Judge

Copies mailed to:

Mrs. Floryta Velazquez
Community Director Advocate
3 Cypress Court
Brooklyn, NY 11208

Sheik Bey
477 West 142nd Street Housing
Dev. Fund Corp.
New York, NY 10031

Hugh H. Shull, III
NYC Law Department
100 Church Street
Room 5-233
New York, NY 10007

Gregory M. Messer
Law Offices of Gregory Messer, PLLC
26 Court Street
Suite 2400
Brooklyn, NY 11242

Gary Frederick Herbst
LaMonica Herbst & Maniscalco
3305 Jerusalem Avenue
Wantagh, NY 11793

Adam P. Wofse
LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue, Suite 201
Wantagh, NY 11793

Kevin J. Nash
Goldberg Weprin Finkel Goldstein LLP
1501 Broadway
22nd Floor
New York, NY 10036

United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

```
                          United States Bankruptcy Court
                          Southern District of New York
In re:                                                            Case No. 15-12178-shl
477 West 142nd Street Housing Dev. Fund                           Chapter 11
       Debtor           CERTIFICATE OF NOTICE
District/off: 0208-1         User: lebanks               Page 1 of 2         Date Rcvd: Jun 13, 2018
                             Form ID: pdf001             Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2018.
db             +477 West 142nd Street Housing Dev. Fund Corp.,    477 West 142 Street,    New York, NY 10031-6223
aty            +Babak Pourtavoosi,    Law Offices of Babak Pourtavoosi,    55 Nothern Blvd, Suite 306,
                 Great Neck, NY 11021-4058
cr             +CITY OF NEW YORK,    100 Church Street,    New York, NY 10007-2668
unk             Charles B. DeBerry,    477 West 142nd Street,    Apt 6,    New York, NY  10031-6240
intp            Royal RFK Group Inc.,    c/o The Law Offices of Jeremy S. Sussman,    2,    New York, NY  10007
cr             +Thomas S. Fleishell & Associates, P.C.,    561 Seventh Avenue,    19th Floor,
                 New York, NY   10018,   US 10018-1819
6733775        +447 W. 142 ND FUNDING LLC,    C/O HARRIS BEACH LLC,    333 EARLE OVINGTON BLVD #901,
                 UNIONDALE, NY 11553-3622
7177395        +477 W 142nd street,    Suite 2,    Harlem, NY 10031-6239
6835440        +Blackman & Melville, PC,    By: Nigel E. Blackman, Esq.,    1557 Buford Dr., #491930,
                 Lawrenceville, GA 30049-0142
7011145        +Charles DeBerry,    477 West 142 Street,    Apt 6,    New York, NY 10031-6240
6994860        +City of New York Department of Housing,    Preservation & Development,    Attn: Brenda Nelson,
                 100 Gold Street, Rm 5-s,    New York, NY 10038-1605
6994844        +DHPD of The City of New York,    Attn: Robert D. Vinokur, Esq,    Rm 6V-2, 100 Gold Street,
                 New York, NY 10038-1605
7164750        +Goldberg Weprin Finkel Goldstein LLP,    Attorneys for 477 West 142nd Funding LLC,
                 Attn: Kevin J. Nash, Esq.,    1501 Broadway, 22nd Floor,    New York, NY 10036-5600
6988228        +Hugh Shull, Esq,   Office of the Corporation Counsel,    100 Church Street,
                 New York, NY 10007-2601
7011105        +JoAnn McClain,    477 W. 142nd St,    #4,    New York, NY 10031-6239
7048889        +Law Office of Julio E. Portilla, P.C.,    Attorneys for  CHARLES B. DEBERRY,
                 555 Fifth Avenue, 17th Floor,    New York, NY 10017-9254
7121619        +MUNZER & SAUNDERS, LLP,    Attn: Craig A. Saunders, Esq.,    31 East 32nd Street, Suite 905,
                 New York, New York 10016-5578
6988096        +NYC Department of Finance,    Bankruptcy Unit,    345 Adams Street,    Brooklyn, NY 11201-3739
6808380        +NYC Department of Finance,    Bankruptcy and Assignment Unit,    345 Adams Street, 10th Fl,
                 Brooklyn, NY 11201-3739
6994818        +NYC Dept of Finance,    Legal Affairs,    Collection Unit-Real Property Taxes,
                 345 Adams Street, 3rd Fl,    Brooklyn, NY 11201-3719
6994052        +NYC Office of Administrative Trials and Hearings,    66 John Street, 10th Floor,
                 New York, NY 10038-3772
7186167        +New Future Foundation, Inc.,    477 W. 142nd Street, 2,    New York, NY 10031-6239
6830852        +Queen Mother Dr. Delois Blakely/Nft,    477 West 142nd Street,    Suite #2,
                 New York, New York 10031-6239
6994051        +Simone Salloum,    66 John Street, 10th Floor,    New York, NY 10038-3772
7154921        +THE LAW OFFICES OF JEREMY S. SUSSMAN,    Attorneys for Royal RFK Group Inc.,
                 225 Broadway, Suite 3800,    New York, NY 10007-3001
7047019        +Thomas S. Fleishell & Associates, P.C.,    561 Seventh Avenue, 19th Floor,
                 New York, NY 10018-1819
6988349        +Zachary W. Carter,    Attorney for the City of New York,    100 Church Street,
                 New York, New York 10007-2601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              477 W. 142nd Funding LLC
unk             A2Z Properties LLC
unk             Delois Blakely
unk             Floryta Velazquez
acc             Gary R. Lampert, CPA
unk             Gregory Messer
unk             Gregory Messser
unk             Joan Roth
unk             Joann McClain
unk             Joann McClain
cr              Nevula Corp.,    31 East 32nd Street,    Suite 905,    New York
unk             Nigel E. Blackman
unk             Queen Mother Delois Blakely
unk             Queen Mother Dr. Delois Blakely
unk             Queen Mother Dr. Delois Blakely
unk             Shirley Pitts
cr              Solomon and Roth Holdings LLC,    31 East 32nd Street,    Suite 905,    New York
unk             The Real Property Investor
unk             The Upper Group
unk             U.S. Department of Justice, Office of the United S
unk             West Harlem Group Assisatance, Inc.
```

```
District/off: 0208-1          User: lebanks            Page 2 of 2                  Date Rcvd: Jun 13, 2018
                              Form ID: pdf001          Total Noticed: 27

6904196      ##+LAVOTSHKIN LAW GROUP,    Attorneys for Shirley Pitts,    Attn:  Daniel Lavotshkin, Esq.,
              146 South 4thStreet, Suite 8B,    Brooklyn, NY 11211-5520
                                                                                  TOTALS: 21, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2018                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2018 at the address(es) listed below:

