**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x

In re:                                                                      Chapter 11

477 West 142nd Street Housing Dev
Funding Corp.                                                     Case No. 15-12178 (SHL)

                Debtor.
---------------------------------------------------------------x

## ORDER SCHEDULING HEARING

The Court is in receipt of the Motion filed by Floryta Velazquez requesting an Order Granting Enforcement and Clarification of Previous Order Granted May 7, 2017. See *Motion Requesting Enforcement of Previous Order to Submit a Refund to The Proper Party* (the "Motion") [ECF No. 183], and *Additional Evidence for Motion Requesting Enforcement of Previous Order to Submit a Refund to Proper Party* [ECF No. 184]. The Court has also received an objection to the motion from the City Of New York [ECF No. 185]. The Court will hold a hearing on the Motion on **July 2, 2018 at 2:00 p.m.** at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, N.Y. 10004, Courtroom 701.

    **IT IS SO ORDERED.**

Dated: New York, New York
       June 13, 2018

                                            */s/ Sean H. Lane*
                                            United States Bankruptcy Judge

Copies mailed to:

Mrs. Floryta Velazquez
Community Director Advocate
3 Cypress Court
Brooklyn, NY 11208

Sheik Bey
477 West 142nd Street Housing
Dev. Fund Corp.
New York, NY 10031

Hugh H. Shull, III
NYC Law Department
100 Church Street
Room 5-233
New York, NY 10007

Gregory M. Messer
Law Offices of Gregory Messer, PLLC
26 Court Street
Suite 2400
Brooklyn, NY 11242

Gary Frederick Herbst
LaMonica Herbst & Maniscalco
3305 Jerusalem Avenue
Wantagh, NY 11793

Adam P. Wofse
LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue, Suite 201
Wantagh, NY 11793

Kevin J. Nash
Goldberg Weprin Finkel Goldstein LLP
1501 Broadway
22nd Floor
New York, NY 10036

United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

```
                          United States Bankruptcy Court
                          Southern District of New York
In re:                                                          Case No. 15-12178-shl
477 West 142nd Street Housing Dev. Fund                         Chapter 11
          Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0208-1          User: lebanks              Page 1 of 1          Date Rcvd: Jun 14, 2018
                              Form ID: pdf001            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2018.
```
unk              +Floryta Velazquez,    3 Cypress Court,    Brooklyn, NY 11208-1518
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

```
                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2018 at the address(es) listed below:
```
              Adam P. Wofse    on behalf of Trustee Gregory M. Messer awofse@lhmlawfirm.com
              Adrienne Woods    on behalf of Unknown    The Upper Group adrienne@woodslawpc.com,
               outsourcedparalegal@gmail.com
              Brian S. Masumoto    on behalf of U.S. Trustee    United States Trustee nysbnotice@gmail.com
              Charles L. Mester    on behalf of Unknown    The Real Property Investor cmesterlaw@aol.com
              Daniel Lavotshkin    on behalf of Unknown Shirley  Pitts daniel.lavotshkin@gmail.com
              David Carlebach    on behalf of Unknown Shirley  Pitts
               nora@carlebachlaw.com;ira@carlebachlaw.com;cmolina@carlebachlaw.com
              David M. Capriotti    on behalf of Creditor    477 W. 142nd Funding LLC dcapriotti@harrisbeach.com,
               bkemail@harrisbeach.com;ktompsett@harrisbeach.com
              Eric H. Lindenman    on behalf of Creditor    477 W. 142nd Funding LLC elindenman@harrisbeach.com
              Gary Frederick Herbst    on behalf of Trustee Gregory M. Messer gh@lhmlawfirm.com
              Geovanny Fernandez    on behalf of Unknown Delois  Blakely geovanny@gmail.com
              Gregory M. Messer    lduc@aol.com,NY54@ecfcbis.com;gmesser@messer-law.com,mwilliams@messer-law.com
              Hugh H. Shull, III    on behalf of Creditor    CITY OF NEW YORK hughs@law.nyc.gov,
               hhshull@gmail.com
              J. Ted Donovan    on behalf of Creditor    477 W. 142nd Funding LLC TDonovan@GWFGlaw.com,
               jstrauss@gwfglaw.com
              Jeremy S. Sussman    on behalf of Interested Party    Royal RFK Group Inc. sussman@sussman-legal.com
              Julio E. Portilla    on behalf of Unknown Charles B. DeBerry jp@julioportillalaw.com,
               dskrip@julioportillalaw.com
              Narissa A. Joseph    on behalf of Unknown Delois  Blakely njosephlaw@aol.com,
               njosephlawbk@gmail.com;ttownsendnjlaw@gmail.com;r55451@notify.bestcase.com
              Thomas S. Fleishell    on behalf of Creditor    Thomas S. Fleishell & Associates, P.C.
               tom@fleishelllaw.com
              United States Trustee    USTPRegion02.NYECF@USDOJ.GOV
              craig a saunders    on behalf of Creditor    Nevula Corp. craig@munzersaunders.com
                                                                                               TOTAL: 19
```