UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

477 WEST 142ND STREET HOUSING
DEV. FUND CORP.,

Debtor

Chapter 11

Case No.: 15-12178 (SHL)

**NOTICE OF APPEAL**
FROM AN ORDER OF THIS
COURT DENYING MOTION
OF QUEEN MOTHER DR.
DELOIS BLAKELY ENTERED
ON JUNE 11, 2018 PURSUANT TO
RULE 8002

Plaintiff,

-----------------------------------------------------------------X

**NOTICE OF APPEAL**
**FROM AND ORDER OF THIS COURT DENYING MOTION OF QUEEN MOTHER DR. DELOIS BLAKELY, ENTERED ON JUNE 11, 2018, PURSUANT TO RULE 8002**

**PLEASE TAKE NOTICE,** that, Queen Mother Dr. Delois Blakely, hereby appeal to the United States Courts of Appeals for the Second Circuit from AN ORDER OF THIS COURT MADE BY THE HONORABLE SEAN H. LANE, U.S.B.J., **ON JUNE 11, 2018**, denying her motion seeking certain relief pertaining to the acts and conduct of Gregory Messer, The Chapter 11 Trustee in negation of equitable fairness and justice.

**IDENTITY OF OTHER PARTIES TO THIS APPEAL:**

**ADAM P. WOFSE, ESQ**
LaMONICA HERBST & MANISCALCO, LLP
A PARTNER OF THE FIRM
3305 JERUSALEM AVENUE

SUITE 201
WANTAGH, NY 11793
**ATTORNEYS FOR TRUSTEE, GREGORY MESSER**

KEVIN J. NASH ESQ
GOLDBERG WEPRIN FINKLE GOLDSTEIN LLP
1501 BROADWAY,
22ND FLOOR
NY, NY 10036
**ATTORNEYS FOR 477 W. 142ND FUNDING LLC**

**BRIAN S. MASUMOTO**
OFFICE OF THE UNTIED STATES TRUSTEE
U.S. FEDERAL OFFICE BUILDING
201 VARICK STREET
SUITE 1006
NY,NY 10014.

**JEFFREY ZWICK & ASSOCIATES, PC**
266 BROADWAY,
SUITE 403
BROOKLYN, NY 11211

**AMSTERDAM KEY ASSOCIATES LLC**
311 ROEBLING STREET
BROOKLYN, NY 11211

**ZUMCK REALTY CORP.**
199 LEE AVENUE, SUITE 508
BROOKLYN, NY 11211

Dated: New York, New York
    June 19, 2018

By: *[signature: Queen Mother Dr. Delois Blakely]*
Queen Mother Dr. Delois Blakely
477 West 142nd Street
Suite #2
New York, NY 10031
(212) 368-3739

NEW YORK NOTARY PUBLIC
*[signature: Badiyah Amir]*

MY COMMISSION EXPIRES

BADIYAH AMIR
Notary Public, State of New York
No. 01AM6174527
Qualified in New York County
Commission Expires Sept. 24, 20_19_

## SERVICE LIST

HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN
NY, NY 10004

ADAM P. WOFSE, ESQ
A PARTNER OF THE FIRM
3305 JERUSALEM AVENUE
SUITE 201
WANTAGH, NY 11793

KEVIN J. NASH ESQ
GOLDBERG WEPRIN FINKLE GOLDSTEIN LLP
1501 BROADWAY,
22ND FLOOR
NY,NY 10036

BRIAN S. MASUMOTO
OFFICE OF THE UNTIED STATES TRUSTEE
U.S. FEDERAL OFFICE BUILDING
201 VARICK STREET
SUITE 1006
NY,NY 10014.

JEFFREY ZWICK & ASSOCIATES, PC
266 BROADWAY,
SUITE 403
BROOKLYN, NY 11211

AMSTERDAM KEY ASSOCIATES LLC
311 ROEBLING STREET
BROOKLYN, NY 11211

ZUMCK REALTY CORP.
199 LEE AVENUE, SUITE 508
BROOKLYN, NY 11211

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                          Chapter 11

477 WEST 142ND STREET HOUSING                                   Case No.: 15-12178 (SHL)
DEV. FUND CORP.,

              Debtor.
-----------------------------------------------------------x

## ORDER DENYING MOTION OF QUEEN MOTHER DR. DELOIS BLAKELY

UPON the motion (the "Motion") [Docket Nos. 177 and 178] of Queen Mother Dr. Delois Blakely ("Blakely"), seeking certain relief pertaining to the acts of Gregory Messer, the Chapter 11 Trustee (the "Trustee"); upon the response [Docket No. 179] filed by the Trustee, through his attorneys, LaMonica Herbst & Maniscalco, LLP, in opposition to the Motion; and upon the response [Docket No. 181] filed by 477 W. 142nd Funding LLC, by its counsel, Goldberg Weprin Finkel Goldstein, LLP in opposition to the Motion; and upon the record made at the hearing on the Motion and the opposition held before the Court on May 22, 2018 (the "Hearing"); and the transcript of the Hearing being fully incorporated herein; and after due deliberation thereon, it is hereby

**ORDERED** that the Motion is denied in its entirety.

Dated: June 11, 2018
       New York, New York

                                      */s/ Sean H. Lane*
                                      United States Bankruptcy Judge