UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

FILED
U.S. BANKRUPTCY COURT
2018 JUL -2 P 1:44
S.D. OF N.Y.

-------------------------------------------------------X

In re:

477 WEST 142ND STREET HOUSING DEV
FUNDING CORP.

DEBOTR:

Chapter 11

Case No: 15-12178(SHL)

-------------------------------------------------------X

## REPLY TO OBJECTION TO MOTION REQUESTING ENFORCEMENT OF PREVIOUS ORDER TO SUBMIT A REFUND TO PROPER PARTY

I Floryta Velazquez as I have stated previously I am not legal counsel. , As counsel states that I have no right it is called the American constitution. The right to speak and out if something is wrong. (aka making a citizens arrest). I do not state that I have authority. But as common law all I am requesting is to enforce an order that was already granted. I did not go to law school. Counsel did so it behooves me how is it that someone who knows the law is looping it to their advantage.

All I am asking is for a review to due diligence where diligence is do to uphold the law. I tried to email and call but federal court is different and since Judge Lane holds jurisdiction I had to do what I had to do. I do not understand why Counsel for HPD is negating it's responsibility and objecting when in there own objection they state that it is a DAMP exemption that the refund should be asked in a different office. So there fore there is an admission that there is a refund. So why did not counsel do diligence and apply prior to sale. I do not understand If I was to commit a crime or not fulfill my duties I would be held accountable. Yet someone who has studied law practice law, went to school for law does not aide by the law. It behooves me.

The objection on line 3 states that the objection itself mis apprehends the courts' May 17,2017 order.

So I request a clarification .

Furthermore on the objection on number 5 I do not understand it is to contradicter he states that states the question on who owns said property that is not the question at hand. The question at hand is that there was an order issued granted and not fully completed.

The objection also states that the only cover half of the order stating that a corrected deed was recorded . We agree questions is how is it that the remaining order was not followed. Nyc Finance places the liens on their bill I contacted them and they explained it to me. I was further told that Mr. Shull has the case and that nothing is going to be down for he has the file. Okay so he is familiar with the file he holds the file yet did not comply with the order. If you look at the exhibit's the ECB HPD ARP EAPS ARE ALL ONE IN THE SAME. The counsel argues that the $1million placed on escrow and taken was to pay takes yet I requested just the taxes that was due and receive an amount of around $29,000. The ECB AND THE LIENS ON THE PROPERTY ARE ACQUIRED BY S&R AND JAMES GASKIN. If you look at the ecb violations as inserted yes the are 2 or three of 477 west 142nd street yet the majority are under James Gaskin and S&R.. So my question is this HPD Counsel new that it should have been removed yet twice stated get a refund How many other clients have gone through this does having a lawyers licenses gives the right to make your own laws. There was never $1million in taxes due and Counsel new it.

Further more the counsel states that the title company paid yet he knew that there it was not the correct amount. As he states at the ending of the objection he new the property was landmark prior to violations, also states in regards to the DAMP exemption. Yet states in lay man terms go get a refund . Well correction there may be a possibility of credit.
The objection also states that this court is not the proper court to request a refund. So the knowledge that the amount was incorrect comes to question.
The objection also states that the moving has no stating to bring motion any refund in any event would not redound to the benefit of the HDFC or the shareholders. I never requested the refund for the share holders "I request the funding be returned to the

property party"

So based on these information and evidence I request this motion be redrafted for I am not asking for anything that was not already granted. And funding immediately be returned within a 24hour period due to suffering for the parties involved and counsel not be allowed to bring this matter back to this court or any court in objection.

   So I plead for an intervene from the judge since it is still under Bankruptcy Court and Judge SHL holds jurisdiction. In layman terms the amount ordered to remove if paid by this time an order of refund and a anything the court deems fit Thank you for your time

Dated Queens NY
      July 2,2018


Filer:  Mrs. Floryta Velazquez
        Community director Advocate
        CYSCFBO
        646-923-0954