UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X

In re:

477 WEST 142 STREET HOUSING DEVELOPMENT FUND CORP.          Chapter 11

                              Debtor          Case No.: 15 - 12178

15 -12178 (SHL)

-------------------------------------------------------------------------------X

## EXTENSION OF TIME REQUEST TO APPEAL ORDER DENYING MOTION

I am a party to 477 West 142nd Street Housing Dev. Fund Corp., et. al. v. Messer (1:18-cv-06264), and I am writing to request a second extension to appeal the Court's decision. As I stated in my prior request for an appeal I am in the process of obtaining pro bono counsel while also working diligently to file this appeal in a timely fashion in order to preserve my due process rights. In addition, I am seeking an opinion, and possible intervention, by the New York State Department of Housing and Community Renewal as to the building's rent regulated status, which we believe will more fully inform the Court's decision. I ask that you please extend the appeal date to September 15, 2018.

Thank you for your attention to this matter.

Respectfully submitted

_[signature]_

---

Delois Blakely
477 West 142nd
New York, New York 10031
July 5 2018

**MEMORANDUM ENDORSED ORDER:**
The Court has previously granted an extension of time until August 6, 2018. *See* Order, dated July 25, 2018 [Docket No. 199] (extending time but stating that no further extensions would be granted absent exigent circumstances, which does not include an inability to find a lawyer). As this request does not establish any basis for an extension beyond the August 6, 2018 date, it is denied.
**SO ORDERED**
Dated: July 27, 2018
*/s/ Sean H. Lane*
United States Bankruptcy Judge