# Notice Recipients

District/Off: 0208−1           User: lebanks                Date Created: 7/27/2018
Case: 15−12178−shl            Form ID: pdf001              Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
6830852    Queen Mother Dr. Delois Blakely/Nft    477 West 142nd Street    Suite #2    New York, New York 10031

TOTAL: 1