UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

In re:

477 West 142nd STREET HOUSING DEVELOPMENT FUND CORP.

                              Chapter 11

          Debtor                    Case No.: 15-12178 (SHL)

-----------------------------------------------------------------------------------------------------------------------x

FILED
U.S. BANKRUPTCY COURT
2018 JUL -5  A 9: 11
S.D.N.Y.

**EXTENSION OF TIME REQUEST TO APPEAL ORDER DENYING MOTION OF QUEEN MOTHER DR. DELOIS BLAKELY ENTERED ON JUNE 11, 2018, PURSUANT TO RULE 8002**

PLEASE TAKE NOTICE that, Appellent, Plaintiff, Queen Mother D. Delois Blakely, respectfully asks the Court to kindly extend the 14 day period for her to file and serve upon the appellee the required designation of additional items to be included in the record and a statement of issues to be presented in the cross-appeal.

With all due respect, Queen Mother Dr. Delosi Blakely asks that the Court consider that she filed the appeal within the time prescribed pursuant to rule 8002. And, that, as a Pro Se Appellent Queen Mother Dr. Blakely does not have funds to pay for legal representation. Thereby Plaintiff has been actively seeking Pro Bono legal counsel but has encountered numerous barriers. Nevertheless, Pro Bono Counsel is on the horizon.

In light of the foregoing, Plaintiff respectfully request that the time be extended

Respectfully submitted, July 5, 2018

_____

Delois Blakely

477 West 142nd

New York, New York 10031

**MEMORANDUM ENDORSED ORDER:**
The Movant here appears to have timely filed a notice of appeal on June 20, 2018 [Docket No. 193] of this Court's order of June 11, 2018 [Docket No. 186]. Accordingly, her designation of issues on appeal and statement of issues were due 14 days later, on July 4, 2018, which deadline would be extended to July 5, 2018 by virtue of the holiday. As the record in the appeal has not yet been transmitted to the District Court, it would appear that her request for an extension of time of these deadlines is properly before this Court. Accordingly, the Court will extend the time until Monday August 6, 2018. No further extensions will be granted absent exigent circumstances, which does not include the Movant's inability to find a lawyer.
SO ORDERED
Dated: July 25, 2018
/s/ Sean H. Lane
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of New York

In re:                                                                          Case No. 15-12178-shl
477 West 142nd Street Housing Dev. Fund                                         Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0208-1          User: lebanks              Page 1 of 1              Date Rcvd: Jul 25, 2018
                              Form ID: pdf001            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2018.
6830852        +Queen Mother Dr. Delois Blakely/Nft,    477 West 142nd Street,    Suite #2,
                 New York, New York 10031-6239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2018 at the address(es) listed below:
              Adam P. Wofse    on behalf of Trustee Gregory M. Messer awofse@lhmlawfirm.com
              Adrienne Woods    on behalf of Unknown    The Upper Group adrienne@woodslawpc.com,
               outsourcedparalegal@gmail.com
              Brian S. Masumoto    on behalf of U.S. Trustee    United States Trustee nysbnotice@gmail.com
              Charles L. Mester    on behalf of Unknown    The Real Property Investor cmesterlaw@aol.com
              Daniel Lavotshkin    on behalf of Unknown Shirley  Pitts daniel.lavotshkin@gmail.com
              David Carlebach    on behalf of Unknown Shirley  Pitts
               nora@carlebachlaw.com;ira@carlebachlaw.com;cmolina@carlebachlaw.com
              David M. Capriotti    on behalf of Creditor    477 W. 142nd Funding LLC dcapriotti@harrisbeach.com,
               bkemail@harrisbeach.com;ktompsett@harrisbeach.com
              Eric H. Lindenman    on behalf of Creditor    477 W. 142nd Funding LLC elindenman@harrisbeach.com
              Gary Frederick Herbst    on behalf of Trustee Gregory M. Messer gh@lhmlawfirm.com
              Geovanny Fernandez    on behalf of Unknown Delois  Blakely geovanny@gmail.com
              Gregory M. Messer    lduc@aol.com,NY54@ecfcbis.com;gmesser@messer-law.com,mwilliams@messer-law.com
              Hugh H. Shull, III    on behalf of Creditor    CITY OF NEW YORK hughs@law.nyc.gov,
               hhshull@gmail.com
              J. Ted Donovan    on behalf of Creditor    477 W. 142nd Funding LLC TDonovan@GWFGlaw.com,
               jstrauss@gwfglaw.com
              Jeremy S. Sussman    on behalf of Interested Party    Royal RFK Group Inc. sussman@sussman-legal.com
              Julio E. Portilla    on behalf of Unknown Charles B. DeBerry jp@julioportillalaw.com,
               dskrip@julioportillalaw.com
              Narissa A. Joseph    on behalf of Unknown Delois  Blakely njosephlaw@aol.com,
               njosephlawbk@gmail.com;ttownsendnjlaw@gmail.com;r55451@notify.bestcase.com
              Thomas S. Fleishell    on behalf of Creditor    Thomas S. Fleishell & Associates, P.C.
               tom@fleishelllaw.com
              United States Trustee    USTPRegion02.NYECF@USDOJ.GOV
              craig a saunders    on behalf of Creditor    Nevula Corp. craig@munzersaunders.com
                                                                                             TOTAL: 19