UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X

In re:

477 WEST 142 STREET HOUSING DEVELOPMENT FUND CORP.          Chapter 11

                                   Debtor                        Case No.: 15 - 12178

15 -12178 (SHL)

-------------------------------------------------------------------------------X

## EXTENSION OF TIME REQUEST TO APPEAL ORDER DENYING MOTION

I am a party to 477 West 142nd Street Housing Dev. Fund Corp., et. al. v. Messer (1:18-cv-06264), and I am writing to request a second extension to appeal the Court's decision. As I stated in my prior request for an appeal I am in the process of obtaining pro bono counsel while also working diligently to file this appeal in a timely fashion in order to preserve my due process rights. In addition, I am seeking an opinion, and possible intervention, by the New York State Department of Housing and Community Renewal as to the building's rent regulated status, which we believe will more fully inform the Court's decision. I ask that you please extend the appeal date to September 15, 2018.

Thank you for your attention to this matter.

Respectfully submitted

*[signature: Delois Blakely]*

_____
Delois Blakely
477 West 142nd
New York, New York 10031
July 5 2018

**MEMORANDUM ENDORSED ORDER:**
The Court has previously granted an extension of time until August 6, 2018. *See* Order, dated July 25, 2018 [Docket No. 199] (extending time but stating that no further extensions would be granted absent exigent circumstances, which does not include an inability to find a lawyer). As this request does not establish any basis for an extension beyond the August 6, 2018 date, it is denied.
**SO ORDERED**
Dated: July 27, 2018
*/s/ Sean H. Lane*
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of New York

In re:  
477 West 142nd Street Housing Dev. Fund  
    Debtor

Case No. 15-12178-shl  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0208-1   User: lebanks   Page 1 of 1   Date Rcvd: Jul 27, 2018  
                Form ID: pdf001   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2018.
6830852        +Queen Mother Dr. Delois Blakely/Nft,   477 West 142nd Street,   Suite #2,    New York, New York 10031-6239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2018 at the address(es) listed below:
      Adam P. Wofse    on behalf of Trustee Gregory M. Messer awofse@lhmlawfirm.com
      Adrienne Woods    on behalf of Unknown   The Upper Group adrienne@woodslawpc.com,    outsourcedparalegal@gmail.com
      Brian S. Masumoto    on behalf of U.S. Trustee   United States Trustee nysbnotice@gmail.com
      Charles L. Mester    on behalf of Unknown   The Real Property Investor cmesterlaw@aol.com
      Daniel Lavotshkin    on behalf of Unknown Shirley Pitts daniel.lavotshkin@gmail.com
      David Carlebach    on behalf of Unknown Shirley Pitts    nora@carlebachlaw.com;ira@carlebachlaw.com;cmolina@carlebachlaw.com
      David M. Capriotti    on behalf of Creditor   477 W. 142nd Funding LLC dcapriotti@harrisbeach.com,    bkemail@harrisbeach.com;ktompsett@harrisbeach.com
      Eric H. Lindenman    on behalf of Creditor   477 W. 142nd Funding LLC elindenman@harrisbeach.com
      Gary Frederick Herbst    on behalf of Trustee Gregory M. Messer gh@lhmlawfirm.com
      Geovanny Fernandez    on behalf of Unknown Delois Blakely geovanny@gmail.com
      Gregory M. Messer    lduc@aol.com,NY54@ecfcbis.com;gmesser@messer-law.com,mwilliams@messer-law.com
      Hugh H. Shull, III    on behalf of Creditor   CITY OF NEW YORK hughs@law.nyc.gov,    hhshull@gmail.com
      J. Ted Donovan    on behalf of Creditor   477 W. 142nd Funding LLC TDonovan@GWFGlaw.com,    jstrauss@gwfglaw.com
      Jeremy S. Sussman    on behalf of Interested Party   Royal RFK Group Inc. sussman@sussman-legal.com
      Julio E. Portilla    on behalf of Unknown Charles B. DeBerry jp@julioportillalaw.com,    dskrip@julioportillalaw.com
      Narissa A. Joseph    on behalf of Unknown Delois Blakely njosephlaw@aol.com,    njosephlawbk@gmail.com;ttownsendnjlaw@gmail.com;r55451@notify.bestcase.com
      Thomas S. Fleishell    on behalf of Creditor   Thomas S. Fleishell & Associates, P.C.    tom@fleishelllaw.com
      United States Trustee    USTPRegion02.NYECF@USDOJ.GOV
      craig a saunders    on behalf of Creditor   Nevula Corp. craig@munzersaunders.com
                                                         TOTAL: 19