UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| 477 WEST 142ND STREET HOUSING DEV. FUND CORP., | Case No.: 15-12178 (SHL) |
|        Reorganized Debtor. | **Quarterly Operating Report** |
| | Third Quarter 2018 |

------------------------------------------------------------x

| Trans. Date | Disbursement $ |
|---|---|
| 9-27-18 | $10,235.00 |
| 9-27-18 | $17,414.89 |
| | |
| Total | $27,649.89 |

I hereby certify that the above reflects all disbursements (except for inter-account transfers) for the third quarter of 2018.

/s/ Gregory Messer
Gregory Messer, Trustee