UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                                                    Chapter 11

477 WEST 142ND STREET HOUSING                      Case No.: 15-12178 (SHL)
DEV. FUND CORP.,

        Reorganized Debtor.                                **Quarterly Operating Report**
-------------------------------------------------------------x      First Quarter 2019

| Trans. Date | Disbursement $ |
|---|---|
| 1/30/19 | $ 58.00 |
| 1/30/19 | $ 17.00 |
| 1/30/19 | $ 16.00 |
| 1/31/19 | $ 54.00 |
| 1/31/19 | $ 58.00 |
| 1/31/19 | $ 4,918.42 |
| 1/31/19 | $ 23,354.66 |
| 2/28/19 | $ 54.00 |
| 3/8/19 | $ 95,000.00 |
| 3/8/19 | $ 200,000.00 |
| Total | $ 323,530.08 |

I hereby certify that the above reflects all disbursements (except for inter-account transfers) for the first quarter of 2019.

_____  April 11, 2019
Gregory Messer, Trustee