15-12178 SHL

**477 WEST 142ND STREET HDFC
NEW YORK, NY 10031
12/7/2021**

# EMERGENCY DECLARATION BEFORE WITNESSES

EMERGENCY DECLARATION TO ATTEST THE CONTINUING EXISTENCE OF 477 WEST 142ND STREET HDFC AS PER SETTLED PRINCIPLES OF LAW & PUBLIC POLICY CITED IN THIS DECLARATION:

BY: QUEEN MOTHER DR. DELOIS BLAKELY, FOUNDER/PRESIDENT/LAWFUL SHAREHOLDER OF ORIGINAL FULLY PAID 250 SHARES DATED JUNE 17, 1983, SOLD TO DELOIS BLAKELY & INI-CHINWA THOMAS/NEW FUTURE FOUNDATION, INC., IN THEIR LAWFUL *IN PERSONAM & IN REM* PARI-PASU CAPACITIES NUNC PRO TUNC; SHARES WHICH REMAIN VALID AND COMMAND CURRENT MARKET VALUE TO BE DETERMINED

TO:     ALL WITH WHOM THIS MAY CONCERN

INDEPENDENT OBSERVERS & WITNESSES
NEW FUTURE FOUNDATION, INC.
JUDGE SEAN LANE OF:
UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK
GREGORY MESSER, ESQ

FROM: QUEEN MOTHER DR. DELOIS BLAKELY, AS PRESIDENT/CO-TREASURER, NUNC PRO TUNC
477 WEST 142ND STREET HDFC
NEW YORK, NY 10031

FILED
U.S. BANKRUPTCY COURT
S.D.N.Y.
2021 DEC -8 P 12:29

CC: ALL PEOPLE WITH SIMILAR INTERESTS

DATE: TUESDAY, DECEMBER 7, 2021

A) WHEREAS, ON OR ABOUT <u>DECEMBER 4, 2017</u>, A CERTAIN "*ORDER*" BY JUDGE SEAN LANE, U.S.B.J, WHICH CLAIMED TO DISSOLVE 477 W 142ND STREET HDFC, AND CONVEYED ITS OWNERSHIP INTEREST IN THE REAL PROPERTY LOCATED AT 477 WEST 142ND STREET, NEW YORK, NY 10031, TO WIT, BLOCK 2058, LOT 29, TO AMSTERDAM KEY ASSOCIATES LLC, IN DISREGARD TO THE SUFFICIENCY & PROPRIETY OF THE NON-DISSOVLED/NON-LIQUIDATED SHARES OWNED BY DELOIS BLAKELY, DESPITE HER OPPOSITION AND PROTESTS AGAINST SUCH ACTS,

B) AND WHEREAS, THEN, AS NOW, QUEEN MOTHER DR. DELOIS BLAKELY, HAS BEEN INFORMED AND GUIDED BY THE LEGAL AUTHORITIES SUCH AS, *Kincaid v. Dwinelle*, 59 N.Y. 548 (NY 1875), *People v. Commercial Alliance L. Ins. Co.*, 5 N. Y. App. Div. 273; *Yick Wo v. Hopkins*, 118 U.S. 356 (1886), AND BY THE FACTS FOUND ON THE NEW YORK STATE DEPARTMENT OF STATE'S WEB SITE, THAT THE 477 WEST 142ND STREET HDFC, WAS NOT DISSOLVED, AS HER SHARES REMAIN PROTECTED PRIVATE PROPERTY IN THE UNITED STATES CONSTITUTION, CANNOT BE EXTINGUISHED WITHOUT DUE PROCESS,

C) NOW THEREFORE, BY THESE PRESENTS, FACTS SHE HAS RELIED UPON INFORMATION & BELIEF, SHE NOW DECLARES ON THIS DAY, 12/7/2021, THAT OFFICE HAS BEEN CONTINUOUSLY FOUND IN THE PREMISES REGARDING THE EXISTENCE IN PERPETUITY OF 477 WEST 142ND STREET HDFC, AND AS SUCH HER LAWFUL SHARES WHICH REMAIN LIQUID & ACTIVE WAS NEVER VANQUISHED OR LOST.

