UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                                    Chapter 11

477 WEST 142ND STREET HOUSING                  Case No.: 15-12178 (SHL)
DEV. FUND CORP.,

          Confirmed Debtor.
------------------------------------------------------------x

## **FINAL DECREE**

Upon the Order of this Court confirming the Creditor's Revised Amended Plan of Reorganization (the "Plan") in the above-captioned case of 477 West 142nd Street Housing Development Funding Corporation (the "Debtor"), entered on December 4, 2017 (the "Confirmation Order") [Docket No. 156]; and upon the motion (the "Motion") [Docket No. 233] of Gregory Messer, the trustee (the "Trustee") of the Debtor and Debtor's estate, through his counsel, LaMonica Herbst & Maniscalco, LLP, seeking and in support of the entry of the Final Decree, in accordance with Bankruptcy Rule 3022, demonstrating that to date, all funds in this estate have been distributed in accordance with the confirmed Plan, and the estate and Plan having been duly and fully administered; and upon the timely objections [Docket No. 235, 237 and 238] and untimely objections [Docket Nos. 236 and 239] filed; and upon the hearing held before the Court on December 9, 2021 (the "Hearing"); and upon the statements made and the reasons set forth on the record at the Hearing, the transcript of which is fully incorporated herein; and after due deliberation and consideration of all the facts and circumstances herein, and no additional notice being necessary or required, it is hereby

      **ORDERED AND DECREED THAT:**

1.     The Motion is granted.

2.     All timely and untimely objections are overruled.

3.  In accordance with the Plan, the Trustee, as the disbursing agent under the Plan, was authorized to make distributions under the Plan and, to date, the obligations under the Plan have been satisfied, and the estate has been fully administered.

4.  All of the distributions to date having been made by the Trustee, in accordance with the Orders of the Court, the Plan, and the Confirmation Order, and no further matters are pending before this Court in the main case, and, accordingly, this case is hereby closed.

5.  Notwithstanding the foregoing, the entry of this Final Decree is without prejudice to the rights of any party in interest to seek to reopen this chapter 11 case for cause shown including in connection with the matters for which the Court has retained jurisdiction under the Plan.

6.  The Trustee shall reserve sufficient funds to pay the Office of the United States Trustee the amount of any quarterly fees due pursuant to 28 U.S.C. § 1930 and any applicable interest due pursuant to 31 U.S.C. § 3717, which fees and interest, if any, shall be paid within fifteen (15) days of the entry of this Order of Final Decree (the "Order"). Within five (5) days after the entry of the Order, the Debtor shall provide to the United States Trustee an affidavit indicating cash disbursements for the 4th quarter of 2021 (and for any additional quarter, if applicable, through the date that the Order has been entered).

7.  The Trustee is hereby discharged of his obligations in this case.

8. The Trustee is authorized to take all actions necessary to the relief granted in this Final Decree.

No Objection

*/s/ Brian S. Masumoto*
United States Trustee

Dated: January 18, 2022
       New York, New York

                                    */s/ Sean H. Lane*
                                    United States Bankruptcy Judge