LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue
Wantagh, New York 11793
Adam P. Wofse, Esq.
516.826.6500

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                                    Chapter 11

477 WEST 142ND STREET HOUSING                          Case No.: 15-12178 (SHL)
DEV. FUND CORP.,

       Reorganized Debtor.
-------------------------------------------------------------x

## AFFIRMATION OF DISBURSEMENTS IN ACCORDANCE WITH FINAL DECREE

Adam P. Wofse, Esq., as counsel to Gregory Messer, Trustee (the "Trustee"), and an attorney duly admitted to practice before this Court, duly affirms, the following to be true under the penalty of perjury:

In accordance with the Final Decree entered January 18, 2022 [ECF No. 241] in this case, the following disbursements were made during the 4th Quarter of 2021:

| Trans. Date | Disbursements |
|---|---|
| 10/19/21 | $    250.00 |
| 11/4/21  | $ 2,932.50 |
| 11/4/21  | $    176.10 |
| 11/4/21  | $ 5,294.31 |
| Total    | $ 8,652.91 |

No disbursements were made in the 1st Quarter of 2022.

Dated: January 24, 2022          **LaMONICA HERBST & MANISCALCO, LLP**
       Wantagh, New York          *Counsel for the Trustee*

                   By:   */s/ Adam P. Wofse*
                          Adam P. Wofse, Esq.
                          3305 Jerusalem Avenue, Suite 201
                          Wantagh, New York 11793
                          Telephone: (516) 826-6500