LaMonica Herbst & Maniscalco, LLP
*Attorneys for the Trustee*
3305 Jerusalem Avenue
Wantagh, New York 11793
Adam P. Wofse, Esq.
516.826.6500

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                                Chapter 11

477 WEST 142ND STREET HOUSING                    Case No.: 15-12178 (SHL)
DEV. FUND CORP.,

               Reorganized Debtor.
-------------------------------------------------------------x

## CLOSING REPORT IN CHAPTER 11 CASE

To the best of my knowledge and belief, the following is a breakdown in this case:

FEES AND EXPENSES FOR ATTORNEY FOR DEBTOR: **$0.00**

FEES AND EXPENSES FOR DEBTOR'S OTHER PROFESSIONALS: **$0.00**

TRUSTEE FEES AND EXPENSES: **$200,857.03**

FEES AND EXPENSES OF TRUSTEE'S ATTORNEY: **$467,069.59**

FEES AND EXPENSES OF TRUSTEE'S OTHER PROFESSIONALS: **$29,423.55**

% DIVIDENDS PAID/TO BE PAID: 100% - All allowed claims paid by lender in the case in accordance with Court approved Plan.

FUTURE DIVIDENDS: N/A

INITIAL DISTRIBUTION UNDER PLAN COMPLETED, <u>YES</u>

OTHER (explain): N/A.

Dated: January 31, 2022        **LaMONICA HERBST & MANISCALCO, LLP**
      Wantagh, New York        *Counsel for the Trustee*

                              By:  */s/ Adam P. Wofse*
                                   Adam P. Wofse, Esq.
                                   3305 Jerusalem Avenue, Suite 201
                                   Wantagh, New York 11793
                                   Telephone: (516) 826-6500