# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
One Bowling Green
New York, NY 10004–1408

---

IN RE: 477 West 142nd Street Housing Dev. Fund Corp.    CASE NO.: 15–12178–pb

Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER: 11
13–0336224

---

# NOTICE OF CASE REASSIGNMENT

The above referenced case was reassigned to Judge Philip Bentley on September 12, 2022 for administration. Please style all future captions with the appropriate judicial suffix (pb ).

Dated: September 12, 2022                                Vito Genna
                                                        Clerk of the Court