# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0208−1 | User: admin | | Date Created: 9/12/2022 |
| Case: 15−12178−pb | Form ID: 144 | | Total: 34 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |
| tr | Gregory M. Messer | gremesser@aol.com |
| aty | Adam P. Wofse | awofse@lhmlawfirm.com |
| aty | Brian S. Masumoto | nysbnotice@gmail.com |
| aty | Gary Frederick Herbst | gfh@lhmlawfirm.com |
| aty | J. Ted Donovan | TDonovan@GWFGlaw.com |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | 477 West 142nd Street Housing Dev. Fund Corp.   477 West 142 Street   New York, NY 10031 | |
| smg | New York State Tax Commission   Bankruptcy/Special Procedures Section   P.O. Box 5300   Albany, NY 12205−0300 | |
| smg | United States Attorney's Office   Southern District of New York   Attention: Tax & Bankruptcy Unit   86 Chambers Street, Third Floor   New York, NY 10007 | |
| smg | Internal Revenue Service   PO Box 7346   Philadelphia, PA 19101−7346 | |
| smg | N.Y. State Unemployment Insurance Fund   P.O. Box 551   Albany, NY 12201−0551 | |
| smg | New York City Dept. Of Finance   Office of Legal Affairs   375 Pearl Street, 30th Floor   New York, NY 10038 | |
| 6733775 | 447 W. 142 ND FUNDING LLC   C/O HARRIS BEACH LLC   333 EARLE OVINGTON BLVD #901   UNIONDALE, NY 11553 | |
| 7177395 | 477 W 142nd street   Suite 2   Harlem, NY 10031 | |
| 6835440 | Blackman & Melville, PC   By: Nigel E. Blackman, Esq.   1557 Buford Dr., #491930   Lawrenceville, GA 30049 | |
| 7011145 | Charles DeBerry   477 West 142 Street   Apt 6   New York, NY 10031 | |
| 6994860 | City of New York Department of Housing   Preservation & Development   Attn: Brenda Nelson   100 Gold Street, Rm 5−s   New York, NY 10038 | |
| 6994844 | DHPD of The City of New York   Attn: Robert D. Vinokur, Esq   Rm 6V−2, 100 Gold Street   New York, NY 10038 | |
| 7164750 | Goldberg Weprin Finkel Goldstein LLP   Attorneys for 477 West 142nd Funding LLC   Attn: Kevin J. Nash, Esq.   1501 Broadway, 22nd Floor   New York, NY 10036 | |
| 6988228 | Hugh Shull, Esq   Office of the Corporation Counsel   100 Church Street   New York, NY 10007 | |
| 7011105 | JoAnn McClain   477 W. 142nd St   #4   New York, NY 10031 | |
| 6904196 | LAVOTSHKIN LAW GROUP   Attorneys for Shirley Pitts   Attn: Daniel Lavotshkin, Esq.   146 South 4thStreet, Suite 8B   Brooklyn, NY 11211 | |
| 7048889 | Law Office of Julio E. Portilla, P.C.   Attorneys for CHARLES B. DEBERRY   555 Fifth Avenue, 17th Floor   New York, NY 10017 | |
| 7121619 | MUNZER & SAUNDERS, LLP   Attn: Craig A. Saunders, Esq.   31 East 32nd Street, Suite 905   New York, New York 10016 | |
| 6988096 | NYC Department of Finance   Bankruptcy Unit   345 Adams Street   Brooklyn, NY 11201 | |
| 6808380 | NYC Department of Finance   Bankruptcy and Assignment Unit   345 Adams Street, 10th Fl   Brooklyn, NY 11201 | |
| 6994818 | NYC Dept of Finance   Legal Affairs   Collection Unit−Real Property Taxes   345 Adams Street, 3rd Fl   Brooklyn, NY 11201 | |
| 6994052 | NYC Office of Administrative Trials and Hearings   66 John Street, 10th Floor   New York, NY 10038 | |
| 7186167 | New Future Foundation, Inc.   477 W. 142nd Street, 2   New York, NY 10031 | |
| 6830852 | Queen Mother Dr. Delois Blakely/Nft   477 West 142nd Street   Suite #2   New York, New York 10031 | |
| 6994051 | Simone Salloum   66 John Street, 10th Floor   New York, NY 10038 | |
| 7154921 | THE LAW OFFICES OF JEREMY S. SUSSMAN   Attorneys for Royal RFK Group Inc.   225 Broadway, Suite 3800   New York, NY 10007 | |
| 7047019 | Thomas S. Fleishell & Associates, P.C.   561 Seventh Avenue, 19th Floor   New York, NY 10018 | |
| 6988349 | Zachary W. Carter   Attorney for the City of New York   100 Church Street   New York, New York 10007 | |

TOTAL: 28