# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004−1408**

---

| | |
|---|---|
| IN RE: 477 West 142nd Street Housing Dev. Fund Corp. | CASE NO.: 15−12178−pb |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 13−0336224 | CHAPTER: 11 |

---

## NOTICE OF CASE REASSIGNMENT

The above referenced case was reassigned to Judge Philip Bentley on September 12, 2022 for administration. Please style all future captions with the appropriate judicial suffix (pb ).

Dated: September 12, 2022                                    Vito Genna
                                                             Clerk of the Court

United States Bankruptcy Court

Southern District of New York

| | |
|---|---|
| In re: | Case No. 15-12178-pb |
| 477 West 142nd Street Housing Dev. Fund | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 12, 2022 | Form ID: 144 | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 477 West 142nd Street Housing Dev. Fund Corp., 477 West 142 Street, New York, NY 10031-6223 |
| 6733775 | + | 447 W. 142 ND FUNDING LLC, C/O HARRIS BEACH LLC, 333 EARLE OVINGTON BLVD #901, UNIONDALE, NY 11553-3622 |
| 7177395 | + | 477 W 142nd street, Suite 2, Harlem, NY 10031-6239 |
| 6835440 | + | Blackman & Melville, PC, By: Nigel E. Blackman, Esq., 1557 Buford Dr., #491930, Lawrenceville, GA 30049-0142 |
| 7011145 | + | Charles DeBerry, 477 West 142 Street, Apt 6, New York, NY 10031-6240 |
| 6994860 | + | City of New York Department of Housing, Preservation & Development, Attn: Brenda Nelson, 100 Gold Street, Rm 5-s, New York, NY 10038-1605 |
| 6994844 | + | DHPD of The City of New York, Attn: Robert D. Vinokur, Esq, Rm 6V-2, 100 Gold Street, New York, NY 10038-1605 |
| 7164750 | + | Goldberg Weprin Finkel Goldstein LLP, Attorneys for 477 West 142nd Funding LLC, Attn: Kevin J. Nash, Esq., 1501 Broadway, 22nd Floor, New York, NY 10036-5600 |
| 6988228 | + | Hugh Shull, Esq, Office of the Corporation Counsel, 100 Church Street, New York, NY 10007-2601 |
| 7011105 | + | JoAnn McClain, 477 W. 142nd St, #4, New York, NY 10031-6239 |
| 6904196 | + | LAVOTSHKIN LAW GROUP, Attorneys for Shirley Pitts, Attn: Daniel Lavotshkin, Esq., 146 South 4thStreet, Suite 8B, Brooklyn, NY 11211-5520 |
| 7048889 | #+ | Law Office of Julio E. Portilla, P.C., Attorneys for CHARLES B. DEBERRY, 555 Fifth Avenue, 17th Floor, New York, NY 10017-9254 |
| 7121619 | + | MUNZER & SAUNDERS, LLP, Attn: Craig A. Saunders, Esq., 31 East 32nd Street, Suite 905, New York, New York 10016-5578 |
| 6994052 | + | NYC Office of Administrative Trials and Hearings, 66 John Street, 10th Floor, New York, NY 10038-3772 |
| 7186167 | + | New Future Foundation, Inc., 477 W. 142nd Street, 2, New York, NY 10031-6239 |
| 6830852 | + | Queen Mother Dr. Delois Blakely/Nft, 477 West 142nd Street, Suite #2, New York, New York 10031-6239 |
| 6994051 | + | Simone Salloum, 66 John Street, 10th Floor, New York, NY 10038-3772 |
| 7047019 | + | Thomas S. Fleishell & Associates, P.C., 561 Seventh Avenue, 19th Floor, New York, NY 10018-1819 |
| 6988349 | + | Zachary W. Carter, Attorney for the City of New York, 100 Church Street, New York, New York 10007-2601 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 12 2022 19:19:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Sep 12 2022 19:19:00 | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | + | Email/Text: DOFBankruptcy@finance.nyc.gov | Sep 12 2022 19:19:00 | New York City Dept. Of Finance, Office of Legal Affairs, 375 Pearl Street, 30th Floor, New York, NY 10038-1442 |
| smg | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Sep 12 2022 19:19:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: USANYS.Bankruptcy@usdoj.gov | Sep 12 2022 19:18:00 | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |

15-12178-pb    Doc 245    Filed 09/14/22    Entered 09/15/22 00:14:08    Imaged
Certificate of Notice    Pg 3 of 4

| District/off: 0208-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 12, 2022 | Form ID: 144 | Total Noticed: 27 |

| 6808380 | + Email/Text: DOFBankruptcy@finance.nyc.gov | Sep 12 2022 19:19:00 | NYC Department of Finance, Bankruptcy and Assignment Unit, 345 Adams Street, 10th Fl, Brooklyn, NY 11201-3739 |
|---|---|---|---|
| 6988096 | + Email/Text: DOFBankruptcy@finance.nyc.gov | Sep 12 2022 19:19:00 | NYC Department of Finance, Bankruptcy Unit, 345 Adams Street, Brooklyn, NY 11201-3739 |
| 6994818 | + Email/Text: DOFBankruptcy@finance.nyc.gov | Sep 12 2022 19:19:00 | NYC Dept of Finance, Legal Affairs, Collection Unit-Real Property Taxes, 345 Adams Street, 3rd Fl, Brooklyn, NY 11201-3739 |

TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 7154921 | ##+ | THE LAW OFFICES OF JEREMY S. SUSSMAN, Attorneys for Royal RFK Group Inc., 225 Broadway, Suite 3800, New York, NY 10007-3035 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2022          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam P. Wofse | on behalf of Trustee Gregory M. Messer awofse@lhmlawfirm.com |
| Adrienne Woods | on behalf of Unknown The Upper Group adrienne@woodslawpc.com outsourcedparalegal@gmail.com |
| Brian S. Masumoto | on behalf of U.S. Trustee United States Trustee nysbnotice@gmail.com |
| Charles L. Mester | on behalf of Unknown The Real Property Investor cmesterlaw@aol.com |
| Daniel Lavotshkin | on behalf of Unknown Shirley Pitts daniel.lavotshkin@gmail.com |
| David Carlebach | on behalf of Unknown Shirley Pitts nora@carlebachlaw.com;ira@carlebachlaw.com;cmolina@carlebachlaw.com |
| David M. Capriotti | on behalf of Creditor 477 W. 142nd Funding LLC dcapriotti@harrisbeach.com bkemail@harrisbeach.com;efilings@harrisbeach.com |
| Eric H. Lindenman | on behalf of Creditor 477 W. 142nd Funding LLC elindenman@harrisbeach.com |
| Gary Frederick Herbst | |

| District/off: 0208-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 12, 2022 | Form ID: 144 | Total Noticed: 27 |

on behalf of Trustee Gregory M. Messer gfh@lhmlawfirm.com  gh@lhmlawfirm.com

Geovanny Fernandez

on behalf of Unknown Delois Blakely geovanny@gmail.com

Geovanny Fernandez

on behalf of Unknown Queen Mother Dr. Delois Blakely geovanny@gmail.com

Gregory M. Messer

lduc@aol.com NY54@ecfcbis.com;gmesser@messer-law.com,mwilliams@messer-law.com

Hugh H. Shull, III

on behalf of Creditor CITY OF NEW YORK hughs@law.nyc.gov  hhshull@gmail.com

Hugh H. Shull, III

on behalf of Unknown Floryta Velazquez hughs@law.nyc.gov  hhshull@gmail.com

J. Ted Donovan

on behalf of Counter-Defendant Amsterdam Key Associates LLC TDonovan@GWFGlaw.com

J. Ted Donovan

on behalf of Plaintiff Amsterdam Key Associates LLC TDonovan@GWFGlaw.com

J. Ted Donovan

on behalf of Debtor 477 West 142nd Street Housing Dev. Fund Corp. TDonovan@GWFGlaw.com

J. Ted Donovan

on behalf of Defendant Amsterdam Key Associates LLC TDonovan@GWFGlaw.com

J. Ted Donovan

on behalf of Creditor 477 W. 142nd Funding LLC TDonovan@GWFGlaw.com

Jeremy S. Sussman

on behalf of Interested Party Royal RFK Group Inc. sussman@sussman-legal.com  sussmanjr85819@notify.bestcase.com

Julio E. Portilla

on behalf of Unknown Charles B. DeBerry jp@julioportillalaw.com  dskrip@julioportillalaw.com

Narissa A. Joseph

on behalf of Unknown Delois Blakely njosephlaw@aol.com
njosephlawbk@gmail.com;ttownsendnjlaw@gmail.com;r55451@notify.bestcase.com;laolunjlaw@gmail.com

Narissa A. Joseph

on behalf of Unknown Queen Mother Delois Blakely njosephlaw@aol.com
njosephlawbk@gmail.com;ttownsendnjlaw@gmail.com;r55451@notify.bestcase.com;laolunjlaw@gmail.com

Narissa A. Joseph

on behalf of Unknown Queen Mother Dr. Delois Blakely njosephlaw@aol.com
njosephlawbk@gmail.com;ttownsendnjlaw@gmail.com;r55451@notify.bestcase.com;laolunjlaw@gmail.com

Thomas S. Fleishell

on behalf of Creditor Thomas S. Fleishell & Associates  P.C. tom@fleishelllaw.com

United States Trustee

USTPRegion02.NYECF@USDOJ.GOV

craig a saunders

on behalf of Creditor Solomon and Roth Holdings LLC craig@munzersaunders.com

craig a saunders

on behalf of Creditor Nevula Corp. craig@munzersaunders.com

TOTAL: 28