```
              Adam P. Wofse    on behalf of Trustee Gregory M. Messer awofse@lhmlawfirm.com
              Adrienne  Woods     on behalf of Unknown    The Upper Group adrienne@woodslawpc.com,
               outsourcedparalegal@gmail.com
              Brian S. Masumoto    on behalf of U.S. Trustee    United States Trustee nysbnotice@gmail.com
              Charles L. Mester    on behalf of Unknown    The Real Property Investor cmesterlaw@aol.com
              Daniel  Lavotshkin     on behalf of Unknown Shirley  Pitts daniel.lavotshkin@gmail.com
              David  Carlebach     on behalf of Unknown Shirley  Pitts
               nora@carlebachlaw.com;ira@carlebachlaw.com;cmolina@carlebachlaw.com
              David M. Capriotti    on behalf of Creditor    477 W. 142nd Funding LLC dcapriotti@harrisbeach.com,
               bkemail@harrisbeach.com;ktompsett@harrisbeach.com
              Eric H. Lindenman    on behalf of Creditor    477 W. 142nd Funding LLC elindenman@harrisbeach.com
              Gary Frederick Herbst    on behalf of Trustee Gregory M. Messer gh@lhmlawfirm.com
              Geovanny  Fernandez     on behalf of Unknown Delois  Blakely geovanny@gmail.com
              Gregory M. Messer    lduc@aol.com,NY54@ecfcbis.com;gmesser@messer-law.com,mwilliams@messer-law.com
              Hugh H. Shull, III    on behalf of Creditor    CITY OF NEW YORK hughs@law.nyc.gov,
               hhshull@gmail.com
              J. Ted Donovan    on behalf of Creditor    477 W. 142nd Funding LLC TDonovan@GWFGlaw.com,
               jstrauss@gwfglaw.com
              Jeremy S. Sussman    on behalf of Interested Party    Royal RFK Group Inc. sussman@sussman-legal.com
              Julio E. Portilla    on behalf of Unknown Charles B. DeBerry jp@julioportillalaw.com,
               dskrip@julioportillalaw.com
              Narissa A. Joseph    on behalf of Unknown Delois  Blakely njosephlaw@aol.com,
               njosephlawbk@gmail.com;ttownsendnjlaw@gmail.com;r55451@notify.bestcase.com
              Thomas S. Fleishell    on behalf of Creditor    Thomas S. Fleishell & Associates, P.C.
               tom@fleishelllaw.com
              United States Trustee    USTPRegion02.NYECF@USDOJ.GOV
              craig a saunders    on behalf of Creditor    Nevula Corp. craig@munzersaunders.com
                                                                                             TOTAL: 19
```