D) FURTHER, IT IS DECLARED THAT THE SAID 477 WEST 142ND STREET HOUSING DEVELOPMENT FUND CORPORATION (H.D.F.C) , A NEW YORK STATE ENTITY CREATED ON 04/02/1982, REMAINS ACTIVE AS LONG AS THE ORIGINAL SHARES HELD BY QUEEN MOTHER DR. DELOIS BLAKELY ARE ACTIVE & UNLIQUIDATED, ANY ATTEMPTS TO SUBROGATE THIS FACT WILL CONSTITUTE A WANTON VIOLATION AND INFRINGEMENT OF EQUAL PROTECTION CLAUSE IN THE FOURTEENTH AMENDMENT OF THE U.S. CONSTITUTION, AS COMMANDED IN *Yick Wo v. Hopkins*, 118 U.S. 356 (1886), WHICH REMAINS SUPREME LAW OF THE LAND AS PER ARTICLE 6, CLAUSE 2, OF THE US CONSTITUTION.

E)  AS SO ATTESTED BEFORE THE FOLLOWING WITNESSES WHO HAVE APPENDED THEIR SIGNATURES AND IDENTITIES ON THIS DAY, DECEMBER_____2021,

F)  SEE ATTACHED SIGNATURE PAGE MADE A PART AND PARCEL OF THIS DECLARATION, AND OTHER ATTACHMENTS THERETO.

BY: *[signature: Queen Mother Delois Blakely]*

QUEEN MOTHER DR. DELOIS BLAKELY
LAWFUL SHAREHOLDER
477 WEST 142ND STREET HDFC
APT 2
NEW YORK, NY 10031
{212} 368-3739

DATE: 12/7/2021

NOTARY *[signature: Badiyah Amir]*

BADIYAH AMIR
Notary Public, State of New York
No. 01AM6174527
Qualified in New York County
Commission Expires Sept. 24, 2023

**477 WEST 142ND STREET HDFC**
**477 WEST 142ND STREET, SUITE 2**
**NEW YORK, NY 10031**

## Emergency Declaration Meeting Minutes

On Tuesday, December 7, 2021, at 4:30pm, Queen Mother Dr. Blakely convened a meeting with several witnesses (see attached sign-in sheet) and read into the record an *Emergency Declaration to Attest the Continuing Existence of 477 West 142nd Street HDFC as Per Settled Principals of Law & Public Policy Cited in This Declaration.*

The meeting lasted 48 minutes and ended at 5:15pm

Signed,

*Patreinnah Acosta-Pelle*

Patreinnah Acosta-Pelle
New Future Foundation, Inc
Administrator & Representative

*FILED U.S. BANKRUPTCY COURT S.D.N.Y. 2021 DEC -8 P 12:33*

**477 WEST 142ND STREET HDFC**
**477 WEST 142ND STREET, SUITE 2**
**NEW YORK, NY 10031**

## Tuesday, December 7, 2021
## Emergency Declaration
## Witness Sign In Sheet

| # | Print name | Email | Phone Number | Signature |
|---|---|---|---|---|
| 1. | Patreinnah Acosta-Pelle | harlemwomenintl@usa.com | 914-768-3220 | *signed* |
| 2. | Carlton Borroughs | carltonburroughs@ymail.com | 718-213-7439 | *signed* |
| 3. | Joan Roth | joanroth@aol.com | 347-578-4274 | *signed* |
| 4. | Deadria Farmer Palmer | deadriafp@gmail.com | 917-365-3007 | |
| 5. | M.E. Greene-Cohen - ME Winston | greene-me@green-cohenandwinston.com | 917-846-8163 | *signed* |
| 6. | Thomas Winston | thomaswinston+@att.net | 917-846-8163 | *signed* |
| 7. | Tish Simon | mocabrownbe@gmail.com | 718-971-1041 | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |